COPY

1    JENNIFER LEE TAYLOR (CA SBN 161368)
     JTaylor@mofo.com
2    LEE B. AWBREY (CA SBN 252037)
     LAwbrey@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, California  94105-2482
     Telephone: 415.268.7000
5    Facsimile: 415.268.7522

6    DEAN J. ZIPSER (CS SBN 94680)
     DZipser@mofo.com
7    CAROLE E. REAGAN (CA SBN 162674)
     CReagan@mofo.com
8    ADRIANNE E. MARSHACK (CA SBN 253682)
     AMarshack@mofo.com
9    MORRISON & FOERSTER LLP
     19900 MacArthur Boulevard, Suite 1200
10   Irvine, California  92612-2445
     Telephone: 949.251.7500
11   Facsimile: 949.251.0900

12   Attorneys for Plaintiff
     COMMON SENSE MEDIA, INC.

13

14

15                  UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17

18   COMMON SENSE MEDIA, INC., a California    Case No.
     corporation,
19                                             COMPLAINT FOR FEDERAL
                       Plaintiff,              TRADEMARK INFRINGEMENT,
20                                             UNFAIR COMPETITION, AND
           v.                                  FALSE DESIGNATION OF ORIGIN;
21                                             STATE LAW UNFAIR
     COMMON SENSE ISSUES, INC., a Delaware     COMPETITION AND FALSE
22   corporation,                              ADVERTISING; COMMON LAW
                                               TRADEMARK INFRINGEMENT;
23                     Defendant.              AND INJUNCTIVE RELIEF

24                                             DEMAND FOR JURY TRIAL

25

26

27

28

     COMPLAINT
     DEMAND FOR JURY TRIAL
     sf-2444931

ORIGINAL FILED

JAN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Plaintiff, Common Sense Media, Inc. ("Common Sense Media"), as its complaint against

2   Defendant, Common Sense Issues, Inc. ("CSI"), alleges as follows:

3   1.   This is an action against Defendant CSI for trademark infringement, unfair

4   competition, false designation of origin, and false advertising in connection with CSI's use of the

5   COMMON SENSE ISSUES designation, which is confusingly similar to Common Sense

6   Media's COMMON SENSE MEDIA®, COMMON SENSE MEDIA and Design®, COMMON

7   SENSE, USE COMMON SENSE, and ASK COMMON SENSE Trademarks (collectively the

8   "COMMON SENSE Trademarks"), in violation of the Lanham Act, 15 U.S.C. §§ 1051 – 1127,

9   California Business & Professions Code §§ 17200, *et seq.*, 17500, *et seq.*, and common law.

10   **PARTIES**

11   2.   Plaintiff Common Sense Media is a nonprofit organization duly incorporated

12   under the laws of the State of California with its principal place of business at 155 Bryant Street,

13   Suite 555, San Francisco, CA 94103. Common Sense Media is a nonpartisan organization that

14   provides a family-friendly media rating system, a variety of educational services in the field of

15   children, families, and entertainment media, and state and federal advocacy regarding media

16   regulation, particularly as it affects children and families. Common Sense Media promotes and

17   provides its services under its COMMON SENSE Trademarks.

18   3.   Upon information and belief, Defendant CSI is a 501(c)4 organization

19   incorporated under the laws of the State of Delaware with its principal place of business at 8190-

20   A Beechmont Avenue, Cincinnati, Ohio 45255-6117. CSI engages in highly partisan political

21   activities under the designation of COMMON SENSE ISSUES and has applied for a federal

22   trademark registration for COMMON SENSE ISSUES for that advocacy work.

23   **JURISDICTION**

24   4.   This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 (action

25   arising under the Lanham Act); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1332 (diversity

26   of parties); 28 U.S.C. § 1338(a) (any Act of Congress relating to trademarks); 28 U.S.C.

27   § 1338(b) (action asserting claim of unfair competition joined with a substantial and related claim

28   under the trademark laws); and 28 U.S.C. § 1367 (supplemental jurisdiction).

COMPLAINT
DEMAND FOR JURY TRIAL
sf-2444931

1

**VENUE**

5.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) because CSI is a corporation that transacts business within this district, solicits contributions and membership in this district, provides an interactive Internet website by which it solicits citizens of this district to contact their elected officials, and engages in business dealings in this district.  In addition, venue is proper because Common Sense Media's principal place of business is in this district, Common Sense Media has suffered harm in this district, and a substantial part of the events or omissions giving rise to the claim occurred in this district.

**GENERAL ALLEGATIONS**

**History of Common Sense Media**

6.     Common Sense Media is a nonpartisan organization dedicated to improving the media lives of children and families.  Common Sense Media has been advocating on the state and federal levels regarding media regulation and family-friendly media rating systems under its COMMON SENSE Trademarks since May 2003.

7.     Common Sense Media's organizational goals include establishing an independent and transparent universal rating system for all media, encouraging age-appropriate media and a responsible media industry, and supporting diversity of programming and media ownership.  In order to achieve these goals, Common Sense Media's outreach staff works closely with hundreds of community organizations in a strictly nonpartisan fashion to access tens of thousands of parents, teachers, and community leaders across the country.  Common Sense Media also regularly interacts with federal, state, and local policy makers, elected officials, and candidates to promote its mission of improving the media lives of children and families.  For example, Common Sense Media recently worked with Senators Sam Brownback, Rick Santorum, Joe Lieberman, and Hillary Clinton to promote the Children and Media Research Advancement Act.

8.     Common Sense Media regularly collects and distributes nonpartisan studies and informative reports regarding media and children.  Leading up to elections, Common Sense Media also conducts surveys, polls, and debates so that voters will know where candidates stand on issues related to children and the media.  For example, in September 2007, Common Sense

COMPLAINT
DEMAND FOR JURY TRIAL
sf-2444931

2

1    Media submitted a presidential questionnaire about children and media issues to twelve of the

2    2008 presidential candidates and released the responses of the candidates to the general public in

3    December 2007.  Common Sense Media also plans to host a major debate amongst presidential

4    candidates in early 2008 to highlight the candidates' positions regarding children and the media.

5         9.    Common Sense Media also provides reliable, unbiased information to the public

6    and to policy makers related to media, particularly as it relates to children.  For example,

7    Common Sense Media produces and widely distributes reviews of media products that allow

8    parents to decide whether the material is suitable for their children.  These reviews are available

9    on its website, which had over six million unique users in 2007.  Common Sense Media's website

10   also contains links to thousands of informative articles and reviews written by third parties, as

11   well as tens of thousands of reviews authored by parents and children.  Common Sense Media's

12   reviews are also distributed to over 45 million homes via distribution partners who make the

13   reviews available on their video-on-demand channels.  In addition, Common Sense Media has

14   produced a number of public service announcements that are broadcast on major radio and

15   television networks across the nation.

16        10.   Common Sense Media has invested substantial time and resources in promoting

17   itself as a reliable, unbiased source of information for policy makers, parents, and families,

18   including advertising and publicity campaigns, domain name investments, and extensive

19   appearances in the media.  Fundamental to Common Sense Media's activities is its position as a

20   strictly nonpartisan group.  Common Sense Media relies on its reputation as a strictly nonpartisan

21   organization to build coalitions on the local, state, and federal levels that are necessary to meet its

22   organizational directives.  Common Sense Media needs to be able to work with candidates and

23   policy makers of both major parties in order to advance its mission and it cannot risk being

24   viewed as partisan.

25        11.   In addition, Common Sense Media's intended audience looks to Common Sense

26   Media's reviews specifically because they are nonbiased and neutral.  If the public perceives

27   Common Sense Media's reviews to be influenced by a partisan political agenda, the social and

28   financial value of its rating system will be greatly diminished, resulting in loss of revenue for

COMPLAINT
DEMAND FOR JURY TRIAL
sf-2444931

3

1  Common Sense Media. This is because a significant portion of Common Sense Media's revenue

2  comes from the cable companies and other distribution partners that pay Common Sense Media to

3  make its reviews available through their video-on-demand services and online. If the

4  organization is viewed as advocating a partisan agenda, those companies will be much less

5  willing to continue the partnership, which will result in a decline in revenue for Common Sense

6  Media. As a non-profit organization, Common Sense Media cannot risk this happening.

7      12.    In addition to payments for its reviews, Common Sense Media also receives

8  funding from institutions, foundations, and individuals who support its mission. It is likely that

9  many of these supporters would withdraw financial support if they confused Common Sense

10  Media with CSI and concluded that Common Sense Media is a partisan organization. Such a

11  withdrawal of support would devastate Common Sense Media's ability to pursue its mission.

12                    **Common Sense Media's COMMON SENSE Trademarks**

13      13.    Since 2003, Common Sense Media has used each of the COMMON SENSE

14  Trademarks in connection with each of the services it offers. Moreover, Common Sense Media

15  has expended considerable effort in promoting and establishing name recognition for its

16  COMMON SENSE Trademarks.

17      14.    First, Common Sense Media uses its COMMON SENSE Trademarks on its

18  website, where it offers information relevant to media and children and families, parenting tips,

19  and media reviews. The term COMMON SENSE is prominently featured in the logo, as shown

20  below ("the COMMON SENSE Logo"), that appears in the upper left-hand corner of every page

21  of the website. The logo features the prominent words COMMON SENSE, with a box around the

22  letters ON that draws attention to the words COMMON SENSE. Beneath the box, the word

23  MEDIA appears in small type.

24

25

26          

27

28

1   Second, the trademarks COMMON SENSE MEDIA and COMMON SENSE appear repeatedly

2   throughout the website, used to refer to Common Sense Media.  Third, every video review clip

3   that is offered through the website starts with a prominent display of the COMMON SENSE

4   Logo and the COMMON SENSE Logo continues to be displayed adjacent to the reporter's name

5   throughout the review.  Moreover, the video review segments frequently conclude with the

6   statement, "Common Sense gives this move a [rating]."  Fourth, Common Sense Media links

7   several domain names that include its COMMON SENSE Trademarks to its website, including

8   but not limited to CommonSense.com, CommonSenseTV.com, MyCommonSense.com,

9   UseCommonSense.com, and CommonSenseMedia.org.

10         15.    Common Sense Media also promotes its COMMON SENSE Trademarks through

11  its partnership with three major cable television companies:  Comcast Corporation, Cox

12  Communications, Inc., and Time Warner Cable LLC.  These cable companies offers Common

13  Sense Media's video reviews through their respective video-on-demand services, available to

14  over 45 million subscribers nationwide.  In addition, each of these companies also offers

15  Common Sense Media's video reviews through its broadband Internet service.  Common Sense

16  Media's video reviews are also available online through partnerships with other companies,

17  including but not limited to AOL LLC, Netflix, Inc., and Google Inc.  In addition to featuring the

18  COMMON SENSE Logo, each of the reviews ends by directing viewers to find more information

19  at the CommonSense.com website.

20         16.    Common Sense Media's COMMON SENSE Trademarks also appear on numerous

21  educational publications, including reports, toolkits, and discussion guides.  They are widely

22  distributed to the media, to policy makers and candidates, and via its website.  Moreover, the

23  ASK COMMON SENSE trademark is the name of a column in Common Sense Media's weekly

24  newsletter, which is currently distributed to more than 100,000 members nationwide.

25         17.    Common Sense Media owns two federal trademark registrations for COMMON

26  SENSE MEDIA®.

27         A.    Registration No. 3,353,234, filed on March 23, 2004 and registered on

28  December 11, 2007, is for COMMON SENSE MEDIA and Design®.  It is registered for

1    "conducting business research and surveys regarding children, families, and entertainment

2    media; public opinion polling regarding children, families and entertainment media; providing

3    online information regarding business research and surveys regarding children, entertainment

4    and the media; educational services, namely, providing seminars and workshops in the field of

5    children, families, and entertainment media; educational services, namely, conducting online

6    exhibitions and displays and interactive exhibits in the field of children, families, and

7    entertainment media; providing a website featuring information, advice, analysis, monitoring,

8    ratings and reviews in the field of entertainment media; providing information in the form of

9    reviews and ratings of entertainment media; providing online information regarding

10   entertainment and the media." Common Sense Media claimed that it started using this mark

11   as early as May 2004 in the Amendment to Allege Use that it filed in connection with this

12   registration. Common Sense Media is the owner of this registration, of the trademark covered

13   thereby, and of the goodwill associated with the trademark. A true and correct copy of the

14   registration certificate for this registration is attached hereto as Exhibit 1.

15        B.  Registration No. 2,973,224, filed on April 18, 2003, and registered on July 19,

16   2005, is for the word mark COMMON SENSE MEDIA®. It is registered for "conducting

17   business research and surveys regarding children, families, and entertainment media; public

18   opinion polling regarding children, families and entertainment media; providing online

19   information regarding business research and surveys regarding children, entertainment and the

20   media; educational services, namely, providing seminars and workshops in the field of

21   children, families, and entertainment media; educational services, namely, conducting online

22   exhibitions and displays and interactive exhibits in the field of children, families, and

23   entertainment media; providing a website featuring information, advice, analysis, monitoring,

24   ratings and reviews in the field of entertainment media; providing information in the form of

25   reviews and ratings of entertainment media; providing online information regarding

26   entertainment and the media." Common Sense Media claimed that it started using this mark

27   as early as April/May 2003 in its Amendment to Allege Use that it filed in connection with

28   this registration. Common Sense Media is the owner of this registration, of the trademark

covered thereby, and of the goodwill associated with the trademark. A true and correct copy of the registration certificate for this registration is attached hereto as Exhibit 2.

18.    Common Sense Media also owns two federal trademark applications that include the term COMMON SENSE.

A.    Application Serial No. 78/858,133, filed on April 10, 2006, for COMMON SENSE is for "conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media; educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting online exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media." A Notice of Allowance has issued on this application and a certificate of registration will issue as soon as Common Sense Media files an Amendment to Allege Use showing its use of this mark in commerce. Common Sense Media is in the process of preparing that documentation now. Common Sense Media is the owner of this application, of the trademark covered thereby, and of the goodwill associated with the trademark. A true and correct copy of this application is attached hereto as Exhibit 3.

B.    Application Serial No. 78/858,124, filed on April 10, 2006, for USE COMMON SENSE is for "conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media; educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting online exhibitions and displays and interactive exhibits in the field of

children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media." A Notice of Allowance has issued on this application and a certificate of registration will issue as soon as Common Sense Media files an Amendment to Allege Use showing its use of this mark in commerce. Common Sense Media is in the process of preparing that documentation now. Common Sense Media is the owner of this application, of the trademark covered thereby, and of the goodwill associated with the trademark. A true and correct copy of this application is attached hereto as Exhibit 4.

19.    In addition, Common Sense Media has acquired common law rights in each of its COMMON SENSE Trademarks based upon its use of these marks in commerce in connection with its various services.

### Defendant CSI's Infringing Conduct

20.    CSI is a recently formed 501(c)4 political organization. It was incorporated in April 11, 2007; on August 16, 2007, it filed an application to register COMMON SENSE ISSUES as a federal trademark for "promoting political and public policy issues." The first coverage that it received in the national press appears to have been an article in the December 19, 2007 edition of *Wall Street Journal* covering its partisan campaign activities in Iowa prior to the January 3, 2008 Iowa caucuses.

21.    CSI uses the COMMON SENSE ISSUES designation prominently on its CommonSenseIssues.com website where it publicizes highly partisan activities and viewpoints. A true and correct copy of the front page of this website is attached hereto as Exhibit 5. CSI also uses the COMMON SENSE ISSUES designation on the TrustHuckabee.com website that is dedicated to promoting Mike Huckabee in his presidential campaign. The TrustHuckabee.com site includes the phrase ". . . paid for by Common Sense Issues" and identifies itself as "a project of CommonSenseIssues.com." The Trust Huckabee website also provides news regarding CSI. A true and correct copy of portions of this website is attached hereto as Exhibit 6.

22.     CSI also runs the CubanHeroes.com website that, as of January 8, 2008, included a video segment with mock Cuban newscasters in military gear awarding U.S. Representative Mark Udall, a Democrat, the "Cuban Propaganda Award." A true and correct copy of portions of this website is attached hereto as Exhibit 7.

23.     Both CSI's CommonSenseIssues.com website and the TrustHuckabee.com website solicit and accept funds from individuals around the nation, including Californians. The CommonSenseIssues.com website solicits and allows users to donate to CSI via an online form in which "California" is an option on a pull-down menu. A true and correct copy of this online form is attached hereto as Exhibit 8.

24.     The COMMON SENSE ISSUES designation also appears on a merchandising webpage that is available through TrustHuckabee.com and that functions as an online store for TrustHuckabee products through which Californians and others may purchase "Trust Huckabee" items such as t-shirts, sweatshirts, tank tops, tote bags, and buttons. The webpage states that purchasers of these items are not exempt from paying sales tax when the items are shipped to Californians, which indicates a physical presence in California.

25.     The merchandising webpage is generated by a third party, CafePress.com. According to CafePress.com's website, Cafepress.com "offers sellers complete e-commerce services to independently create and sell a wide variety of products . . ." through its website. A true and correct copy of portions of this webpage is attached hereto as Exhibit 9. On information and belief, organizations that use CafePress.com, such as CSI, must enter into a contract with CafePress.com, which is located in Foster City, California, and must agree to Terms of Service by which they submit to the personal jurisdiction of California courts.

26.     The CommonSenseIssues.com website uses the COMMON SENSE ISSUES designation with its interactive website service through which individuals are encouraged to contact their respective elected officials.

27.     Both CSI's CommonSenseIssues.com and TrustHuckabee.com websites encourage and allow viewers to receive more information by filling out interactive online forms. Each form includes "California" in a drop-down menu.

1    28.    The TrustHuckabee.com website allows and encourages Californians and others to

2    become active in the Mike Huckabee campaign through filling out interactive online forms.  The

3    form also includes "California" in a drop-down menu.  A true and correct copy of this online

4    form is attached hereto as Exhibit 10.

5    29.    On information and belief, CSI has been using the COMMON SENSE ISSUES

6    designation to identify the source of automatic, interactive telephone calls regarding election

7    activities in many states nationwide, including Iowa, New Hampshire, South Carolina, and

8    Florida.  CSI's notably partisan automated phone activities drew attention from nationwide media

9    sources, including from the *Wall Street Journal*, *The Washington Post*, Fox News network, and

10   *San Mateo Daily Journal*.

11   30.    On information and belief, CSI's automated phone calls identify the purpose of the

12   call to the public as a public opinion survey.

13   31.    On information and belief, the tone of CSI's automated phone calls resulted in

14   presidential candidate Mike Huckabee denouncing the calls as violating the spirit of his campaign

15   and later led Mike Huckabee's campaign manager to ask the New Hampshire secretary of state to

16   investigate the calls.

17   32.    On information and belief, CSI's activities under the COMMON SENSE ISSUES

18   designation also resulted in presidential candidate John McCain writing a letter to New

19   Hampshire's Attorney General in December 2007 to request investigation into the legality of the

20   calls.

21                              **The Likelihood of Consumer Confusion**

22   33.    CSI's use of a virtually identical COMMON SENSE ISSUES designation for

23   related and complementary services is likely to cause confusion with Common Sense Media's

24   COMMON SENSE Trademarks.

25   34.    The designation COMMON SENSE ISSUES literally encompasses Common

26   Sense Media's COMMON SENSE trademark.  Moreover, COMMON SENSE MEDIA and

27   COMMON SENSE ISSUES are virtually identical because COMMON SENSE is the dominant

28

1  portion of both trademarks and the terms ISSUES and MEDIA are descriptive of the services

2  offered by the entities.

3      35.    CSI's services are related and complementary to those of Common Sense Media

4  and are offered to the public through the same channels of trade. Both CSI and Common Sense

5  Media use the COMMON SENSE designation nationwide in connection with educational

6  services as well as advocacy services, community-based political outreach, opinion polling, and

7  interactive policy-related websites. Both Common Sense Media and CSI use interactive websites

8  to solicit membership and donations for the purpose of political advocacy. The likelihood of

9  confusion is exacerbated by the fact that both Common Sense Media and CSI are using the

10  designation COMMON SENSE in connection with the upcoming presidential primaries and

11  campaign as well as in connection with producing and circulating video segments.

12  <u>**Common Sense Media Will Suffer Irreparable Harm**</u>

13      36.    CSI's conduct causes Common Sense Media irreparable harm because Common

14  Sense Media's ability to achieve its nonpartisan policy goals, receive substantial licensing fees for

15  its neutral reviews of media content, and attract donations will be damaged by confusion with

16  CSI.

17      37.    CSI's adoption of the COMMON SENSE ISSUES designation for partisan

18  political activities will result in incalculable harm to Common Sense Media due to confusion

19  among the public. Common Sense Media's reputation as a nonpartisan organization is crucial to

20  its legitimacy with the public and the politicians with whom it works and, in turn, the success of

21  its mission. The result of CSI's highly partisan positions being misattributed to Common Sense

22  Media would be devastating to the organization. CSI's actions are likely to injure Common

23  Sense Media's established goodwill as a reputable nonpartisan organization. As a result,

24  Common Sense Media will experience injury through loss of membership, loss of funding, and

25  loss of the political goodwill in which it has significantly invested and upon which it relies to

26  meet its directives.

27      38.    On information and belief, CSI is targeting its activities to the political primaries,

28  caucuses, and conventions that are taking place nationwide over the next several months.

1    39.    During the next several months, Common Sense Media is launching several high-

2    profile policy-related initiatives.  For example, Common Sense Media is currently working with

3    politicians on both sides of the aisle to secure support for an initiative to ask Congress to allocate

4    to education a portion of the billions of dollars expected to be raised from the Federal

5    Communication Commission's wireless auction scheduled for January 24, 2008.  Common Sense

6    Media is planning to issue a major announcement in regarding that initiative prior to the auction.

7    In addition, Common Sense Media is planning a presidential debate in spring of 2008.

8    40.    Moreover, on February 5, 2008, over twenty states, including California, will

9    participate in "Super Tuesday" by simultaneously conducting presidential primaries, conventions,

10    and caucuses.  If CSI undertakes a telephone campaign in those states like it did in Iowa, the

11    publicity and subsequent public confusion regarding the source of the calls will irreparably harm

12    Common Sense Media.

13    41.    On December 21, 2007, Common Sense Media's counsel sent CSI a letter,

14    notifying CSI of Common Sense Media's ownership of the COMMON SENSE Trademarks and

15    demanding that CSI discontinue its wrongful use of the COMMON SENSE designation.  CSI has

16    not responded to that letter in writing, although its attorney telephoned on January 8, 2008, and

17    said that he would respond "shortly."

18    42.    CSI's conduct is infringing and will continue to infringe the Common Sense

19    Trademarks unless restrained by the Court.

20    43.    If CSI continues its use of the COMMON SENSE ISSUES designation, Common

21    Sense Media will be irreparably harmed through the significant loss of goodwill, reputation, and

22    funding.  Moreover, Common Sense Media will continue to suffer irreparable harm unless CSI is

23    restrained from infringing the COMMON SENSE Trademarks.

24    44.    Common Sense Media has no adequate remedy at law.

### FIRST CLAIM FOR RELIEF

### (TRADEMARK INFRINGEMENT – FEDERAL LAW)

27    45.    Common Sense Media incorporates by reference paragraphs 1 through 44 above as

28    though fully set forth herein.

46.    The acts of CSI described above are likely to cause confusion, to cause mistake, or to deceive and therefore constitute infringement of Common Sense Media's federally registered trademarks under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

47.    Common Sense Media has valid and protectable federal trademark registrations for COMMON SENSE MEDIA® and COMMON SENSE MEDIA® and Design (the Common Sense Logo).

48.    Common Sense Media's trademark registrations are based on applications that were filed prior to CSI's first use of the COMMON SENSE ISSUES designation.

49.    CSI's use of the COMMON SENSE ISSUES designation is likely to cause confusion as to the origin of CSI's services and is likely to cause others to believe that there is a relationship between CSI and Common Sense Media.

50.    CSI's wrongful acts will also permit CSI to capitalize on the strength of Common Sense Media's success, goodwill, and reputation in promoting its own services and partisan political agenda.

51.    CSI has knowledge of Common Sense Media's rights, and continues its use of the infringing mark COMMON SENSE ISSUES, and variations thereof, to cause confusion, mistake, and deception, in violation and disregard of Common Sense Media's proprietary rights.  As such, CSI's conduct constitutes intentional infringement of Common Sense Media's COMMON SENSE trademarks.

52.    As a direct and proximate result of CSI's wrongful conduct, Common Sense Media has been and will be derived of the value of its COMMON SENSE Trademarks as assets.

53.    As a direct and proximate result of CSI's wrongful conduct, Common Sense Media has been damaged by CSI's wrongful acts, and such damage will continue unless the Court enjoins CSI's acts.  Common Sense Media has no adequate remedy at law for CSI's continuing violation of Common Sense Media's trademark rights.

## SECOND CLAIM FOR RELIEF

### (UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN – FEDERAL LAW)

54.    Common Sense Media incorporates by reference paragraphs 1 through 53 above as though fully set forth herein.

55.    The acts of the CSI described above constitute unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

56.    Common Sense Media has valid and protectable federal trademark registrations for COMMON SENSE MEDIA® and COMMON SENSE MEDIA® and Design. Common Sense Media started to use each of these marks well prior to CSI's first use of the COMMON SENSE ISSUES designation, and as a result, Common Sense Media also has prior common law rights in each of these registered trademarks.

57.    Common Sense Media also has prior common law rights in the following trademarks: COMMON SENSE, USE COMMON SENSE, and ASK COMMON SENSE. Common Sense Media used each of these common law trademarks well before CSI's first use of the COMMON SENSE ISSUES designation.

58.    CSI's use of the COMMON SENSE ISSUES designation is likely to cause confusion as to the origin of CSI's services and is likely to cause others to believe that there is a relationship between CSI and Common Sense Media.

59.    CSI's use of the designation COMMON SENSE ISSUES constitutes false designation of origin or a false representation and wrongfully and falsely designates CSI's services as originating from or connected with Common Sense Media.

60.    CSI's wrongful acts have permitted or will permit it to receive substantial donations, memberships, polling responses, and support based upon the strength of Common Sense Media's reputation and the substantial goodwill that it has built up in its COMMON SENSE Trademarks.

61.    As a direct and proximate result of CSI's wrongful conduct, Common Sense Media has been and will be derived of the value of its COMMON SENSE Trademarks as assets.

1    62.    As a direct and proximate result of CSI's wrongful conduct, Common Sense

2    Media has been damaged by CSI's wrongful acts, and such damage will continue unless the Court

3    enjoins CSI's acts.  Common Sense Media has no adequate remedy at law for CSI's continuing

4    violation of Common Sense Media's rights.

5                          **THIRD CLAIM FOR RELIEF**

6              **(UNFAIR BUSINESS PRACTICES – CALIFORNIA LAW)**

7    63.    Common Sense Media incorporates by reference as though fully set forth herein

8    the contents of paragraphs 1 through 62 above as though fully set forth herein.

9    64.    Common Sense Media has valid and protectable federal trademark registrations for

10   COMMON SENSE MEDIA® and COMMON SENSE MEDIA® and Design.  Common Sense

11   Media started to use each of these marks well prior to CSI's first use of the COMMON SENSE

12   ISSUES designation, and as a result, Common Sense Media also has prior common law rights in

13   each of these registered trademarks.

14   65.    Common Sense Media's trademark registrations are based on applications that

15   were filed prior to CSI's first use of the COMMON SENSE ISSUES designation.

16   66.    Common Sense Media has common law rights in the following trademarks:

17   COMMON SENSE, USE COMMON SENSE, and ASK COMMON SENSE.  Common Sense

18   Media also used each of these common law trademarks well before CSI's first use of the

19   COMMON SENSE ISSUES designation.

20   67.    CSI's use of the COMMON SENSE ISSUES designation is likely to cause

21   confusion as to the origin of CSI's services and is likely to cause others to believe that there is a

22   relationship between CSI and Common Sense Media.

23   68.    The above-described acts and practices by CSI are likely to mislead the general

24   public and therefore constitute unfair and fraudulent business practices and unfair, deceptive,

25   untrue, and misleading advertising in violation of California Business & Professions Code

26   §§ 17200, *et seq.*

27

28

69.    The above-described acts further constitute business acts that violate Common Sense Media's federal trademark rights and common law trademark rights and are therefore unlawful.

70.    The unfair, unlawful, and fraudulent business practices and the deceptive and untrue advertising of CSI described above present a continuing threat to members of the public in that CSI continues to promote its services by wrongfully trading on the goodwill of Common Sense Media's COMMON SENSE Trademarks.

71.    As a direct and proximate result of these acts, CSI has received and will continue to receive donations, memberships, polling responses, and support generated from the strength of Common Sense Media's extensive outreach, marketing, advertising, media presence, and consumer recognition.

72.    As a direct and proximate result of CSI's wrongful conduct, Common Sense Media has been injured, and such harm will continue unless CSI's acts are enjoined by the Court. Common Sense Media has no adequate remedy at law for CSI's continuing violation of Common Sense Media's rights.

## FOURTH CLAIM FOR RELIEF

### (DECEPTIVE, FALSE, AND MISLEADING ADVERTISING – CALIFORNIA LAW)

73.    Common Sense Media incorporates by reference paragraphs 1 through 72 above as though fully set forth herein.

74.    The acts of CSI described above constitute untrue and misleading advertising as defined by California Business & Professions Code § 17500, *et seq.*

75.    Common Sense Media has valid and protectable federal trademark registrations for COMMON SENSE MEDIA® and COMMON SENSE MEDIA® and Design.  Common Sense Media started to use each of these marks well prior to CSI's first use of the COMMON SENSE ISSUES designation, and as a result, Common Sense Media also has prior common law rights in each of these registered trademarks.

76.    Common Sense Media's trademark registrations are based on applications that were filed prior to CSI's first use of the COMMON SENSE ISSUES designation.

1    77.    Common Sense Media has common law rights in the following trademarks:

2    COMMON SENSE, USE COMMON SENSE, and ASK COMMON SENSE. Common Sense

3    Media also used each of these common law trademarks well before CSI's first use of the

4    COMMON SENSE ISSUES designation.

5    78.    CSI's use of the COMMON SENSE ISSUES designation constitutes false and

6    misleading advertising as it is likely to cause confusion as to the origin of CSI's services and is

7    likely to cause others to believe that there is a relationship between CSI and Common Sense

8    Media.

9    79.    CSI's false and misleading advertising will permit CSI to capitalize on the strength

10   of Common Sense Media's success, goodwill, and reputation in promoting its own services and

11   partisan political agenda.

12   80.    As a direct and proximate result of CSI's wrongful conduct, Common Sense

13   Media has been damaged by CSI's wrongful acts, and such damage will continue unless the Court

14   enjoins CSI's wrongful acts.

15                          **FIFTH CLAIM FOR RELIEF**

16                  **(TRADEMARK INFRINGEMENT – COMMON LAW)**

17   81.    Common Sense Media incorporates by reference paragraphs 1 through 80 above as

18   though fully set forth herein.

19   82.    Common Sense Media has valid and protectable federal trademark registrations for

20   COMMON SENSE MEDIA® and COMMON SENSE MEDIA® and Design. Common Sense

21   Media started to use each of these marks well prior to CSI's first use of the COMMON SENSE

22   ISSUES designation, and as a result, Common Sense Media also has prior common law rights in

23   each of these registered trademarks.

24   83.    Common Sense Media has common law rights in the following trademarks:

25   COMMON SENSE, USE COMMON SENSE, and ASK COMMON SENSE. Common Sense

26   Media also used each of these common law trademarks well before CSI's first use of the

27   COMMON SENSE ISSUES designation.

28

COMPLAINT
DEMAND FOR JURY TRIAL
sf-2444931

17

84.     The acts of CSI described above constitute infringement of Common Sense Media's common law rights in its COMMON SENSE Trademarks.

85.     CSI's use of designations including the term COMMON SENSE is likely to cause confusion as to the origin of CSI's services and is likely to cause others to believe that there is a relationship between CSI and Common Sense Media.

86.     CSI's infringing acts will permit CSI to capitalize on the strength of Common Sense Media's success, goodwill, and reputation in promoting its own services and partisan political agenda.

87.     As a direct and proximate result of CSI's wrongful conduct, Common Sense Media will be deprived of the value of, among other things, its common law COMMON SENSE Trademarks as assets.

88.     As a direct and proximate result of CSI's wrongful conduct, Common Sense Media has been damaged by CSI's wrongful acts, and such damage will continue unless the Court enjoins CSI's acts.  Common Sense Media has no adequate remedy at law for CSI's continuing violation of Common Sense Media's trademark rights.

## PRAYER FOR RELIEF

WHEREFORE, Common Sense Media prays for the following relief:

(1)     That the Court preliminarily enjoin CSI, its officers, agents, servants, employees, attorneys, and all others in active concert or participation with them from using the term or designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks (including any designation including the phrase COMMON SENSE), in conjunction with partisan political activities including but not limited to automated phone calls, Internet advocacy, and press relations; from using the designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks (including any designation including the phrase COMMON SENSE), on politically partisan or educational service-related websites or publications; from passing off CSI's services as being associated with Common Sense Media; from registering in its own name the designation

1  COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with

2  Common Sense Media's COMMON SENSE Trademarks (including any designation containing

3  the phrase COMMON SENSE), as a trademark for advocacy services or any other services likely

4  to cause confusion with Common Sense Media's services; and from committing any other unfair

5  business practices directed toward obtaining for itself the business and customers of Common

6  Sense Media.

7       (2)    That following trial of this action, the Court enter final judgment as follows:

8            (a)    That the Court issue a permanent injunction pursuant to 15 U.S.C. § 1116

9  enjoining CSI, its officers, agents, servants, employees, attorneys, and all others in active

10  concert or participation with them from:

11                 (i)    directly or indirectly using the mark COMMON SENSE ISSUES,

12  or any other designation similar to or likely to cause confusion with Common

13  Sense Media's COMMON SENSE Trademarks (including any designation

14  including the phrase COMMON SENSE), that is likely to cause confusion or

15  mistake or to deceive;

16                 (ii)    directly or indirectly using for any commercial purpose any logo,

17  trade name, or trademark which may be calculated to represent, or which has the

18  effect of falsely representing, that the services of CSI are Common Sense Media's

19  services or are authorized, sponsored, or in any way associated with Common

20  Sense Media; and

21                 (iii)    otherwise infringing the COMMON SENSE Trademarks or

22  unfairly competing with Common Sense Media.

23            (b)    That the Court award Common Sense Media an accounting of CSI's donors

24  and/or members so that Common Sense Media may take appropriate remedial measures to

25  mitigate damages.

26

27

28

(c)    That the Court award Common Sense Media reasonable funds for future corrective advertising.

(d)    That the Court grant Common Sense Media any other remedy to which it may be entitled, including all remedies provided for in 15 U.S.C. § 1117 and under California law.

(e)    That the Court award costs and attorneys' fees and such other relief as it deems just and proper.

Dated: January __9__, 2008

JENNIFER LEE TAYLOR
MORRISON & FOERSTER LLP

By: _____
    Jennifer Lee Taylor

Attorneys for Plaintiff
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
JTaylor@mofo.com
Telephone: 415.268.7000
Facsimile: 415.268.7522

COMPLAINT
DEMAND FOR JURY TRIAL
sf-2444931

20

1        Pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 3-6, Common

2    Sense Media demands a trial by jury

3

Dated: January _9_, 2008

4

                                   JENNIFER LEE TAYLOR

5                                       MORRISON & FOERSTER LLP

6

                            By: _____

7                                       Jennifer Lee Taylor

8                                     Attorneys for Plaintiff

9                                     Morrison & Foerster LLP
                                 425 Market Street

10                                     San Francisco, California  94105-2482
                                 JTaylor@mofo.com

11                                     Telephone: 415.268.7000
                                 Facsimile: 415.268.7522

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

**United States Patent and Trademark Office**

Reg. No. 3,353,234

Registered Dec. 11, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



COMMON SENSE MEDIA (CALIFORNIA COR-
PORATION)
1550 BRYANT STREET, SUITE 555
SAN FRANCISCO, CA 94103

FOR: CONDUCTING BUSINESS RESEARCH
AND SURVEYS REGARDING CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PUBLIC OPI-
NION POLLING REGARDING CHILDREN,
FAMILIES AND ENTERTAINMENT MEDIA; PRO-
VIDING ONLINE INFORMATION REGARDING
BUSINESS RESEARCH AND SURVEYS REGARD-
ING CHILDREN, ENTERTAINMENT AND THE
MEDIA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-9-2004; IN COMMERCE 5-9-2004.

FOR: EDUCATIONAL SERVICES, NAMELY,
PROVIDING SEMINARS AND WORKSHOPS IN
THE FIELD OF CHILDREN, FAMILIES, AND EN-
TERTAINMENT MEDIA; EDUCATIONAL SERVI-
CES, NAMELY, CONDUCTING ON-LINE
EXHIBITIONS AND DISPLAYS AND INTERACTIVE

EXHIBITS IN THE FIELD OF CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PROVIDING
A WEBSITE FEATURING INFORMATION, AD-
VICE, ANALYSIS, MONITORING, RATINGS AND
REVIEWS IN THE FIELD OF ENTERTAINMENT
MEDIA; PROVIDING INFORMATION IN THE
FORM OF REVIEWS AND RATINGS OF ENTER-
TAINMENT MEDIA; PROVIDING ONLINE INFOR-
MATION REGARDING ENTERTAINMENT AND
THE MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 5-9-2004; IN COMMERCE 5-9-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MEDIA", APART FROM THE
MARK AS SHOWN.

SN 78-389,532, FILED 3-23-2004.

JOHN LINCOSKI, EXAMINING ATTORNEY

# EXHIBIT 2

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

**United States Patent and Trademark Office**

**Reg. No. 2,973,224**
Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## COMMON SENSE MEDIA

COMMON SENSE MEDIA (CALIFORNIA COR-
PORATION)
500 TREAT AVENUE, SUITE 100
SAN FRANCISCO, CA 94110

FOR: CONDUCTING BUSINESS RESEARCH
AND SURVEYS REGARDING CHILDREN, FAMIL-
IES AND ENTERTAINMENT MEDIA; PUBLIC OPI-
NION POLLING REGARDING CHILDREN,
FAMILIES, AND ENTERTAINMENT MEDIA, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2003; IN COMMERCE 4-0-2003.

FOR: EDUCATIONAL SERVICES, NAMELY,
PROVIDING SEMINARS AND WORKSHOPS IN
THE FIELD OF CHILDREN, FAMILIES, AND EN-
TERTAINMENT MEDIA; EDUCATIONAL SERVI-
CES, NAMELY, CONDUCTING ON-LINE
EXHIBITIONS AND DISPLAYS AND INTERACTIVE

EXHIBITS IN THE FIELD OF CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PROVIDING
A WEBSITE FEATURING INFORMATION, ADVICE
ANALYSIS, MONITORING, RATINGS AND RE-
VIEWS IN THE FIELD OF ENTERTAINMENT
MEDIA; PROVIDING INFORMATION IN THE
FORM OF REVIEWS AND RATINGS OF ENTER-
TAINMENT MEDIA, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE MEDIA, APART FROM THE MARK
AS SHOWN.

SN 78-239,707, FILED 4-18-2003.

RONALD MCMORROW, EXAMINING ATTORNEY

# EXHIBIT 3

Document Description: **Application**      Mail / Create Date: **10-Apr-2006**

| Previous Page | Next Page | You are currently on page 1 of 2 | |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78858133
### Filing Date: 04/10/2006

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | <u>COMMON SENSE</u> |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | COMMON SENSE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Common Sense Media |
| STREET | 1550 Bryant Street, Suite 555 |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94103 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |

| | |
|---|---|
| DESCRIPTION | Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media |
| FILING BASIS | Section 1(b) |

### GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media |
| FILING BASIS | Section 1(b) |

### SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Rosemary S. Tarlton/ |
| SIGNATORY NAME | Rosemary S. Tarlton |
| SIGNATORY DATE | 04/10/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

### PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |
| PAYMENT METHOD | DA |

### ATTORNEY

| | |
|---|---|
| NAME | Rosemary S. Tarlton |

| | |
|---|---|
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 845312400600 |
| OTHER APPOINTED ATTORNEY(S) | Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Rosemary S. Tarlton |
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Mon Apr 10 17:46:45 EDT 2006 |

| TEAS STAMP | USPTO/BAS-20413068-200604<br>10174645507939-78858133-2<br>004ad5614adea1611c64cfcc8<br>88119d25-DA-582-200604101<br>74517007860 |
|---|---|

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78858133
### Filing Date: 04/10/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of COMMON SENSE.

The applicant, Common Sense Media, a corporation of California, residing at 1550 Bryant Street, Suite 555, San Francisco, California, United States, 94103, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media

International Class 041: Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media

The applicant hereby appoints Rosemary S. Tarlton and Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser of Morrison & Foerster LLP, 425 Market Street, San Francisco, California, United States, 94105-2482 to submit this application on behalf of the applicant. The attorney docket/reference number is 845312400600.

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Rosemary S. Tarlton/  Date: 04/10/2006
Signatory's Name: Rosemary S. Tarlton
Signatory's Position: Attorney for Applicant

Mailing Address:
    Rosemary S. Tarlton
    425 Market Street
    San Francisco, California 94105-2482

RAM Sale Number: 582
RAM Accounting Date: 04/11/2006

Serial Number: 78858133
Internet Transmission Date: Mon Apr 10 17:46:45 EDT 2006
TEAS Stamp: USPTO/BAS-20413068-20060410174645507939-
78858133-2004ad5614adea1611c64cfcc888119
d25-DA-582-20060410174517007860

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information:** *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help:** *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- **Questions about USPTO programs:** *Please e-mail* USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT 4

# EXHIBIT 4

Document Description: **Application**        Mail / Create Date: **10-Apr-2006**

Previous Page | Next Page | You are currently on page 1 of 2

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78858124
## Filing Date: 04/10/2006

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **MARK SECTION** | |
| MARK | USE COMMON SENSE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | USE COMMON SENSE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Common Sense Media |
| STREET | 1550 Bryant Street, Suite 555 |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94103 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |

| | |
|---|---|
| DESCRIPTION | Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media |
| FILING BASIS | Section 1(b) |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media |
| FILING BASIS | Section 1(b) |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Rosemary S. Tarlton/ |
| SIGNATORY NAME | Rosemary S. Tarlton |
| SIGNATORY DATE | 04/10/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |
| PAYMENT METHOD | DA |

## ATTORNEY

| | |
|---|---|
| NAME | Rosemary S. Tarlton |

| FIRM NAME | Morrison & Foerster LLP |
|---|---|
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 845312400500 |
| OTHER APPOINTED ATTORNEY(S) | Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser |

## CORRESPONDENCE SECTION

| NAME | Rosemary S. Tarlton |
|---|---|
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## FILING INFORMATION

| SUBMIT DATE | Mon Apr 10 17:41:23 EDT 2006 |
|---|---|

| TEAS STAMP | USPTO/BAS-20413068-200604<br>10174123390757-78858124-2<br>009cf068426ef575a5b6a8894<br>76e324c-DA-568-2006041017<br>3948600824 |
|---|---|

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78858124
## Filing Date: 04/10/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of USE COMMON SENSE.

The applicant, Common Sense Media, a corporation of California, residing at 1550 Bryant Street, Suite 555, San Francisco, California, United States, 94103, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media

International Class 041: Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media

The applicant hereby appoints Rosemary S. Tarlton and Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser of Morrison & Foerster LLP, 425 Market Street, San Francisco, California, United States, 94105-2482 to submit this application on behalf of the applicant. The attorney docket/reference number is 845312400500.

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Rosemary S. Tarlton/  Date: 04/10/2006
Signatory's Name: Rosemary S. Tarlton
Signatory's Position: Attorney for Applicant

Mailing Address:
    Rosemary S. Tarlton
    425 Market Street
    San Francisco, California 94105-2482

RAM Sale Number: 568
RAM Accounting Date: 04/11/2006

Serial Number: 78858124
Internet Transmission Date: Mon Apr 10 17:41:23 EDT 2006
TEAS Stamp: USPTO/BAS-20413068-20060410174123390757-
78858124-2009cf068426ef575a5b6a889476e32
4c-DA-568-20060410173948600824

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information:** *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help:** *For instructions on how to use TDR, or help in resolving technical glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs:** *Please e-mail USPTO Contact Center (UCC).*

Case 4:08-cv-00155-CW    Document 1-2    Filed 01/09/2008    Page 8 of 33

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT 5

# Comm☉nSense issues





PLAY
The Latest Video Now.

Learn more about Mark Udall's plan to drill offshore Cuba.

HOME    ABOUT    NEWS    CONTRIBUTE    GET INVOLVED



Dear Fellow American,

Welcome to Common Sense Issues. We are American citizens dedicated to educating and informing our fellow citizens in an in-depth manner about public policy issues. We encourage our fellow citizens to seek ways to work together to encourage opinion leaders and public officials to approach America's problems using basic common sense principles. We seek solutions to public policy problems and

Common Sense Issues

**URL:**
http://www.youtube.com/watch?v=6S_xRQaCTQc

**Add To Your Blog Or Website:**
<object width="425" height="350"><param name="movie" value="http://www.youtube.com/v/6S_xRQaCTQc&rel=1"></param><param name="wmode" value="transparent"></param><embed src="http://www.youtube.com/v/6S_xRQaCTQc&rel=1" type="application/x-shockwave-flash" wmode="transparent" width="425" height="350"></embed></object>

## Latest News. 🔊

Share your email address to sign-up to receive latest news updates and alerts:

[          ] [go]

### News from Arkansas:

* Pryor Announces Summer Internship Program >>
* Trip Advisory - January 7th - 12th >>
* 23 Other Campaigns >>

### News from South Dakota:

* New energy bill rivals unfinished farm bill in importance >>
* Johnson Takes Steps Toward Recovery With New Tool >>
* Lawmakers Return To Budget Woes In Pierre >>

### News from Colorado:

* Benner challenges Udall in Colo. Senate primary >>
* Mark Udall Gets a Democratic Challenger >>
* 1 more declares candidacy for U.S. Senate seat >>

### News from Montana:

issues that mirror the God-given common sense of the American people. We encourage you to get involved with us and with your government. >>

## Key States.

We particularly need help in a few key demographics. See whats happening and how you can affect the outcome.>>



## Contribute. How Can You Make A Difference?

Learn how you can contribute to the effort to return common sense thinking to our government. >>

## Get Involved. Join Our Coalition.

Enter your email address to join over 30,000 American who have joined the Common Sense

Common Sense Issues

* Read More >>

* Blackfeet secure grant for new factory >>

* How Bush may boost the economy >>

## News from Louisiana:

* IAEA Chief To Visit Iran To Resolve Outstanding Issues >>

* Davis' choice is good for St. Tammany >>

* Jindal misses one-third of congressional votes in Washington >>

movement! >>

[ ] go

## Contact Your Elected Officials...

Please enter your zip code: >>

[ ][ ]  go

http://www.commonsenseissues.com/

Common Sense Issues

CommonSenseIssues

copyright©2008 | privacy policy | legal disclaimer

# EXHIBIT 6







# Press Releases

Welcome    Join With Mike Now    Why We Like Mike    Huckabee in the Media    In Their Own Words    Huckabee Ge

Trust Huckabee is an independent effort and is not authorized by any candidate or candidate's committi

SIGN UP: enter email          ZIP code

Trust Huckabee Home | Huckabee in the Media | Press Relea

## Common Sense Issues launches new television ad

MEDIA RELEASE

EMBARGOED UNTIL 10:00 AM
Saturday, December 29, 2007

### Common Sense Issues
### launches new television ad

*Inaugural television advertisement to compare and contrast*
*Governor Mike Huckabee and Governor Mitt Romney on issues*

Contact:  Patrick Da
202-251-44

DES MOINES, Ia. - Dec. 29, 2007 - Common Sense Issues, Inc. announced its first television advertisement in Iowa during a press conference toda

*"Iowa voters need to understand that there is a candidate that you can trust to make the right decisions on critical issues – that candidate is
Governor Mike Huckabee,"* said Common Sense Issues Executive Director Patrick Davis.  *"Other candidates, like Mitt Romney, cannot be trusted
on critical issues and this ad factually demonstrates it using the words of the candidates themselves."*

The Common Sense Issues ad began running today statewide.   Television advertisements in other states are a possibility.

The television spot contrasts the positions of Governor Mike Huckabee and Governor Mitt Romney on abortion.  Romney has taken a variety of
stances on the issue during his years in public office.  Huckabee has been a consistent and articulate pro-life champion.

Press Releases-Trust Huckabee                                                                                    Page 2 of 3

Davis said: "We welcome Mitt Romney back on to the pro-life team. However, we also recognize that leaders with a track record of flipping from one position to another and then back again on an issue as fundamental as Life may require a longer probation period to earn back our trust." When the leadership of our Nation is involved, Common Sense Issues trusts those leaders like Mike Huckabee who have always valued an championed life and family. Know the facts. Vote the truth. Use your common sense.

The advertisement, titled "Trust", includes a 1994 clip of Romney saying he was pro-abortion, a 2001 clip saying he's not pro-choice, a 2002 clip saying he's pro-abortion, and a 2007 clip saying he's changed his mind and is now pro-life again. Davis said, *"Just about everyone knows that Romney has recently switched from being pro-abortion to pro-life, but the real news here is that Romney has actually switched back an forth multiple times on this issue based on the political currents he is swimming in at the time. And when citizens understand that, whether they are pro-abortion or pro-life, they begin to question whether Romney can be trusted on any issue."*

Common Sense Issues said the advertisement will run statewide in Iowa in the final week and may spread further depending on donations to the organization.

For further information on the advertisement, including actual video footage and longer video segments, go to www.trusthuckabee.com.

**About Common Sense Issues, Inc.**

Common Sense Issues is a 501 c4 qualified non-profit organization of grassroots citizens focused on core issues of interest to our members, especially protecting the vulnerable in our society and protecting free speech.. We are American citizens dedicated to educating and informing our fellow citizens in an in-depth manner about public policy issues. We use modern technology to help mobilize and empower citizens who fee passionately about issues but feel that they have been left out of the process. More information about Common Sense Issues can be found by visiting www.commonsenseissues.com.

###

Date: 12/29/2007

Trust Huckabee is a grassroots independent organization committed to educating voters to support Governor Mike Huckabee for the Republican Nomination for President of the United States. Not authorized by any candidate or candidate's committee.





# EXHIBIT 7









# EXHIBIT 8



# EXHIBIT 9



# EXHIBIT 10





