1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  DEAN J. ZIPSER (CA SBN 94680)
   DZipser@mofo.com
6  CAROLE E. REAGAN (CA SBN 162674)
   CReagan@mofo.com
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12TH Floor
8  Irvine, California 92612-2445
   Telephone: (949) 251-7500
9  Facsimile: (949) 251-0900

10 Attorneys for Plaintiff
   COMMON SENSE MEDIA, INC.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15

16 | COMMON SENSE MEDIA, INC., a California corporation, | Case No.  C08-00155-CW |
|---|---|
17 |  | **PLAINTIFF COMMON SENSE MEDIA, INC.'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
18 | Plaintiff, |  |
19 | v. |  |
20 |  |  |
21 | COMMON SENSE ISSUES, INC., a Delaware corporation, | Date:<br>Time: |
22 | Defendant. | Ctrm:<br>Judge: Honorable Claudia Wilken |

23

24

25

26

27

28

1   Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65-1, Plaintiff Common Sense Media, Inc. ("Common Sense Media"), hereby applies for a Temporary Restraining Order requiring that Defendant Common Sense Issues, Inc. ("CSI") not, pending further order of this court:

1.   Use the term or designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE MEDIA®, COMMON SENSE MEDIA® and Design, COMMON SENSE, ASK COMMON SENSE, and USE COMMON SENSE Trademarks (collectively, the "COMMON SENSE Trademarks"), including any designation incorporating the phrase COMMON SENSE, in conjunction with partisan political activities including, but not limited to automated phone calls, Internet advocacy, and press relations;

2.   Use the designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks, including any designation incorporating the phrase COMMON SENSE, on politically partisan or educational service-related websites or publications;

3.   Register in its own name the designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks, including any designation incorporating the phrase COMMON SENSE, as a trademark for advocacy services or any other services likely to cause confusion with Common Sense Media's services.

This application is made on the ground that CSI has violated and is threatening to violate trademark, unfair business practice, and false advertising laws and cause irreparable harm to Common Sense Media and the public, and is based upon this Ex Parte Application, Common Sense Media's Complaint, Common Sense Media's Memorandum In Support of Ex Parte Application for Temporary Restraining Order, accompanying declarations and exhibits, and such further evidence and arguments as may be presented.

1  Dated: January 15, 2008                     JENNIFER LEE TAYLOR
                                               DEAN J. ZIPSER
2                                              CAROLE E. REAGAN
                                               MORRISON & FOERSTER LLP
3

4
                                               By:  /s/ Jennifer Lee Taylor
5                                                   Jennifer Lee Taylor

6                                                   Attorneys for Plaintiff
                                                    COMMON SENSE MEDIA, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMMON SENSE MEDIA'S APPLICATION FOR TEMPORARY RESTRAINING ORDER                      2
CASE NO. C08-00155-CW

-2450133

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28