1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522

5  DEAN J. ZIPSER (CS SBN 94680)
   DZipser@mofo.com
6  CAROLE E. REAGAN (CA SBN 162674)
   CReagan@mofo.com
7  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard, Suite 1200
8  Irvine, California  92612-2445
   Telephone: (949) 251-7500
9  Facsimile: (949) 251-0900

10 Attorneys for Plaintiff
   COMMON SENSE MEDIA, INC.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                       OAKLAND DIVISION

15

16 COMMON SENSE MEDIA, INC., a California        Case No.   C08-00155-CW
   corporation,
17                                               DECLARATION OF ANNE
                Plaintiff,                       ZEHREN IN SUPPORT OF
18                                               COMMON SENSE MEDIA,
         v.                                      INC.'S EX PARTE
19                                               APPLICATION FOR A
   COMMON SENSE ISSUES, INC., a Delaware         TEMPORARY RESTRAINING
20 corporation,                                  ORDER

21                Defendant.                     Date:
                                                 Time:
22                                               Ctrm:
                                                 Judge:   Honorable Claudia Wilken
23

24

25

26

27

28

DECL. OF A. ZEHREN ISO COMMON SENSE APPLICATION FOR TRO
NO. C08-00155-CW
sf-2445465

1   I, Anne Zehren, declare as follows:

2       1.   I am the President and Chief Operating Officer for Common Sense Media, Inc.

3   ("Common Sense Media"), the plaintiff in this action.  I make this declaration in support of

4   Common Sense Media's Ex Parte Application for a Temporary Restraining Order.  Except where

5   otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness

6   could and would testify as set forth herein.

7                              **About Common Sense Media**

8       2.   Common Sense Media is a national non-profit organization located in San Francisco

9   and dedicated to improving the media lives of children and families.  The organization was

10  founded under the name Common Sense Media and has referred to itself as Common Sense

11  Media, Common Sense, and CommonSense.com since 2003.  We exist because media and

12  entertainment profoundly impact the social, emotional, and physical development of our nation's

13  children.  As a nonpartisan, nonprofit organization, we provide trustworthy information and tools,

14  as well as an independent forum, so that families can have a choice and a voice about the media

15  they consume.  I became the President and Chief Operating Officer of Common Sense Media in

16  July 2007.  Prior to that, I served on the Board of Directors.

17      3.   Common Sense Media operates nationally and focuses its efforts in several areas that

18  it believes will improve the media lives of children and their families.  First, we frame public

19  policy issues and advocate for nonpartisan positions at the state and federal levels regarding any

20  issues, including new or amended laws and regulations, that might affect media.  For example, we

21  believe that there should be one universal and easily understandable media rating system and we

22  have advocated for such a system since our founding.  We are concerned about the role that

23  media and marketing to children have on the rise in childhood obesity and we are part of the

24  Federal Communications Commission's Task Force on Media and Childhood Obesity.  Likewise,

25  we also support diversity of programming and media ownership as we believe that diverse

26  offerings are beneficial for children.  We also advocate for high quality children's programming,

27  particularly on television.

28

4.    Second, we provide to the public and policy makers a large amount of information—over our website and through the cable, video-on-demand, and broadband services of our partners—related to media, particularly as it relates to children.  For example, we provide our own detailed reviews of media products, such as video games, CDs, movies, online games, and websites.  These reviews allow parents to make informed decisions about whether the material is age-appropriate and suitable for their children.  We also provide links to reviews done by third parties, and we allow parents and children to post their own reviews on our website, which is accessible through our many domain names, including:  CommonSense.com, CommonSenseTV.com, MyCommonSense.com, UseCommonSense.com, and Commonsensemedia.org.  The utility of these services resulted in over six million unique users accessing our website in the year 2007, as well as over 100,000 registered subscribers to our free weekly newsletter.  Our video reviews also are available to over 45 million homes via the cable and video-on-demand services of our three cable network partners:  Comcast Corporation, Cox Communications, Inc., and Time Warner Cable LLC.  In addition, we partner with numerous distributors who circulate our reviews and material via their websites and ISP services, including Comcast Corporation, Cox Communications, Inc., Time Warner Cable LLC, AOL LLC, Netflix, Inc., and Google Inc.  Our public service announcements are featured nationwide on major radio stations and on major broadcast and cable networks.  Our distribution partners pay licensing fees to feature our ratings on their services, generating nearly two million dollars per year in revenue for the organization.

5.    Third, we collect and distribute information that is relevant and useful to parents and others concerned about how media is affecting our children.  For example, we publish nonpartisan studies on the effects of media on children and families.  Leading up to elections, we conduct surveys, polls, and debates, so that voters and others will know the candidates' stands on issues related to children and the media.  For example, Common Sense Media sent a questionnaire about children and media issues to twelve of the top 2008 Republican and Democratic presidential candidates last fall.  We released the responses of those candidates who

1  replied to the general public in mid-December.  Common Sense Media is also gearing up to host a

2  major debate amongst presidential candidates in spring 2008.

3      6.    As a public policy voice for children and their families, Common Sense Media is and

4  has always been a nonpartisan organization.  It is vital to our success that the public view us as

5  staunchly nonpartisan.  First, we need to be able to work with candidates and policy makers of

6  both parties to be successful in advancing our issues.  If we are seen as partisan, some candidates

7  and policy makers will be unwilling to work with us.  Second, in the absence of a nationwide

8  media rating system, we have been providing our own reviews and other information via our

9  website and other sources.  If we are seen as partisan, some of our intended audience will be

10  unwilling to trust our reviews and the other information that we disseminate.  Our mission is to

11  help all parents and families make better media choices for their kids.  Third, we are a nonprofit

12  organization that relies heavily on donations from individuals, foundations, and other

13  organizations for our survival.  If we are seen as partisan, some of our existing and potential

14  donor pool may be unwilling to support us.  Lastly, we receive nearly two million dollars in

15  annual revenue from partners who pay us for our ratings because they are a reliable, neutral

16  source of family-friendly ratings for their consuming public.  Any perception that the factors

17  driving our rating system are tainted by political bias will immediately strip the rating system of

18  its social and financial value.

19      7.    Although it was founded only five years ago, Common Sense Media has been

20  tremendously successful and is now viewed as a leading public policy voice on issues related to

21  media and children.  Our launch in May 2003 was covered by *The New York Times*, and we have

22  received extensive coverage from *The New York Times* since then, including in December 2007

23  when we announced the release of the candidates' responses to our children and media issues

24  questionnaire.  In between, we have received coverage from numerous other media outlets,

25  including, but not limited to:  *The Wall Street Journal*, *San Francisco Chronicle*, *The Washington*

26  *Post*, *Chicago Tribune*, *Los Angeles Times*, *Houston Chronicle*, *The Baltimore Sun*, *USA Today*,

27  *The Cincinnati Enquirer*, and *The Christian Science Monitor*.

28

1    8.    Common Sense Media has also been effective in forging relationships with policy

2  makers, elected officials, and political candidates of both parties who support the same issues that

3  we do.  For example, we worked with Senators Sam Brownback, Rick Santorum, Joe Lieberman,

4  and Hillary Clinton to promote the Children and Media Research Advancement Act.  We

5  collaborated with Senator Sam Brownback to develop the Broadcast Decency Enforcement Act.

6  We also joined policy makers to sponsor the Family Entertainment Protection Act that was

7  introduced by Senators Hillary Clinton, Joe Lieberman, and Evan Bayh.  In December 2007, staff

8  from Common Sense Media spent considerable time on Capitol Hill meeting with a variety of

9  House and Senate staffers from both sides of the aisle in order to raise nonpartisan awareness of

10  media issues as related to families and children.  We also work regularly with all five

11  commissioners that comprise the bipartisan Federal Communications Commission (the "FCC").

12    9.    We have invested extensive time and resources in promoting Common Sense Media

13  as a reliable, unbiased source of information for parents and families.  For example, we recently

14  partnered with First Republic Bank to feature advertisements in print media across the nation.

15  Those ads have been featured in the Sunday magazine of *The New York Times*, *San Francisco*

16  *Magazine*, and *Stanford* magazine, among other periodicals.  We also recruit prominent figures

17  and role models to appear in our public service announcements, such as Maria Shriver,

18  William H. Macy, Kiefer Sutherland, and members of the San Francisco Giants, the Oakland A's,

19  and the Seattle Mariners.  Our Chief Executive Officer, Jim Steyer, conducts a weekly television

20  segment called "Kids in the Media" that appears locally on Channel Five (KPIX) and is being

21  considered for syndication across the country by CBS.  We are regularly featured on popular

22  television shows such as Good Morning America and the Today Show, as well as other shows

23  appearing on Fox, CNN, and MSNBC.

**Our Trademark Rights**

25    10.    We own two federal trademark registrations for COMMON SENSE MEDIA®.

26    11.    Registration No. 3,353,234, filed on March 23, 2004 and registered on

27  December 11, 2007 is for COMMON SENSE MEDIA® and Design.  It is registered for

28  "conducting business research and surveys regarding children, families, and entertainment media;

1  public opinion polling regarding children, families and entertainment media; providing online

2  information regarding business research and surveys regarding children, entertainment and the

3  media; educational services, namely, providing seminars and workshops in the field of children,

4  families, and entertainment media; educational services, namely, conducting online exhibitions

5  and displays and interactive exhibits in the field of children, families, and entertainment media;

6  providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the

7  field of entertainment media; providing information in the form of reviews and ratings of

8  entertainment media; providing online information regarding entertainment and the media."

9  Common Sense Media claimed that it started using this mark as early as May 2004 in the

10  Amendment to Allege Use that it filed in connection with this registration. Common Sense

11  Media is the owner of this registration, of the trademark covered thereby, and of the goodwill

12  associated with the trademark. A true and correct copy of this registration certificate is attached

13  hereto as Exhibit 1.

14      12.    Registration No. 2,973,224, filed on April 18, 2003 and registered on July 19, 2005

15  is for the word mark COMMON SENSE MEDIA®. It is registered for "conducting business

16  research and surveys regarding children, families, and entertainment media; public opinion

17  polling regarding children, families and entertainment media; providing online information

18  regarding business research and surveys regarding children, entertainment and the media;

19  educational services, namely, providing seminars and workshops in the field of children, families,

20  and entertainment media; educational services, namely, conducting online exhibitions and

21  displays and interactive exhibits in the field of children, families, and entertainment media;

22  providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the

23  field of entertainment media; providing information in the form of reviews and ratings of

24  entertainment media; providing online information regarding entertainment and the media."

25  Common Sense Media claimed that it started using this mark as early as April/May 2003 in its

26  Amendment to Allege Use that it filed in connection with this registration. Common Sense

27  Media is the owner of this registration, of the trademark covered thereby, and of the goodwill

28

1  associated with the trademark. A true and correct copy of this registration certificate is attached

2  hereto as Exhibit 2.

3      13.   We also own two trademark applications that include the term COMMON SENSE.

4      14.   Application Serial No. 78/858,133, filed on April 10, 2006 for COMMON SENSE

5  is for "conducting business research and surveys regarding children, families, and entertainment

6  media; public opinion polling regarding children, families and entertainment media; providing

7  online information regarding business research and surveys regarding children, entertainment and

8  the media; educational services, namely providing seminars and workshops in the field of

9  children, families, and entertainment media; educational services, namely, conducting online

10  exhibitions and displays and interactive exhibits in the field of children, families, and

11  entertainment media; providing a website featuring information, advice, analysis, monitoring,

12  ratings and reviews in the field of entertainment media; providing information in the form of

13  reviews and ratings of entertainment media; providing online information regarding entertainment

14  and the media." A Notice of Allowance has issued on this application and a certificate of

15  registration will issue as soon as Common Sense Media files an Amendment to Allege Use of this

16  mark in commerce. Common Sense Media is in the process of preparing that documentation

17  now. Common Sense Media is the owner of this application, of the trademark covered thereby,

18  and of the goodwill associated with the trademark. A true and correct copy of this application is

19  attached hereto as Exhibit 3.

20      15.   Application Serial No. 78/858,124, filed on April 10, 2006 for USE COMMON

21  SENSE is for "conducting business research and surveys regarding children, families, and

22  entertainment media; public opinion polling regarding children, families and entertainment

23  media; providing online information regarding business research and surveys regarding children,

24  entertainment and the media; educational services, namely providing seminars and workshops in

25  the field of children, families, and entertainment media; educational services, namely, conducting

26  online exhibitions and displays and interactive exhibits in the field of children, families, and

27  entertainment media; providing a website featuring information, advice, analysis, monitoring,

28  ratings and reviews in the field of entertainment media; providing information in the form of

1  reviews and ratings of entertainment media; providing online information regarding entertainment

2  and the media." A Notice of Allowance has issued on this application and a certificate of

3  registration will issue as soon as Common Sense Media files an Amendment to Allege Use of this

4  mark in commerce. Common Sense Media is in the process of preparing that documentation

5  now. Common Sense Media is the owner of this application, of the trademark covered thereby,

6  and of the goodwill associated with the trademark. A true and correct copy of this application is

7  attached hereto as Exhibit 4.

8       16.   Although our full name is Common Sense Media, Inc., we are widely known as

9  Common Sense.com as well as Common Sense Media, and we frequently refer to ourselves as

10  Common Sense orally and in many of our written materials. We also use the domain name

11  www.CommonSense.com as a primary link to our website and direct others to that domain name

12  in our written and recorded materials. Our newsletter contains the column "Ask Common Sense"

13  and we have been using that slogan on our website and in our newsletter since at least as early as

14  August 2006. A true and correct copy of that newsletter is attached hereto as Exhibit 5. Our

15  video reporter Kim Yonenaka, whose review clips are featured extensively on our website and

16  through our distribution partners' video on demand services, concludes her reviews with

17  statements such as "Common Sense gives this video a [rating]." Similarly, our video segments

18  that appear on KPIX and elsewhere feature our Chief Executive Officer, Jim Steyer, routinely

19  referring to our organization as Common Sense. Our online reviews and ratings include headings

20  like "Common Sense Note" and "Common Sense Review." In addition, our website prominently

21  displays a video that explains to the public who we are and what we do. In it, parents and

22  consumers are invited to "come visit us at CommonSense.com." On information and belief we

23  have also been using USE COMMON SENSE as a slogan since at least as early as 2005.

24       17.   The term COMMON SENSE is prominently featured in our logo, as shown below

25  ("the COMMON SENSE Logo"), which appears in the upper left-hand corner of every page of

26  the website. The logo features the prominent words COMMON SENSE, with a box around the

27  letters ON that draws attention to the words COMMON SENSE. Beneath the box, the word

28  MEDIA appears in small type.



### About Common Sense Issues

18.    On December 19, 2007, we received a telephone call from one of our political consultants who directed us to an article that appeared in that day's edition of the *Wall Street Journal*. The article concerned a new political action group named Common Sense Issues, Inc. ("CSI") that was actively supporting Republican causes and candidates. According to the article, these activities included automated telephone calls in Iowa in support of presidential candidate Mike Huckabee and "spreading negative information" about other candidates in a way that the article characterized as "mudslinging." The calls resulted in certain commentators comparing CSI to the Swift Boat Veterans groups that were actively opposing Senator Kerry's re-election bid in 2004. This was the first time that anyone at Common Sense Media heard of CSI, which I understand was first incorporated in Delaware in April of 2007. A true and correct copy of this article is attached hereto as Exhibit 6.

19.    CSI's use of automatic, interactive telephone calls in highly publicized caucuses and primaries continues to gain negative national attention in papers around the country, including in the *The Wall Street Journal*, *The Washington Post*, and *San Mateo Daily Journal*, as well as in coverage by the Associated Press, and the Fox News network. From these articles, we learned that CSI conducted similar calls in New Hampshire. We also learned that presidential candidate Mike Huckabee denounced the calls as violating the spirit of his campaign and his campaign manager has asked the New Hampshire Secretary of State to investigate the calls. Presidential candidate John McCain wrote a letter to New Hampshire's Attorney General to request an investigation into the legality of the calls.

20.    After initially learning about CSI, we did some additional research to determine the scope of its activities. The organization describes itself on its website as comprised of individuals

1  "dedicated to educating and informing citizens in an in-depth manner about public policy issues."

2  CSI's Executive Director, Patrick Davis, is quoted in newspapers referring to CSI's activities as

3  educational. Because Common Sense Media's registered trademarks are for use with educational

4  services, we were highly disturbed to discover CSI's use of the designation COMMON SENSE

5  ISSUES in connection with "educational services."

6      21.    Common Sense Media also determined that CSI filed a federal trademark

7  application to register COMMON SENSE ISSUES for "promoting political and public policy

8  issues." This application was filed on August 16, 2007 and was assigned Application Serial

9  No. 77/257,033.

10      22.    We further determined that CSI actively singles out and criticizes specific

11  politicians. For example, as of January 8, 2008, the CSI website features articles and a video that

12  appear to attack U.S. Representative Mark Udall of Colorado. The site provides a video spoof

13  that features mock Cuban newscasters dressed in military gear announcing a new award for Mark

14  Udall: the "Cuban Propaganda Award." In addition, the site's link inviting readers to "Learn

15  more about Mark Udall's plan to drill offshore Cuba" directs readers to a "CubanHero.com"

16  website that is run by CSI and which appears to be dedicated completely to news about Mark

17  Udall. True and correct copies of portions of these websites is attached hereto as Exhibit 7.

18      23.    Such coverage of specific politicians creates an appearance of partisanship that is

19  the very antithesis of the neutral position Common Sense Media has worked diligently to create.

20  Because we also create short video clips and because CSI's website further encourages visitors to

21  contact elected officials through the website's interactive database, the risk of confusing the

22  public and our bi-partisan political partners is increased.

23      24.    CSI is also prominently featured on the "TrustHuckabee" website,

24  www.trusthuckabee.com, on which appears the language "paid for by Common Sense Issues." In

25  addition, the Trust Huckabee site includes background information on CSI, creating a clear

26  association between CSI and the pro-Mike Huckabee website. For example, as of January 8,

27  2008, the Trust Huckabee website featured a section with the heading "Common Sense Issues,

28  Inc. Equipping Informed Voters with Facts about Presidential Candidates and Their Positions on

Key Issues." On the same page, a prominent video clip is featured that shows a picture of Mitt Romney with the words "Cannot Trust Romney.com" juxtaposed on the candidate's face. Underneath the video clip is the heading "Common Sense Issues launches new television ad." True and correct copies of portions of this website is attached hereto as Exhibit 8.

25. The Trust Huckabee website also links to a merchandising webpage through which viewers can purchase Trust Huckabee items such as t-shirts, tank tops, tote bags, and buttons. The phrase "Paid for by Common Sense Issues" appears on the lower-left corner of the merchandising page. True and correct copies of portions of this webpage is attached hereto as Exhibit 9.

26. The combined effect of the CommonSenseIssues.com, CubanHero.com, and TrustHuckabee.com websites is one of a highly partisan political organization that supports some candidates and causes and decries others.

### Likelihood of Confusion and Harm to Common Sense Media

27. We concluded that CSI's use of the COMMON SENSE ISSUES designation and name for a partisan organization that is the antithesis of our nonpartisan image would irreparably harm our organization because candidates, policy makers, and our current and future supporters would become confused as to the association between CSI and Common Sense Media and would come to believe that Common Sense Media is a partisan organization. This would result in less cooperation between Common Sense Media and candidates and/or elected officials and agencies, as well as a drop in support from the general public, a drop in the public's perception of the neutrality of our popular media rating system, and the significant financial loss of licensing revenues from current and future distribution partners. As a result, Common Sense Media's ability to shape the debate on media and children and to advocate effectively on behalf of children and their families would be irreparably weakened.

28. Common Sense Media believes that it will be irreparably harmed if CSI is not immediately enjoined from using COMMON SENSE as part of its name and trademark. The addition of the term ISSUES to Common Sense Media's COMMON SENSE trademark does nothing to distinguish CSI from Common Sense Media because both entities work actively to

1   affect various "issues."  Furthermore, Common Sense Media's focus on media and its effect on

2   children is certainly an "issue" in the presidential campaign.

3       29.    Common Sense Media is particularly concerned that CSI's use of COMMON

4   SENSE as part of its trademark and trade name during the next six weeks will irreparably harm

5   Common Sense Media.  First, on January 24, 2008, the Federal Communications Commission

6   will be auctioning off wireless spectrum in a public auction.  Common Sense Media has been

7   working on a proposal that will ask Congress to allocate a portion of the billions of dollars

8   expected to be raised to educational campaigns about children and media.  Common Sense Media

9   has been working with politicians on both sides of the aisle to gain their support for this important

10  initiative, which Common Sense Media is currently planning to announce on January 22, 2008.  It

11  is crucial that Common Sense Media not be confused with any partisan organization at a point

12  when it is counting on the support of both Republicans and Democrats for this important

13  initiative.

14      30.    Second, we are in the midst of a series of presidential primaries, with several states

15  like Michigan and South Carolina conducting primaries this month and over twenty states,

16  including California, scheduled to hold primary elections on "Super Tuesday," February 5, 2008.

17  Each time that CSI uses the term COMMON SENSE ISSUES to identify itself in connection with

18  its partisan campaigning, potential voters and the public in general will come to associate CSI

19  with Common Sense Media.  This is especially true where we are conducting and circulating

20  presidential candidate questionnaire results and CSI markets itself as disseminating information

21  about candidates' stances on key issues.

22      31.    Third, Common Sense Media is already actively working with members of

23  Congress, as well as the presidential and congressional candidates, to promote its nonpartisan

24  positions on issues related to children and the media.  As mentioned above, we have worked

25  closely with U.S. Senators, U.S. Representatives, state and local politicians, and agencies on both

26  sides of the political aisle.  We cannot risk having any of these individuals refuse to work with us

27  because they associate us with a partisan organization that is actively supporting a particular party

28  or particular politicians, or that is engaged in highly-publicized negative political strategies.

32.    Fourth, Common Sense Media has been making arrangements to host a major presidential debate in Spring 2008 on issues relevant to children, including children and the media. We will be issuing invitations to the leading Republican and Democratic candidates. We cannot risk having those candidates turn down our invitation because they associate us with CSI or a particular viewpoint.

33.    Fifth, Common Sense Media's core product to the public is its neutral rating system that has no political affiliation. Any confusion between Common Sense Media and a partisan organization by the public will immediately and irreparably tarnish the value of the rating service to the viewers, to our financial contributors, and to our distribution partners who pay a substantial sum to feature our ratings. This confusion will have dramatic and irreparable financial consequences for Common Sense Media.

34.    Common Sense Media is not seeking to stop CSI's political activities or to prevent a nonprofit organization from supporting particular candidates. Our complaint is that by using the name COMMON SENSE ISSUES in connection with its advocacy, CSI will cause the public to be confused and will irreparably harm the good work being done by Common Sense Media. There is no reason that CSI needs to use COMMON SENSE ISSUES as its trademark or trade name. In fact, CSI is identified in some circles by its affiliation with TRUST HUCKABEE. Having been formed only in 2007, and having become nationally active only in the past month, CSI has not developed significant goodwill in the COMMON SENSE ISSUES name and can easily change to another, less confusing, name.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of January, 2008, in San Francisco, California.

Anne Zehren

# EXHIBIT 1

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

United States Patent and Trademark Office

**Reg. No. 3,353,234**

Registered Dec. 11, 2007

## SERVICE MARK
## PRINCIPAL REGISTER



COMMON SENSE MEDIA (CALIFORNIA COR-
PORATION)
1550 BRYANT STREET, SUITE 555
SAN FRANCISCO, CA 94103

FOR: CONDUCTING BUSINESS RESEARCH
AND SURVEYS REGARDING CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PUBLIC OPI-
NION POLLING REGARDING CHILDREN,
FAMILIES AND ENTERTAINMENT MEDIA; PRO-
VIDING ONLINE INFORMATION REGARDING
BUSINESS RESEARCH AND SURVEYS REGARD-
ING CHILDREN, ENTERTAINMENT AND THE
MEDIA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-9-2004; IN COMMERCE 5-9-2004.

FOR: EDUCATIONAL SERVICES, NAMELY,
PROVIDING SEMINARS AND WORKSHOPS IN
THE FIELD OF CHILDREN, FAMILIES, AND EN-
TERTAINMENT MEDIA; EDUCATIONAL SERVI-
CES, NAMELY, CONDUCTING ON-LINE
EXHIBITIONS AND DISPLAYS AND INTERACTIVE

EXHIBITS IN THE FIELD OF CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PROVIDING
A WEBSITE FEATURING INFORMATION, AD-
VICE, ANALYSIS, MONITORING, RATINGS AND
REVIEWS IN THE FIELD OF ENTERTAINMENT
MEDIA; PROVIDING INFORMATION IN THE
FORM OF REVIEWS AND RATINGS OF ENTER-
TAINMENT MEDIA; PROVIDING ONLINE INFOR-
MATION REGARDING ENTERTAINMENT AND
THE MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 5-9-2004; IN COMMERCE 5-9-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "MEDIA", APART FROM THE
MARK AS SHOWN.

SN 78-389,532, FILED 3-23-2004.

JOHN LINCOSKI, EXAMINING ATTORNEY

# EXHIBIT 2

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

## United States Patent and Trademark Office

**Reg. No. 2,973,224**

Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## COMMON SENSE MEDIA

COMMON SENSE MEDIA (CALIFORNIA COR-
PORATION)
500 TREAT AVENUE, SUITE 100
SAN FRANCISCO, CA 94110

FOR: CONDUCTING BUSINESS RESEARCH
AND SURVEYS REGARDING CHILDREN, FAMIL-
IES AND ENTERTAINMENT MEDIA; PUBLIC OPI-
NION POLLING REGARDING CHILDREN,
FAMILIES, AND ENTERTAINMENT MEDIA, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-2003; IN COMMERCE 4-0-2003.

FOR: EDUCATIONAL SERVICES, NAMELY,
PROVIDING SEMINARS AND WORKSHOPS IN
THE FIELD OF CHILDREN, FAMILIES, AND EN-
TERTAINMENT MEDIA; EDUCATIONAL SERVI-
CES, NAMELY, CONDUCTING ON-LINE
EXHIBITIONS AND DISPLAYS AND INTERACTIVE

EXHIBITS IN THE FIELD OF CHILDREN, FAMIL-
IES, AND ENTERTAINMENT MEDIA; PROVIDING
A WEBSITE FEATURING INFORMATION, ADVICE
ANALYSIS, MONITORING, RATINGS AND RE-
VIEWS IN THE FIELD OF ENTERTAINMENT
MEDIA; PROVIDING INFORMATION IN THE
FORM OF REVIEWS AND RATINGS OF ENTER-
TAINMENT MEDIA, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE MEDIA, APART FROM THE MARK
AS SHOWN.

SN 78-239,707, FILED 4-18-2003.

RONALD MCMORROW, EXAMINING ATTORNEY

# EXHIBIT 3

Document Description: **Application**        Mail / Create Date: **10-Apr-2006**

Previous Page        Next Page        You are currently on page 1 of 2

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78858133
## Filing Date: 04/10/2006

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | COMMON SENSE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | COMMON SENSE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Common Sense Media |
| STREET | 1550 Bryant Street, Suite 555 |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94103 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |

| | |
|---|---|
| DESCRIPTION | Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media |
| FILING BASIS | Section 1(b) |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION | Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media |
| FILING BASIS | Section 1(b) |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Rosemary S. Tarlton/ |
| SIGNATORY NAME | Rosemary S. Tarlton |
| SIGNATORY DATE | 04/10/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |
| PAYMENT METHOD | DA |

## ATTORNEY

| | |
|---|---|
| NAME | Rosemary S. Tarlton |

| | |
|---|---|
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 845312400600 |
| OTHER APPOINTED ATTORNEY(S) | Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Rosemary S. Tarlton |
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Mon Apr 10 17:46:45 EDT 2006 |

| TEAS STAMP | USPTO/BAS-20413068-200604<br>10174645507939-78858133-2<br>004ad5614adea1611c64cfcc8<br>88119d25-DA-582-200604101<br>74517007860 |
| --- | --- |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78858133
### Filing Date: 04/10/2006

**To the Commissioner for Trademarks:**

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of COMMON SENSE.

The applicant, Common Sense Media, a corporation of California, residing at 1550 Bryant Street, Suite 555, San Francisco, California, United States, 94103, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media

International Class 041: Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media

The applicant hereby appoints Rosemary S. Tarlton and Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser of Morrison & Foerster LLP, 425 Market Street, San Francisco, California, United States, 94105-2482 to submit this application on behalf of the applicant. The attorney docket/reference number is 845312400600.

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are
punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false
statements, and the like, may jeopardize the validity of the application or any resulting registration,
declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she
believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the
application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to
use such mark in commerce; to the best of his/her knowledge and belief no other person, firm,
corporation, or association has the right to use the mark in commerce, either in the identical form
thereof or in such near resemblance thereto as to be likely, when used on or in connection with the
goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all
statements made of his/her own knowledge are true; and that all statements made on information and
belief are believed to be true.


Signature: /Rosemary S. Tarlton/   Date: 04/10/2006
Signatory's Name: Rosemary S. Tarlton
Signatory's Position: Attorney for Applicant


Mailing Address:
    Rosemary S. Tarlton
    425 Market Street
    San Francisco, California 94105-2482

RAM Sale Number: 582
RAM Accounting Date: 04/11/2006

Serial Number: 78858133
Internet Transmission Date: Mon Apr 10 17:46:45 EDT 2006
TEAS Stamp: USPTO/BAS-20413068-20060410174645507939-
78858133-2004ad5614adea1611c64cfcc888119
d25-DA-582-20060410174517007860


TDR Home


This document may be displayed as a PDF file containing images without text. You may view online or
save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or
  telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches,
  please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-
  mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT 4

Document Description: **Application**      Mail / Create Date: **10-Apr-2006**

Previous Page      Next Page      You are currently on page `1` of `2`

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78858124
## Filing Date: 04/10/2006

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | <u>USE COMMON SENSE</u> |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | USE COMMON SENSE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Common Sense Media |
| STREET | 1550 Bryant Street, Suite 555 |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94103 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |

| DESCRIPTION | Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media |
| --- | --- |
| FILING BASIS | Section 1(b) |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 041 |
| --- | --- |
| DESCRIPTION | Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media |
| FILING BASIS | Section 1(b) |

## SIGNATURE SECTION

| SIGNATURE | /Rosemary S. Tarlton/ |
| --- | --- |
| SIGNATORY NAME | Rosemary S. Tarlton |
| SIGNATORY DATE | 04/10/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
| --- | --- |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |
| PAYMENT METHOD | DA |

## ATTORNEY

| NAME | Rosemary S. Tarlton |
| --- | --- |

| FIRM NAME | Morrison & Foerster LLP |
|---|---|
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| ATTORNEY DOCKET NUMBER | 845312400500 |
| OTHER APPOINTED ATTORNEY(S) | Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser |

## CORRESPONDENCE SECTION

| NAME | Rosemary S. Tarlton |
|---|---|
| FIRM NAME | Morrison & Foerster LLP |
| STREET | 425 Market Street |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94105-2482 |
| COUNTRY | United States |
| PHONE | 415 268 6810 |
| FAX | 415 268 7522 |
| AUTHORIZED EMAIL COMMUNICATION | No |

## FILING INFORMATION

| SUBMIT DATE | Mon Apr 10 17:41:23 EDT 2006 |
|---|---|

| TEAS STAMP | USPTO/BAS-20413068-200604<br>10174123390757-78858124-2<br>009cf068426ef575a5b6a8894<br>76e324c-DA-568-2006041017<br>3948600824 |
| --- | --- |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78858124
## Filing Date: 04/10/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of USE COMMON SENSE.

The applicant, Common Sense Media, a corporation of California, residing at 1550 Bryant Street, Suite 555, San Francisco, California, United States, 94103, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Conducting business research and surveys regarding children, families, and entertainment media; public opinion polling regarding children, families and entertainment media; providing online information regarding business research and surveys regarding children, entertainment and the media

International Class 041: Educational services, namely providing seminars and workshops in the field of children, families, and entertainment media; educational services, namely, conducting on-line exhibitions and displays and interactive exhibits in the field of children, families, and entertainment media; providing a website featuring information, advice, analysis, monitoring, ratings and reviews in the field of entertainment media; providing information in the form of reviews and ratings of entertainment media; providing online information regarding entertainment and the media

The applicant hereby appoints Rosemary S. Tarlton and Shalini Bhargava, Sherri N. Blount, Barry E. Bretschneider, Thomas E. Ciotti, John F. Delaney, Stephen C. Durant, Kimberly A. Eckhart, Maame A.F. Ewusi-Mensah, Christopher E. George, Edward W. Gray, Jr., Douglas Hendricks, Lynn M. Humphreys, Gladys H. Monroy, Kate H. Murashige, Ji-Hyun Park, Carole E. Reagan, Aaron P. Rubin, Cathleen E. Stadecker, Andrew N. Spivak, Vanina Sucharitikul, Rory J. Radding, Jennifer Lee Taylor, Pia Yu and Dean J. Zipser of Morrison & Foerster LLP, 425 Market Street, San Francisco, California, United States, 94105-2482 to submit this application on behalf of the applicant. The attorney docket/reference number is 845312400500.

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Rosemary S. Tarlton/  Date: 04/10/2006
Signatory's Name: Rosemary S. Tarlton
Signatory's Position: Attorney for Applicant

Mailing Address:
   Rosemary S. Tarlton
   425 Market Street
   San Francisco, California 94105-2482

RAM Sale Number: 568
RAM Accounting Date: 04/11/2006

Serial Number: 78858124
Internet Transmission Date: Mon Apr 10 17:41:23 EDT 2006
TEAS Stamp: USPTO/BAS-20413068-20060410174123390757-
78858124-2009cf068426ef575a5b6a889476e32
4c-DA-568-20060410173948600824

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving technical glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

Case 4:08-cv-00155-CW    Document 6-5    Filed 01/15/2008    Page 8 of 8

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT 5

**From:** Common Sense Media [commonsensemedia@news.commonsensemedia.org]
**Sent:** Thursday, January 10, 2008 4:18 PM
**To:**
**Subject:** New TV, Politics for Tweens, and More

# common sense Newsletter

## New in Theaters
First Sunday
The Bucket List

## DVD
Braincandy 5 Senses DVD Series
3:10 to Yuma

## TV
Animalia
Dance War: Bruno vs. Carrie Ann

## Books
Orange Pear Apple Bear
No Talking

## Music
The Pirates Who Don't Do Anything Soundtrack
Juno Soundtrack

## Video Games
Drawn to Life
Zack & Wiki: Quest for Barbaros' Treasure

## Web Sites
AmericanGirl.com
TIMEforKids.com



### What's New in Midseason TV

Sure, there's a writers' strike going on in Hollywood, but that doesn't mean there's nothing new to watch on TV this winter -- especially for kids. *Animalia*, *Transformers: Animated*, and *Ghost Trackers* have already debuted, and there's more on the way. For tweens and up, a new season of *American Idol* kicks off this Monday, and there's some high-stepping to enjoy on *Dance War* as well. Want more?

**Read Our TV Reviews** ⊙



### It's Their Future, After All

It's never too early to get your kids interested in the electoral process. Here are three ways they can get involved in what's going on.

**Try Our Tips** ⊙

| Best Bets for Ages: | Ask Common Sense |
|---|---|
| **2-4** Tunes for tots: *Let's Go Everywhere*. | **Q:** I see that there's a new *Terminator* TV show starting. Can my 10-year-old watch it? |
| **5-7** New on DVD next week: *The Game Plan*. | |
| **8-10** In theaters now: *National Treasure: Book of Secrets*. | **A:** *Terminator: The Sarah Connor Chronicles* premieres Sunday at 8 p.m. (its regular slot will be on Mondays). Like the movies, which were rated R for violence (we recommend that kids be 14 and older to watch), the series has lots of explosions and violence, so we think 10 is on the young side. Check out our reviews of both the show and the movies -- they're more violent than you remember. |
| **11-12** Will tweens enjoy *How to Look Good Naked?* | |
| **13-15** Great for family movie night: *Once*. | |

**Read the review.** ⊙

Tell a Friend

Common Sense Media is a nonpartisan nonprofit. You can see our
reviews and parent tips on TiVo, Netflix, AOL, Time Warner Cable, and
more. But you can also click here to go to our Web site or media guide.
You should -- our stuff is really cool!

Movie Reviews   TV Reviews   Web Site Reviews
Video Game Reviews   Music Reviews   Book Reviews
To unsubscribe from this newsletter or to edit your email address, click here

# EXHIBIT 6

1 of 4 DOCUMENTS

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved



(Copyright (c) 2007, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL.
The Wall Street Journal

December 19, 2007 Wednesday

**SECTION:** Pg. A1

**LENGTH:** 2384 words

**HEADLINE:** Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped; Beyond 'Swift Boating'

**BYLINE:** By Brody Mullins

**BODY:**

WASHINGTON -- One of the defining features of the 2004 presidential campaign was the devastating attack on Sen. John Kerry by an obscure group called the Swift Boat Veterans for Truth. In the years since, such independent political groups have only grown stronger, and they are poised to play an even bigger role in the 2008 elections.

Political groups unaffiliated with the two major parties account for an increasingly large share of spending on federal campaigns -- 19% of the total in 2006, up from just 7% in 2000, according to an analysis of campaign-finance data by The Wall Street Journal. They now are homing in on crucial campaign activities once dominated by the parties, such as buying ads and getting out the vote.

In Iowa, independent groups are whipsawing voters with a range of conflicting messages. An organization called Common Sense Issues has funded automated phone calls backing former Arkansas Gov. Mike Huckabee and criticizing his chief Republican rivals. The Club for Growth, an antitax group, is working to defeat Mr. Huckabee with attack ads.

On the Democratic side, an organization called the American Federation of Teachers AFL-CIO Committee on Political Education has spent $250,000 on radio ads in Iowa backing Sen. Hillary Clinton. An environmental group called Friends of Earth Action is running ads against Sen. Clinton.

Over the past four years, the national Democratic and Republican parties have raised and spent less on elections than during the prior four years, when adjusted for inflation. At the same time, independent political groups have more than doubled their spending, and have begun to rival the parties as an election-season financial force, the Journal's data analysis shows.

The shift, largely the result of campaign-finance laws intended to curtail big-money donations to parties, could further polarize the American political landscape. Because the Republican and Democratic parties aim to appeal to broad swaths of the electorate, they tend to be moderating forces in politics. That isn't true of the independent groups, which range from the Sierra Club and the U.S. Chamber of Commerce to fringe groups like Swift Boat Veterans for Truth, which disbanded after the 2004 election. They often pursue narrower agendas or causes further out on the political spectrum.

The nonprofit groups are financed by wealthy individuals, corporations, labor unions and other interest groups. Unlike the national parties, they face no limits on how much money they can take in from contributors. They often don't have to disclose their donors' names until months after an election -- if at all.

Interest Groups Gain In Election Cash Quest ---- Analysis Shows Giving To Parties Has Dipped; Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

During the 2000 election cycle, such outside groups spent at least $260 million on presidential and congressional races, one-fifth as much as was spent by national political parties, according to the Journal analysis of campaign data provided by the Federal Election Commission and two nonpartisan organizations that track political spending. During the 2006 midterm elections, these outside groups spent about $600 million, almost two-thirds as much as was spent by the Republican and Democratic parties, the data indicate. Candidates themselves still account for the biggest piece of spending -- a bit less than half.

Overall, the amount of money poured into each two-year election cycle continues to climb. Data from the FEC and several groups that track campaign finance indicate that total spending during presidential-election cycles rose from $2.8 billion in 1995-96 to $3.6 billion in 1999-2000 to $4.8 billion in 2003-04. This year and next, it is expected to hit $6 billion, political strategists say.

Nonparty political organizations date back many years. The nation's founding fathers, in fact, considered it inevitable that outside political factions would attempt to influence the government.

The growing clout of such groups is an unintended consequence of a 2002 law intended to reduce the influence of money in politics. The Bipartisan Campaign Reform Act of 2002, championed by Arizona Republican Sen. John McCain, took aim at so-called soft-money donations to political parties. Soft money had become a major source of funding for both parties, which used the donations to support individual campaigns. The law barred the parties from accepting large contributions from wealthy individuals, corporations, labor unions and other interest groups.

The law elevated the importance of "bundlers" -- fund-raisers who gather contributions from friends, employees and family and pass them on in lump sums to political campaigns. Some bundlers had previously given soft money to national parties. The law also prompted donors to turn to political organizations not tied directly to the parties, many of them offshoots of established special-interest groups.

There are several distinct classes of independent political groups, each taking its name from the section of the Internal Revenue Service code under which it is organized. Most are known as 527 organizations. Although 527 groups are recognized as political, they are prohibited from explicitly calling for the election or the defeat of candidates. Consequently, they often promote or attack candidates without instructing people to vote for or against them.

Another class of independent groups is growing even faster -- and is flying further under the radar. These groups are organized under section 501c of the tax code, which gives tax-exempt status to nonprofit groups. One category, called "social welfare," is governed by section 501(c)4. Those groups can urge people to vote for or against a candidate -- so long as campaigning isn't their primary purpose, and they don't accept money from corporations or labor unions. Labor groups are governed by section 501(c)5; business groups by section 501(c)6. These 501(c) organizations don't have to disclose their donors.

Data from two nonpartisan organizations that track campaign finance -- the Center for Public Integrity and the Center for Responsive Politics -- show that election-cycle spending by 527 organizations rose from $171 million in 2000 to $316 million in 2002 to $653 million in 2004. Spending dropped to $443 million for the 2006 midterm elections. Spending on midterm elections typically runs lower than on presidential elections.

The new groups are pulling in money that the major parties used to receive. Before the 2002 crackdown, financier George Soros donated more than $200,000 to the Democratic Party. Since then, he has given at least $20 million to the 527 organizations. American Financial Group Inc. Chairman Carl Lindner previously donated more than $1.5 million in soft money to the Republican Party. In 2006, he gave about $500,000 to a 501(c)4 group called Common Sense Ohio, which sought to re-elect several Republican senators. In the last four years, Mr. Lindner has donated $3.6 million to outside groups backing Republican candidates, according to campaign-finance documents.

Because the IRS doesn't require 501(c) organizations to detail election spending or to list contributors, it's difficult to track their political activity. The Journal analyzed data on 30 separate 501(c) groups active in elections from 2000 to 2006, culled from a variety of sources. The data show that the 30 organizations spent at least $155 million on the 2006 elections, nearly twice what they spent in 2000.

The 501(c) organizations are likely to become even more important in the 2008 election. After the 2004 election, the FEC sought to crack down on 527 organizations that violate the IRS rule against calling for the election or the defeat of any candidate. Now, several large 527 groups are setting up 501(c)4 social-welfare organizations, which are allowed to back candidates explicitly.

Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped;  Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

Scott Reed, a Republican strategist, says that for political campaigns, using 501(c)4 organizations is "now the most effective way to go because donors are safe and don't need to be disclosed."

The Club for Growth, the antitax group, used to use a 527 structure for its election work. But the FEC fined it earlier this year for stepping over the line barring explicit voting recommendations. During the current election cycle, the group is shifting the work to a 501(c)4 unit, which carries fewer restrictions. The new structure will make the organization "bigger, better and more effective," said its president, Pat Toomey, in a letter to members. "We now have a significant new ability to run advertisements that directly call for the election or defeat of candidates." Another advantage, Mr. Toomey noted, is that "unlike the past, your donations to the Club will not be disclosed to the public."

The League of Conservation Voters, an environmental-advocacy group that was also fined by the FEC for its 527 spending, has made a similar move.

Another environmental group, Defenders of Wildlife, started a 501(c)4 organization before the 2006 election, partly to help wage a campaign to defeat California Republican Rep. Richard Pombo, then the chairman of the environment committee in the U.S. House. The group spent $2 million. Mr. Pombo lost the election. Rodger Schlickeisen, the group's president, says it plans to spend $5 million this election on campaigns against four candidates, including Rep. Don Young, the Alaska Republican who once was chairman of the same environment panel.

While independent groups have been building clout, the national political parties have been losing election-spending power. In 2002, the national parties raised $591 million in soft money, which funded about half of their budgets for that year's election cycle. (Figures used in this story have been adjusted for inflation.) Over the last four years, following the ban on soft money, the national parties have had about $200 million less to spend on campaigns, an 8% drop.

During the 2000 presidential election, the Republican and Democratic parties paid for 50% of advertising in the 70 largest cities, according to a study by the Wisconsin Advertising Project at the University of Wisconsin. In 2004, that figure fell to 17%. Outside groups accounted for 20% of the advertisements in the 2004 presidential campaign, double the amount of 2000, according to the project.

Democrats have led the charge toward using independent political organizations. Soon after the 2002 law took effect, several Democratic strategists, including Harold Ickes, a former top official with the Democratic Party, and Steve Rosenthal, who had run political operations for the AFL-CIO, met for dinner at BeDuCi's restaurant in Washington. They worried that the Republican Party would adjust better than the Democrats in 2004 to the loss of soft money because it controlled the White House, and because President Bush knew how to rake in campaign cash, Mr. Rosenthal recalls.

The Democrats decided to create and coordinate a set of 527 organizations, such as America Coming Together and the Media Fund, which would essentially act like a shadow Democratic Party. The Democratic strategists raised $200 million from wealthy liberals, trial lawyers, labor unions and other traditional backers of the Democratic Party, and spent it on the campaign, according to campaign finance records. The Democratic National Committee spent $390 million on the election, according to campaign records.

All told, since the campaign-finance law took effect, the 527 organizations that support Democratic candidates have spent nearly three times as much money on elections than those backing Republicans, according to the Campaign Finance Institute. One reason for the disparity is that corporations, once the largest source of soft-money donations to the Republican Party, haven't poured much money into 527s. Campaign-finance lawyers who advise 527 organizations say that corporations are concerned about getting involved with groups that run afoul of campaign-finance rules.

Democrats are expected to hold that lead during the 2008 cycle. Last month, two Democrats launched Fund for America, a 527 group that plans to raise at least $100 million to back the Democratic presidential nominee. Republicans say they are recruiting donors to match that amount.

Because they have their own agendas, outside organizations sometimes clash with one another, the national parties, even the candidates they support. Abortion-rights advocates say Democratic Party officials sometimes bristle when they fund political advertisements in support of candidates, because the ads focus attention on an issue that can alienate some voters. Naral Pro-Choice America plans to spend $10 million on the 2008 election cycle, double its budget for 2004. It hasn't yet endorsed any presidential candidate.

Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped; Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

Sen. Clinton has been both the beneficiary and the target of considerable spending by independent groups. Friends of the Earth Action, an environmental group backing former Sen. John Edwards, is attacking her for not taking a stand on a global-warming bill. Emily's List, an organization that backs Democratic candidates who are pro-choice, has spent nearly $300,000 so far to support her in Iowa.

On the Republican side, the antitax Club for Growth has clashed with the Republican Party several times. Last year, the group campaigned against Republican Sen. Lincoln Chafee of Rhode Island because he had voted against several tax cuts. Mr. Chafee won his primary anyway, but lost to a Democrat in the general election.

This year, the group has been attacking Mr. Huckabee for supporting tax increases as Arkansas governor. "Call Mike Huckabee," one ad instructs viewers. "Ask why he supported all those taxes."

Common Sense Issues Inc., the group backed by American Financial Group's Mr. Lindner in 2006, is funding automated phone calls to Iowa voters touting Mr. Huckabee and spreading negative information about his rivals.

Mr. Huckabee said the mudslinging approach of Common Sense Issues "violates the spirit of our campaign." Patrick Davis, a former Republican Party consultant who is managing the independent campaign, says that he hasn't spoken with Mr. Huckabee, "therefore we don't know what the spirit of his campaign is."

---

T.W. Farnam contributed to this article.



License this article from Dow Jones Reprint Service

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** December 19, 2007

# EXHIBIT 7







the North Cuba Basin's undiscovered resources are 4.6 billion barrels of oil and 9.8 trillion cubic feet of natural gas, mostly offshore.

**What to do with the Roan Plateau?**
*By Bob Beauprez, Monday, June 18, 2007*

The Roan Plateau, just north of I-70 and east of Grand Junction, is unmistakably a special piece of Colorado geography. It is the permanent or migratory habitat for some of our most prized wildlife. Despite a fairly significant amount of roads already and impacts from ranching and sportsmen, parts of the Roan remain largely undeveloped – and thus a prize to behold for environmental protectionists. Whatever beauty exists on the surface of the Roan is dwarfed, however, by the energy treasures that geologists say lie beneath it – an estimated 9 trillion cubic feet of natural gas.

Years ago, Congress directed the Department of Interior to develop plans to permit more energy production on federal lands. The Roan study has involved seven years of public hearings and scientific research and input. Local citizens and governments that would obviously be heavily impacted by activity on the Roan have given testimony, written volumes of letters, and had opportunity for input throughout the process. Coalitions representing sportsmen, environmentalists, cattlemen, land owners, public service agencies, and energy companies have all had years of opportunity to affect the process.

With so many interests to be satisfied, it was apparent that compromises would need to be made and perhaps no one would be 100 percent happy with the final plan. In the end however, the process was widely applauded as transparent, comprehensive, and sensitive to the local communities and the specific nature of the Roan. The plan itself was hailed as perhaps the most restrictive, detailed, thorough plan of its kind ever devised. Only one percent of the surface may be disturbed at one time. Energy companies will of necessity have to pool resources, utilize the most modern technologies, and directionally drill to minimally impact the surface and still harvest the resources. Plus, before a new permit can be sought, restoration to a natural state must be completed on the previous site. In other words, only one site will be active at any given time. Nearly a third of the Roan is excluded completely for environmental concerns.

The essence of this "Phased Development" plan has been in the public domain for

the Roan. The plan itself was hailed as perhaps the most restrictive, detailed, thorough plan of its kind ever devised. Only one percent of the surface may be disturbed at one time. Energy companies will of necessity have to pool resources, utilize the most modern technologies, and directionally drill to minimally impact the surface and still harvest the resources. Plus, before a new permit can be sought, restoration to a natural state must be completed on the previous site. In other words, only one site will be active at any given time. Nearly a third of the Roan is excluded completely for environmental concerns.

The essence of this "Phased Development" plan has been in the public domain for about a year, and consistent with this process on behalf of the State of Colorado, Governor Owens and his staff were given the opportunity to review and critique the final draft. Indeed, Owens' then Director of the Department of Natural Resources, Russell George, now a cabinet member under Governor Ritter, was largely the architect of this balanced approach. George is a resident of Rifle, next door to the Roan, and represented the region in the state legislature where he served as Speaker of the House. Still, that's not good enough for some. There has been a cry from the staunchest of environmental anti-development crowd in recent weeks, including legislation introduced in Congress for it one year delay in permitting proposed by three Democrat members of Congress, namely the Salazar brothers and John Udall.

Evidence of how different people (editorial boards, in this case) can have the same facts lead them to opposite conclusions appeared Tuesday morning, June 12, in the *Rocky Mountain News* and the *Denver Post*. The *Rocky* basically says "Enough already! Get on with it." The *RMN* editorial board tears through the thin veil of the dissenters who think more delay is necessary - "...none of these critics has given any indication that he'd be willing to let energy production on the plateau move forward in 2008, or 3008, for that matter."

The Post thinks we need to study it more and supports further delaying permitting as proposed by the Udall and the Salazars, and for good measure they suggest that Colorado's new Governor should get to respond, too. Ritter says he needs another four months to figure out what he thinks of the plan. But, during his campaign for Governor, he already sided with the Salazars who wanted to completely shut the Roan down to any energy production. I suspicion the Post knows what his response might be.



campaign for Governor, he already sided with the Salazars who wanted to completely shut the Roan down to any energy production, I suspicion the Post knows what his response might be.

Following the anti-Post's logic, within another year we'll be looking at a new election and a new administration. Maybe that administration ought to get to remove it, too, and maybe that administration might lean in the shut-it-down direction?

Preferring a utopian conclusion, the *Post* says "we think that's (a delay) appropriate to give the public, the government and oil and gas developers time to try to come up with a plan that works for everyone." Maybe someone should tell the *Post* that plans already exists. It's the same plan devised by Russell George that was agreed to by the local governments, conservationists, and energy companies over a year ago. And, in reality, the *Denver Post* knows it.

The shut-it-down completely crowd (of which the Post is supportive) will never be happy with any plan, regardless of how restrictive and protective of the Roan. So, as long as they have veto power through endless delays in the supposed quest for "a plan that works for everyone," they win. Which is exactly what they want and will torture the truth to get it.

Public process has a beginning and an end. It should not go on endlessly, though too often in government it does. Public process demands transparency, honesty, good-faith, and compromise. Not everyone can get their way, but if they are objective, everyone ought to at least agree that the process involving the Roan Plan has had all of the elements of good public process, and that process has reached its end.

I agree with the conclusion of the *Rocky Mountain News*: "Careful drilling on the plateau should have started long ago. Delaying it for another year serves no useful purpose - unless the real goal is to keep the Roan's immense natural gas reserves stuck right where they are."

CommonSense

Learn more about Mark Udall's plan to drill offshore Cuba.





# Comm0nSense Issues

HOME    ABOUT    NEWS    CONTRIBUTE    GET INVOLVED

Dear Fellow American,

Welcome to Common Sense Issues. We are American citizens dedicated to educating and informing our fellow citizens in an in-depth manner about public policy issues. We encourage our fellow citizens to seek ways to work together to encourage opinion leaders and public officials to approach America's problems using basic common sense principles. We seek solutions to public policy problems and

PLAY
The Latest Video Now.

Common Sense Issues

**URL:**
http://www.youtube.com/watch?v=6S_xRQaCTQc

**Add To Your Blog Or Website:**
```
<object width="425" height="360"><param name="movie"
value="http://www.youtube.com/v/6S_xRQaCTQc&rel=1"><param
name="wmode" value="transparent"></param><embed
src="http://www.youtube.com/v/6S_xRQaCTQc&rel=1" type="application/x-
shockwave-flash" wmode="transparent" width="425"
height="360"></embed></object>
```

## Latest News. 🔊

Share your email address to sign-up to receive latest news updates and alerts:

[go]

### News from Arkansas:

* Pryor Announces Summer Internship Program >>
* Trip Advisory - January 7th - 12th >>
* 23 Other Campaigns >>

### News from South Dakota:

* New energy bill rivals unfinished farm bill in importance >>
* Johnson Takes Steps Toward Recovery With New Tool >>
* Lawmakers Return To Budget Woes In Pierre >>

### News from Colorado:

* Benner challenges Udall in Colo. Senate primary >>
* Mark Udall Gets a Democratic Challenger >>
* 1 more declares candidacy for U.S. Senate seat >>

### News from Montana:

issues that mirror the God-given
common sense of the American people.
We encourage you to get involved with
us and with your government. >>

## Key States.

We particularly need help in a few key demographics. See whats
happening and how you can affect the outcome >>



## Contribute. How Can You Make A Difference?

Learn how you can contribute to the
effort to return common sense thinking
to our government. >>

## Get Involved. Join Our Coalition.

Enter your email address to join over 30,000
American who have joined the Common Sense

Common Sense Issues

* ★ Read More >>
* ★ Blackfeet secure grant for new factory >>
* ★ How Bush may boost the economy >>

## News from Louisiana:

* ★ IAEA Chief To Visit Iran To Resolve Outstanding Issues >>
* ★ Davis' choice is good for St. Tammany >>
* ★ Jindal misses one-third of congressional votes in Washington >>

Contact Your Elected Officials...

movement! >>

go

Please enter your zip code: >>

go

Common Sense Issues

Common Sense Issues

copyright©2008 | privacy policy | legal disclaimer

# EXHIBIT 8







# Press Releases

Welcome    Join With Mike Now    Why We Like Mike    Huckabee in the Media    In Their Own Words    Huckabee Gea

Trust Huckabee is an independent effort and is not authorized by any candidate or candidate's committ

SIGN UP: enter email        ZIP code        SUBM

Trust Huckabee Home    Huckabee In the Words    Huckabee in the Media    Press Relea

## Common Sense Issues launches new television ad

MEDIA RELEASE

EMBARGOED UNTIL 10:00 AM
Saturday, December 29, 2007

Contact: Patrick Da
202-251-44

### Common Sense Issues
### launches new television ad

*Inaugural television advertisement to compare and contrast
Governor Mike Huckabee and Governor Mitt Romney on issues*

**DES MOINES, Ia. -** Dec. 29, 2007 - Common Sense Issues, Inc. announced its first television advertisement in Iowa during a press conference toda

*"Iowa voters need to understand that there is a candidate that you can trust to make the right decisions on critical issues - that candidate is Governor Mike Huckabee,"* said Common Sense Issues Executive Director Patrick Davis. *"Other candidates, like Mitt Romney, cannot be trusted on critical issues and this ad factually demonstrates it using the words of the candidates themselves."*

The Common Sense Issues ad began running today statewide. Television advertisements in other states are a possibility.

The television spot contrasts the positions of Governor Mike Huckabee and Governor Mitt Romney on abortion. Romney has taken a variety of stances on the issue during his years in public office. Huckabee has been a consistent and articulate pro-life champion.

Davis said: *"We welcome Mitt Romney back on to the pro-life team. However, we also recognize that leaders with a track record of flipping from one position to another and then back again on an issue as fundamental as Life may require a longer probation period to earn back our trust."* When the leadership of our Nation is involved, Common Sense Issues trusts those leaders like Mike Huckabee who have always valued an championed life and family. Know the facts. Vote the truth. Use your common sense.

The advertisement, titled *"Trust"*, includes a 1994 clip of Romney saying he was pro-abortion, a 2001 clip saying he's not pro-choice, a 2002 clip saying he's pro-abortion, and a 2007 clip saying he's changed his mind and is now pro-life again. Davis said, *"Just about everyone knows that Romney has recently switched from being pro-abortion to pro-life, but the real news here is that Romney has actually switched back an forth multiple times on this issue based on the political currents he is swimming in at the time. And when citizens understand that, whether they are pro-abortion or pro-life, they begin to question whether Romney can be trusted on any issue."*

Common Sense Issues said the advertisement will run statewide in Iowa in the final week and may spread further depending on donations to the organization.

For further information on the advertisement, including actual video footage and longer video segments, go to www.trusthuckabee.com.

**About Common Sense Issues, Inc.**
Common Sense Issues is a 501 c4 qualified non-profit organization of grassroots citizens focused on core issues of interest to our members, especially protecting the vulnerable in our society and protecting free speech... We are American citizens dedicated to educating and informing our fellow citizens in an in-depth manner about public policy issues. We use modern technology to help mobilize and empower citizens who fee passionately about issues but feel that they have been left out of the process. More information about Common Sense Issues can be found by visiting www.commonsenseissues.com.

###

Date: 12/29/2007

Trust Huckabee is a grassroots independent organization committed to educating voters to support Governor Mike Huckabee for the Republican Nomination for President of the United States. Not authorized by any candidate or candidates committee.

# EXHIBIT 9