UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | No.　　C08-00155-CW<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: Honorable Claudia Wilken |

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
CASE NO. C08-00155-CW
sf-2447663

1  On January 14, 2008, Plaintiff Common Sense Media, Inc. ("Common Sense Media") submitted its Ex Parte Application for a Temporary Restraining Order against Defendant Common Sense Issues, Inc. ("CSI").  Having reviewed the Complaint, Common Sense Media's Ex Parte Application for a Temporary Restraining Order, Common Sense Media's Memorandum in Support of its Ex Parte Application for Temporary Restraining Order, and the Declarations of Anne Zehren and Jennifer Lee Taylor, it appears to the satisfaction of this Court that this is a proper case for granting a Temporary Restraining Order.  A Temporary Restraining Order is necessary to prevent irreparable injury to Common Sense Media before the matter can be heard on notice.  The Court HEREBY ORDERS as follows:

That Defendant CSI shall refrain from:

1. Using the term or designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE MEDIA®, COMMON SENSE MEDIA® and Design, COMMON SENSE, ASK COMMON SENSE, and USE COMMON SENSE Trademarks (collectively, the "COMMON SENSE Trademarks"), including any designation incorporating the phrase COMMON SENSE, in conjunction with political activities including, but not limited to automated phone calls, internet advocacy, and press relations, pending further order of this Court;

2. Using the designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks, including any designation incorporating the phrase COMMON SENSE, on politically or educational service-related websites or publications, pending further order of this Court;

3. Registering in its own name the designation COMMON SENSE ISSUES, or any other designation similar to or likely to cause confusion with Common Sense Media's COMMON SENSE Trademarks, including any designation incorporating the phrase COMMON SENSE, as a trademark for advocacy services or any other services likely to cause confusion with Common Sense Media's services, pending further order of this Court.

1  That no security is required in this matter; and

2  That this Order and all supporting pleadings and papers shall be served upon Defendant
3  CSI by January _____ 2008.

4  **ORDER TO SHOW CAUSE**

5  Defendant CSI is hereby ordered to appear before the Court at _____ o'clock AM /
6  PM on _____, 2008, to show cause why this order should not be extended until
7  the conclusion of this litigation.

8

9
10  Dated: January ___, 2008

11  _____
    Honorable Claudia Wilken
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE    2
CASE NO. C08-00155-CW
sf-2447663