**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

January 15, 2008

Writer's Direct Contact
415.268.6538
JTaylor@mofo.com

Hon. Claudia Wilken
United States District Court
Northern District of California
Courtroom 2, 4th Floor
1301 Clay, Suite 4005
Oakland, CA 94612-5212

Re:   *Common Sense Media, Inc. v. Common Sense Issues, Inc.*, Case No. C08-00155-CW

Dear Judge Wilken:

On behalf of Common Sense Media, Inc., we are filing today an Ex Parte Application for a Temporary Restraining Order against Defendant Common Sense Issues, Inc. in the above-referenced case.

I write to notify you that pursuant to Local Rule 65-1(b), we informed counsel for Common Sense Issues, Inc. (Norm Rich of the Washington, D.C. office of Foley & Lardner) on January 10, 2008 that we would be filing an application for a temporary restraining order at the beginning of this week. We sent him a copy of the complaint at that time, and we are sending him copies of the documents that we are filing today via electronic mail.

Very Truly Yours,

*/s/ Jennifer Lee Taylor*

Jennifer Lee Taylor

sf-2451302