1  JAMES D. NGUYEN, CA BAR NO. 179370
   jnguyen@foley.com
   **FOLEY & LARDNER LLP**
2  2029 CENTURY PARK EAST, SUITE 3500
   LOS ANGELES, CA 90067-3021
3  TELEPHONE:    310.277.2223
   FACSIMILE:    310.557.8475

4
   Attorneys for Defendant COMMON SENSE ISSUES, INC.
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | COMMON SENSE MEDIA, INC., a        Case No: 008-00155CW
   | California corporation
13 |                                     Judge: Hon. Claudia Wilken
   |           Plaintiff,
14 |                                     **DECLARATION OF NATHAN
   |    vs.                              ESTRUTH IN SUPPORT OF
15 |                                     DEFENDANT COMMON SENSE
   | COMMON SENSE ISSUES, INC., a        ISSUES, INC.'S OPPOSITION TO
16 | Delaware corporation,                PLAINTIFF'S *EX PARTE* MOTION
   |                                     FOR A TEMPORARY RESTRAINING
17 |           Defendant.                ORDER**

18

19

20

21

22

23

24

25

26

27

28

I, Nathan Estruth, declare as follows:

1. I serve on a volunteer basis as an advisor to Common Sense Issues, Inc. ("Common Sense Issues") and some of its predecessor entities, Common Sense Ohio and Common Sense for the 21st Century. I make this declaration in connection with Defendant Common Sense Issues, Inc.'s Opposition to Plaintiff Common Sense Media, Inc.'s *Ex Parte* Application for a Temporary Restraining Order. I have personal knowledge of the facts contained herein. If called upon to testify, I could and would competently testify thereto.

2. Common Sense Issues is a public information organization devoted to promoting American values. The organization is dedicated to building a national movement of citizens who want public officials to exercise common sense in their approach to the issues. Common Sense Issues educates the public as to the positions of leaders and political candidates on a variety of issues of central importance to the American people. Common Sense Issues does not communicate or coordinate its efforts with candidates, campaigns, or political parties. Common Sense Issues conducts its activities wholly independently of any and all candidates, campaigns and political parties.

3. There are various predecessor entities to Common Sense Issues, and they also have "Common Sense" in their names – such as Common Sense Ohio, Common Sense for the 21st Century, which engaged in significant public policy work during the 2006 federal election cycle. Common Sense Issues was conceived and formed to build upon the work of those predecessor entities. In 2006, I conceived of the name "Common Sense Issues," and did so to build on the recognition those predecessor entities developed during the 2006 election year. Thus, it was important to continue using "Common Sense" in the name of the new Common Sense Issues organization.

4. Bob Wehling is a retired marketing executive. He and I both worked as marketing executives, and we were formerly professional colleagues at the same company. I have known Bob for 15 years, and consider him a friend and someone I

greatly respect. Bob has been an advocate of "family friendly" entertainment programming for parents and their children. He is the co-founder of the Family Friendly Programming Forum. In my current professional capacity (as a marketing executive), I occasionally seek Bob's advice and counsel on advertising policies to move the television and entertainment industry to more family-friendly programming.

5. On or about April 13, 2007, I spoke with Bob to introduce him to someone I knew who had a pilot for a family friendly television program. During that discussion, Bob mentioned that he had accepted a position as head of Common Sense Media. I understand now that he is the organization's Chairman. I responded to Bob that I was involved as a volunteer in various organizations using the same phrase "Common Sense" in the name, and that my "Common Sense" organizations dealt with ongoing issues and public policy efforts. Bob and I then briefly discussed how ironic it was that we were both now involved as volunteers with organizations using the phrase "Common Sense" in their names. Bob never complained to me, either during the conversation or any time later, about the name of the Common Sense organizations in which I was involved. Nor did he suggest there was any problem or harm that would be caused to Common Sense Media because the organizations for whom I volunteered were using "Common Sense" in their names.

6. As discussed above, I conceived of the "Common Sense Issues" name in 2006 to build upon the recognition developed by various predecessor entities, such as Common Sense Ohio and Common Sense for the 21st Century. The selection of the "Common Sense Issues" name had nothing to do whatsoever with Common Sense Media, Inc. or its trademark.

///
///
///
///

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2008 at Cincinnati, Ohio.

_____
Nathan Estruth