JAMES D. NGUYEN, CA BAR NO. 179370
jnguyen@foley.com
**FOLEY & LARDNER LLP**
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES, CA 90067-3021
TELEPHONE:    310.277.2223
FACSIMILE:    310.557.8475

Attorneys for Defendant COMMON SENSE ISSUES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>        Defendant. | Case No:  008-00155CW<br><br>Judge: Hon. Claudia Wilken<br><br>**DECLARATION OF JAMES D. NGUYEN IN SUPPORT OF DEFENDANT COMMON SENSE ISSUES, INC.'S OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, James D. Nguyen, declare as follows:

1

1    1.    I am an attorney at law, duly licensed to practice before all courts in the

2  State of California, and before all United States District Courts located in California.  I

3  am a partner in the law firm of Foley & Lardner LLP, counsel for defendant Common

4  Sense Issues, Inc. in this case.  I make this declaration in connection with Common Sense

5  Issues' Opposition to Plaintiff Common Sense Media, Inc.'s *Ex Parte* Application for a

6  Temporary Restraining Order.  I have personal knowledge of the facts contained herein.

7  If called upon to testify, I could and would competently testify thereto.

8    2.    Attached hereto as Exhibit 4 is a true and correct copy of Common Sense

9  Issue's application for the mark COMMON SENSE ISSUES that was submitted to the

10  U.S. Patent & Trademark Office ("USPTO") on or about August 16, 2007.  Attached

11  hereto as Exhibit 5 is a true and correct copy of the record from the USPTO's

12  "Trademark Applications and Registrations Retrieval (TARR)" service showing that the

13  COMMON SENSE ISSUES mark was approved for publication by the USPTO's

14  trademark examiner on January 9, 2008.  Notably, the trademark examiner approved the

15  application for publication without any objection as to the COMMON SENSE ISSUES

16  mark being confusingly similar to another mark (such as the marks of Common Sense

17  Media, Inc.).  Attached hereto as Exhibit 6 are copies of the only Office Action issued by

18  the USPTO examiner, which does not raise any objection to the COMMON SENSE

19  ISSUES mark being confusingly similar to another mark.  The foregoing documents were

20  obtained from the USPTO's web site, www.uspto.gov.

21    3.    At my direction, on January 16, 2008, an associate at my firm ran a search

22  for marks with the phrase "COMMON SENSE" in the USPTO's online "Trademark

23  Electronic Search System (TESS)" database (available at www.uspto.gov).  Attached

24  hereto as Exhibit 7 is a true and correct copy of the printout of that search.  The search

25  revealed 106 records of marks (either federally-registered marks or pending trademark

26  applications) incorporating the phrase "COMMON SENSE."  Attached hereto as Exhibit

27  8 are true and correct copies of USPTO records for some of those "COMMON SENSE"

28  registered marks, used by numerous political or social organizations.

2

4.    On January 18, 2008, I ran a search using the Google Internet search engine (at www.google.com) for the phrase "common sense."  My search generated 41,500,000 search results for "common sense."  Attached hereto as Exhibit  9 are just the first 5 Internet search result pages from my search.  A number of the top-ranked results include references to the "Common Sense" essay by Thomas Paine.  The search result also reveals other organizations and publications using the phrase "Common Sense," such as "Common Sense for Drug Policy," "Taxpayers for Common Sense," and "Common Sense Magazine," and "The Common Sense Foundation."

5.    On January 18, 2008, I ran a search using the online telephone directory available at www.yellowpages.com web site for businesses with the phrase "common sense" in their name.  Attached hereto as Exhibit 10 is a copy of the search result.  My search yielded 198 businesses nationwide with the phrase "common sense" in the business or organization name.  The results include some political organizations, such as "Common Sense & Sound Public Policy Think Tank," "Common Sense About Kids and Guns," "Common Sense America Inc." and "Common Sense Environmental."


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2008 at Los Angeles, California.


_____/s/_____
James D. Nguyen

LACA_1086560.1

# EXHIBIT 4

Document Description: Application    Mail / Create Date: 16-Aug-2007
Case 4:08-cv-00155-CW    Document 12-2    Filed 01/18/2008    Page 2 of 3

Previous Page    Next Page    You are currently on page 1    of 3




PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77257033
### Filing Date: 08/16/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77257033 |
| **MARK INFORMATION** | |
| ***MARK** | COMMON SENSE ISSUES |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | COMMON SENSE ISSUES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Common Sense Issues, Inc. |
| ***STREET** | 8190-A Beechmont Avenue |
| ***CITY** | Cincinnati |
| ***STATE** (Required for U.S. applicants) | Ohio |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 45255-6117 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | CORPORATION |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 035 |
| ***DESCRIPTION** | Promoting political and public policy issues |
| **FILING BASIS** | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Norm J. Rich |
| **ATTORNEY DOCKET NUMBER** | 090110-0102 |
| **FIRM NAME** | Foley & Lardner LLP |
| **STREET** | 3000 K Street, N.W. |
| **INTERNAL ADDRESS** | Suite 500 |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20007-5143 |
| **PHONE** | 202-672-5300 |
| **FAX** | 202-672-5399 |
| **OTHER APPOINTED ATTORNEY** | all other atttorneys |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Norm J. Rich |
| **FIRM NAME** | Foley & Lardner LLP |
| **STREET** | 3000 K Street, N.W. |
| **INTERNAL ADDRESS** | Suite 500 |
| **CITY** | Washington |
| **STATE** | District of Columbia |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 20007-5143 |
| **PHONE** | 202-672-5300 |
| **FAX** | 202-672-5399 |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE PAID** | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **\* SIGNATORY FILE** | \\TICRS2\EXPORT13\772\570\77257033\xml1\APP0003.JPG |
| **SIGNATORY'S NAME** | Zeke Swift |
| **SIGNATORY'S POSITION** | President |

# EXHIBIT 5

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-01-17 11:18:45 ET

**Serial Number:** 77257033 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# COMMON SENSE ISSUES

**(words only):** COMMON SENSE ISSUES

**Standard Character claim:** Yes

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2008-01-09

**Filing Date:** 2007-08-16

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**Attorney Assigned:**
COLEMAN CIMMERIAN <u>Employee Location</u>

**Current Location:** L2X -TMEG Law Office 102 - Examining Attorney Assigned

**Date In Location:** 2008-01-09

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Common Sense Issues, Inc.

**Address:**

Common Sense Issues, Inc.
8190-A Beechmont Avenue
Cincinnati, OH 452556117
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Promoting public awareness of issues in the field of politics and public policy
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Disclaimer:** ISSUES

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-01-09 - Approved for Pub - Principal Register (Initial exam)

2008-01-08 - Teas/Email Correspondence Entered

2008-01-04 - Communication received from applicant

2008-01-04 - TEAS Response to Office Action Received

2007-11-27 - Non-final action mailed

2007-11-26 - Non-Final Action Written

2007-11-26 - Assigned To Examiner

2007-08-21 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Norm J. Rich

**Correspondent**
NORM J. RICH
FOLEY & LARDNER LLP
3000 K ST NW STE 500
WASHINGTON, DC 20007-5143
Phone Number: 202-672-5300
Fax Number: 202-672-5399

# EXHIBIT 6



# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 77/257033

**MARK**: COMMON SENSE ISSUES

**CORRESPONDENT ADDRESS**:
NORM J. RICH
FOLEY & LARDNER LLP
3000 K ST NW STE 500
WASHINGTON, DC 20007-5143

# *77257033*

**RESPOND TO THIS ACTION**:
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION**:
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:      Common Sense Issues, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
090110-0102

**CORRESPONDENT E-MAIL ADDRESS**:

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**:

## Search Results

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

## Recitation of Services

The identification of services is indefinite and must be clarified.  TMEP §1402.01.  Applicant may adopt the following identification, if accurate:  Promoting public awareness of issues in the field of politics and public policy.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.

Please note that, while the identification of services may be amended to clarify or limit the services, adding to the services or broadening the scope of the services is not permitted.  37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

## Disclaimer

Applicant must disclaim the descriptive wording "ISSUES" apart from the mark as shown because it merely describes a feature of the services, i.e., promoting public policy issues.  Trademark Act Section 6, 15 U.S.C.

§1056; TMEP §§1213 and 1213.03(a). The definition of "ISSUE" is:

**is·sue** (ĭsh′ōō) *noun*
1.    **a.** The act or an instance of flowing, passing, or giving out. **b.** The act of circulating, distributing, or publishing by an office or official group: *government issue of new bonds.*
2.    Something produced, published, or offered, as:. **a.** An item or set of items, as stamps or coins, made available at one time by an office or bureau. **b.** A single copy of a periodical: *the March issue of the magazine.* **c.** A distinct set of copies of an edition of a book distinguished from others of that edition by variations in the printed matter. **d.** A final result or conclusion, as a solution to a problem. **e.** Proceeds from estates or fines. **f.** Something proceeding from a specified source: *suspicions that were the issue of a deranged mind.*
3.    Offspring; progeny: *died without issue.*
4.    **a.** A point or matter of discussion, debate, or dispute: *legal and moral issues.* **b.** A matter of public concern: *refused to address the economic issues.* **c.** The essential point; crux: *the issue of how to provide adequate child care.* **d.** A culminating point leading to a decision: *bring a case to an issue.*
5.    A place of egress; an outlet: *a lake with no issue to the sea.*
6.    *Pathology.* **a.** A discharge, as of blood or pus. **b.** A lesion, a wound, or an ulcer producing such a discharge.
7.    *Archaic.* Termination; close.[1]

The Office can require an applicant to disclaim an unregistrable part of a mark consisting of particular wording, symbols, numbers, design elements or combinations thereof. 15 U.S.C. §1056(a). Under Section 2 (e) of the Trademark Act, the Office can refuse registration of an entire mark if the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods. 15 U.S.C. §1052 (e). Thus, the Office may require an applicant to disclaim a portion of a mark that, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic). TMEP §1213.03(a).

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A "disclaimer" is a statement that applicant does not claim exclusive rights to an unregistrable component of a mark. A disclaimer does not affect the appearance of the applied-for mark.

A disclaimer does *not* physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing.

The following cases explain the disclaimer requirement more fully: *Dena Corp. v. Belvedere Int'l Inc.*, 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983); *In re EBS Data Processing, Inc.*, 212 USPQ 964 (TTAB 1981); *In re National Presto Industries, Inc.*, 197 USPQ 188 (TTAB 1977).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

No claim is made to the exclusive right to use "ISSUES" apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

/Cimmerian Coleman/
Examining Attorney
Law Office 102
571-272-9146
Fax: 571-273-9102

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office action should be filed using the form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

---

[1]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

---

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT 7

Record List Display                                                    Page 1 of 4



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*



| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At:          OR  Jump  to record:    **106 Records(s) found (This page: 1 ~ 100)**

Refine Search  ("common sense")[COMB] & "live" [ld]    Submit

Current Search: S8: ("common sense")[COMB] & "live" [ld] docs: 106 occ: 339

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 79010065 | 3104170 | COMMONSENSE | TARR | LIVE |
| 2 | 78936890 | | COMMONCENTS | TARR | LIVE |
| 3 | 78881124 | | COMMON SENSE, UNCOMMON RESULTS | TARR | LIVE |
| 4 | 78869680 | | THE COMMON SENSE INSTITUTE | TARR | LIVE |
| 5 | 78811442 | 3357615 | YOUR BUSINESS COMMONSENSE GUIDE TO SUCCESS | TARR | LIVE |
| 6 | 78822530 | 3348292 | COMMON SENSE ADVISORS | TARR | LIVE |
| 7 | 78753673 | | COMMON SENSE FOR UNCOMMON LOANS | TARR | LIVE |
| 8 | 78860270 | 3255538 | APPLIED COMMON SENSE | TARR | LIVE |
| 9 | 78629453 | 3290335 | THE COMMON SENSE WAY TO BUY INDUSTRIAL CONTROLS | TARR | LIVE |
| 10 | 78922252 | | COMMON SENSE REVOLUTION | TARR | LIVE |
| 11 | 78858133 | | COMMON SENSE | TARR | LIVE |
| 12 | 78858124 | | USE COMMON SENSE | TARR | LIVE |
| 13 | 78949062 | | COMMON SENSE, ORGANIZED | TARR | LIVE |
| 14 | 78887807 | 3247012 | COMMON SENSE SOLUTIONS, LLC | TARR | LIVE |
| 15 | 78931638 | 3242252 | UNCOMMON INSIGHT. COMMON SENSE. | TARR | LIVE |
| 16 | 78895593 | | DOORAMP INNOVATION OR COMMONSENSE | TARR | LIVE |
| 17 | 78663750 | 3106666 | FOSTERING COMMON SENSE DISPUTE RESOLUTION WORLDWIDE | TARR | LIVE |
| 18 | 78389532 | 3353234 | COMMON SENSE MEDIA | TARR | LIVE |
| 19 | 78472844 | | COMMON SENSE FOR THE COMMON GOOD | TARR | LIVE |
| 20 | 78443984 | 3147519 | GLOBALPOPS YOUR COMMON-SENSE CARIER | TARR | LIVE |
| 21 | 78399934 | 2986527 | ADVANCED-COMMON-SENSE | TARR | LIVE |
| 22 | 78399465 | 3197308 | COMMON GOOD RESTORING COMMON SENSE TO AMERICAN LAW | TARR | LIVE |

Record List Display

| 23 | 78342197 | 3165964 | TINO | TARR | LIVE |
|----|----------|---------|------|------|------|
| 24 | 78219112 | 2886314 | COMMON SENSE. UNCOMMON SOLUTIONS. | TARR | LIVE |
| 25 | 78381476 | 2974587 | COMMON SENSE PLANNING WITH UNCOMMON RESULTS | TARR | LIVE |
| 26 | 78378806 | 2974571 | AMERICA'S COMMON SENSE LENDER | TARR | LIVE |
| 27 | 78357218 |         | COMMONSENSE | TARR | LIVE |
| 28 | 78333773 | 2914651 | THE COMMON SENSE FARM | TARR | LIVE |
| 29 | 78275959 | 2984987 | COMMON SENSE UNCOMMON INDEPENDENCE | TARR | LIVE |
| 30 | 78275949 | 2987191 | COMMON SENSE UNCOMMON EXPERIENCE | TARR | LIVE |
| 31 | 78275593 | 2975689 | COMMON SENSE UNCOMMON CONTINUITY | TARR | LIVE |
| 32 | 78246707 | 2899547 | CHURCH&MAIN, INC. UNCOMMON CREATIVITY AND COMMON SENSE | TARR | LIVE |
| 33 | 78246697 | 2891256 | UNCOMMON CREATIVITY AND COMMON SENSE | TARR | LIVE |
| 34 | 78239707 | 2973224 | COMMON SENSE MEDIA | TARR | LIVE |
| 35 | 78158335 | 2786399 | COMMON SENSE MEDICINE | TARR | LIVE |
| 36 | 78105416 | 2846426 | COMMON SENSE MONEY - FINANCIAL EDUCATION MADE SIMPLE | TARR | LIVE |
| 37 | 77257033 |         | COMMON SENSE ISSUES | TARR | LIVE |
| 38 | 77361586 |         | COMMON SENSE REASONING | TARR | LIVE |
| 39 | 77226347 |         | CREATIVITY FROM COMMON SENSE | TARR | LIVE |
| 40 | 77147310 | 3361619 | THE COMMUNITY STATE BANK "COMMON SENSE BANKING" | TARR | LIVE |
| 41 | 77280450 |         | THE COMMON SENSE DIET | TARR | LIVE |
| 42 | 77217237 |         | THE COMMON SENSE APPROACH TO MEDICARE | TARR | LIVE |
| 43 | 77107391 |         | WHERE COMMON SENSE MEETS INNOVATION. | TARR | LIVE |
| 44 | 77336405 |         | COMMON SENSE MATH TIPS, TRICKS & TOOLS FOR DEVELOPING NUMBER SENSE | TARR | LIVE |
| 45 | 77154872 |         | SETTLEMENT BY COMMON SENSE | TARR | LIVE |
| 46 | 77304354 |         | AMERICA'S COMMON SENSE REVOLUTION | TARR | LIVE |
| 47 | 77304343 |         | COMMON SENSE REVOLUTION | TARR | LIVE |
| 48 | 77131739 |         | COMMON CENTS | TARR | LIVE |
| 49 | 77264775 |         | COMMON SENSE IDEAS FOR THRIVING AFTER 50 | TARR | LIVE |
| 50 | 77248605 |         | COMMON SENSE | TARR | LIVE |
| 51 | 77218097 |         | COMMON SENSE FOR SEARCH ENGINE RANKINGS | TARR | LIVE |
| 52 | 77058569 |         | AMERICA'S COMMON SENSE REVOLUTION | TARR | LIVE |
| 53 | 77058689 |         | GOD GAVE YOU COMMON SENSE SO YOU COULD HAVE CONDOM SENSE. | TARR | LIVE |
| 54 | 77191540 |         | THE COMMON SENSE GUY | TARR | LIVE |
| 55 | 77157351 |         | COMMON SENSE ON A ROLL | TARR | LIVE |
| 56 | 77040679 |         | THIS WAY TO COMMON SENSE. | TARR | LIVE |
| 57 | 76676077 | 3354834 | COMMON SENSE CONSERVATION | TARR | LIVE |
| 58 | 76657186 | 3333161 | COMMON SENSE DESIGN | TARR | LIVE |
| 59 | 76683387 |         | REGULAR PEOPLE. COMMON SENSE. | TARR | LIVE |
| 60 | 76054241 | 2563062 | A LITTLE COMMON SENSE | TARR | LIVE |
| 61 | 76678601 |         | COMMON SENSE AND CURRENT EVENTS | TARR | LIVE |
| 62 | 76678308 |         | COMMON SENSE | TARR | LIVE |

| 63 | 76003475 | 2425322 | INNOVATION THROUGH COMMON SENSE | TARR | LIVE |
| 64 | 76276428 | 2647090 | ORGANICS AND APPLIED COMMON SENSE QUALITY SAFE FOODS | TARR | LIVE |
| 65 | 76252991 | 2614768 | COMMON SENSE RISK MANAGEMENT | TARR | LIVE |
| 66 | 76125564 | 2733777 | COMMON SENSE MONEY | TARR | LIVE |
| 67 | 76560096 | 2893052 | COMMON SENSE APPROACH, UNCOMMON RESULTS! | TARR | LIVE |
| 68 | 76525607 | 2986805 | COMMON SENSE PRICING. UNCOMMON ADVICE. | TARR | LIVE |
| 69 | 76528273 | 2876623 | ORIGINAL COMMON SENSE NON-SCORE DRIVEN PROGRAM | TARR | LIVE |
| 70 | 76444603 | 2854610 | COMMON SENSE SELLING | TARR | LIVE |
| 71 | 76350687 | 2654168 | THE COMMON SENSE BALEFEEDER | TARR | LIVE |
| 72 | 76337249 | 2793699 | C.S.C. COMMON SENSE COMFORT | TARR | LIVE |
| 73 | 76310113 | 2582125 | COMMON VALUES. COMMON SENSE. | TARR | LIVE |
| 74 | 76299536 | 2653874 | RADICAL COMMON SENSE | TARR | LIVE |
| 75 | 76236351 | 2588022 | COMMON SENSE. UNCOMMON RESULTS. | TARR | LIVE |
| 76 | 76140836 | 2630190 | TOMPAINE.COMMON SENSE | TARR | LIVE |
| 77 | 75883217 | 2535499 | CEC COMMON SENSE HEAT & HOT WATER TECHNOLOGY | TARR | LIVE |
| 78 | 75892609 | 2753474 | COMMON SENSE GARDENER | TARR | LIVE |
| 79 | 75791690 | 2570642 | THE DOT COMMON SENSE WAY | TARR | LIVE |
| 80 | 75782537 | 2468943 | COMMON SENSE GARDENER | TARR | LIVE |
| 81 | 75774790 | 2534628 | PATCRAFT COMMERCIAL CARPET THE COMMON SENSE OF STYLE | TARR | LIVE |
| 82 | 75753659 | 2832233 | COMMON SENSE SOLUTIONS | TARR | LIVE |
| 83 | 75497307 | 2274149 | COMMON SENSE PARENTING | TARR | LIVE |
| 84 | 75275110 | 2211773 | UNCOMMON WISDOM COMMON SENSE | TARR | LIVE |
| 85 | 74506844 | 2114915 | COMMON SENSE | TARR | LIVE |
| 86 | 74600731 | 1939693 | COMMON SENSE COALITION | TARR | LIVE |
| 87 | 74012348 | 1616388 | COMMON SCENTS | TARR | LIVE |
| 88 | 74525939 | 1947601 | INNOVATION OR COMMON SENSE THE PROOF ISIN THE PULLING | TARR | LIVE |
| 89 | 74536206 | 1898753 | COMMONSENSE FINANCIAL PROCESS | TARR | LIVE |
| 90 | 74374692 | 1809590 | COMMON SENSE AT WORK | TARR | LIVE |
| 91 | 74323256 | 1773067 | COMMON SENSE | TARR | LIVE |
| 92 | 74273020 | 1768324 | COMMON SENSE PARENTING | TARR | LIVE |
| 93 | 74155672 | 1687374 | COMMON SENSE LEADERSHIP HOW TO BECOME A LEADER | TARR | LIVE |
| 94 | 74120131 | 1663732 | "CUSTOMIZED COMMON SENSE CARE" | TARR | LIVE |
| 95 | 74041829 | 1649678 | COMMONCENTS CHECKING | TARR | LIVE |
| 96 | 73511522 | 1347773 | BEACH'S COMMON SENSE EXPENSE BOOK | TARR | LIVE |
| 97 | 73760677 | 1546819 | COMMON SENSE CARPET CARE | TARR | LIVE |
| 98 | 73742203 | 1546479 | COMMON SENSE | TARR | LIVE |
| 99 | 73740795 | 1596688 | COMMON SENSE | TARR | LIVE |
| 100 | 73716998 | 1539190 | IT'S A MATTER OF CONDOM SENSE! | TARR | LIVE |

Record List Display

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At:     OR  Jump  to record:    **106 Records(s) found (This page: 101 ~ 106)**

**Refine Search** ("common sense")[COMB] & "live" [ld]   Submit

**Current Search: S8: ("common sense")[COMB] & "live" [ld] docs: 106 occ: 339**

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 101 | 73715709 | 1535152 | CONDOM SENSE | TARR | LIVE |
| 102 | 73661022 | 1474547 | THE COMMONSENSE COMMUNICATOR | TARR | LIVE |
| 103 | 73635310 | 1481869 | COMMON SENSE. UNCOMMON SERVICE. | TARR | LIVE |
| 104 | 73462960 | 1327110 | COMMON SENSE | TARR | LIVE |
| 105 | 73391264 | 1288203 | COMMON CENTS FOOD STORES | TARR | LIVE |
| 106 | 71537130 | 0508747 | "COMMON SENSE" | TARR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

[ Logout ] *Please logout when you are done to release system resources allocated for you.*

[ Start ] List At: :    OR [ Jump ] to record:

# 37 Records(s) found (This page: 1 ~ 37)

**Refine Search**  ("common sense")[COMB] & "live" [ld] & ("0    [ Submit ]

**Current Search: S6:** ("common sense")[COMB] & "live" [ld] & ("035" or "041") [ic] docs: 37 occ: 162

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78629453 | 3290335 | THE COMMON SENSE WAY TO BUY INDUSTRIAL CONTROLS | TARR | LIVE |
| 2 | 78858133 | | COMMON SENSE | TARR | LIVE |
| 3 | 78858124 | | USE COMMON SENSE | TARR | LIVE |
| 4 | 78949062 | | COMMON SENSE, ORGANIZED | TARR | LIVE |
| 5 | 78663750 | 3106666 | FOSTERING COMMON SENSE DISPUTE RESOLUTION WORLDWIDE | TARR | LIVE |
| 6 | 78389532 | 3353234 | COMMON SENSE MEDIA | TARR | LIVE |
| 7 | 78472844 | | COMMON SENSE FOR THE COMMON GOOD | TARR | LIVE |
| 8 | 78399934 | 2986527 | ADVANCED-COMMON-SENSE | TARR | LIVE |
| 9 | 78399465 | 3197308 | COMMON GOOD RESTORING COMMON SENSE TO AMERICAN LAW | TARR | LIVE |
| 10 | 78342197 | 3165964 | TINO | TARR | LIVE |
| 11 | 78246707 | 2899547 | CHURCH&MAIN, INC. UNCOMMON CREATIVITY AND COMMON SENSE | TARR | LIVE |
| 12 | 78246697 | 2891256 | UNCOMMON CREATIVITY AND COMMON SENSE | TARR | LIVE |
| 13 | 78239707 | 2973224 | COMMON SENSE MEDIA | TARR | LIVE |
| 14 | 77257033 | | COMMON SENSE ISSUES | TARR | LIVE |
| 15 | 77217237 | | THE COMMON SENSE APPROACH TO MEDICARE | TARR | LIVE |
| 16 | 77336405 | | COMMON SENSE MATH TIPS, TRICKS & TOOLS FOR DEVELOPING NUMBER SENSE | TARR | LIVE |
| 17 | 77304354 | | AMERICA'S COMMON SENSE REVOLUTION | TARR | LIVE |
| 18 | 77304343 | | COMMON SENSE REVOLUTION | TARR | LIVE |
| 19 | 77264775 | | COMMON SENSE IDEAS FOR THRIVING AFTER 50 | TARR | LIVE |
| 20 | 77058689 | | GOD GAVE YOU COMMON SENSE SO YOU COULD HAVE CONDOM SENSE. | TARR | LIVE |

| 21 | 77191540 |         | THE COMMON SENSE GUY                          | TARR | LIVE |
|----|----------|---------|----------------------------------------------|------|------|
| 22 | 77040679 |         | THIS WAY TO COMMON SENSE.                    | TARR | LIVE |
| 23 | 76676077 | 3354834 | COMMON SENSE CONSERVATION                    | TARR | LIVE |
| 24 | 76683387 |         | REGULAR PEOPLE. COMMON SENSE.                | TARR | LIVE |
| 25 | 76678601 |         | COMMON SENSE AND CURRENT EVENTS              | TARR | LIVE |
| 26 | 76125564 | 2733777 | COMMON SENSE MONEY                           | TARR | LIVE |
| 27 | 76444603 | 2854610 | COMMON SENSE SELLING                         | TARR | LIVE |
| 28 | 76299536 | 2653874 | RADICAL COMMON SENSE                         | TARR | LIVE |
| 29 | 75892609 | 2753474 | COMMON SENSE GARDENER                        | TARR | LIVE |
| 30 | 75782537 | 2468943 | COMMON SENSE GARDENER                        | TARR | LIVE |
| 31 | 75497307 | 2274149 | COMMON SENSE PARENTING                       | TARR | LIVE |
| 32 | 74506844 | 2114915 | COMMON SENSE                                 | TARR | LIVE |
| 33 | 74600731 | 1939693 | COMMON SENSE COALITION                       | TARR | LIVE |
| 34 | 74273020 | 1768324 | COMMON SENSE PARENTING                       | TARR | LIVE |
| 35 | 74155672 | 1687374 | COMMON SENSE LEADERSHIP HOW TO BECOME A LEADER | TARR | LIVE |
| 36 | 73760677 | 1546819 | COMMON SENSE CARPET CARE                     | TARR | LIVE |
| 37 | 73661022 | 1474547 | THE COMMONSENSE COMMUNICATOR                 | TARR | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   PREV LIST   NEXT LIST   TOP   HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 8



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:    **Record 23 out of 37**

TARR Status  ASSIGN Status  TDR  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# COMMON SENSE CONSERVATIOI



| | |
|---|---|
| **Word Mark** | **COMMON SENSE** CONSERVATION |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely T-shirts used in conjunction with an ongoing conservation program. FIRST USE: 19900731. FIRST USE IN COMMERCE: 19900731 |
| | IC 035. US 100 101 102. G & S: promoting public awareness of the need for the preservation and efficient use of natural resources for the protection of the earth's environment through everyday means. FIRST USE: 19980506. FIRST USE IN COMMERCE: 19980506 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76676077 |
| **Filing Date** | April 26, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 2, 2007 |
| **Registration Number** | 3354834 |
| **Registration Date** | December 18, 2007 |

Trademark Electronic Search System (TESS)                                                  Page 2 of 2

| | |
|---|---|
| **Owner** | (REGISTRANT) Miller, David Earl INDIVIDUAL UNITED STATES P.O. Box 40 Port St. Joe FLORIDA 32457 |
| **Attorney of Record** | William D. Lee, Jr. |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CONSERVATION" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*



| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At:          OR | Jump | to record:        **Record 28 out of 37**

| TARR Status | | ASSIGN Status | | TDR | | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | RADICAL **COMMON SENSE** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: PROVIDING MARKET RESEARCH AND ANALYSIS AND MARKETING COMMUNICATIONS CONSULTATION. FIRST USE: 19930101. FIRST USE IN COMMERCE: 19930101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76299536 |
| **Filing Date** | August 15, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 3, 2002 |
| **Registration Number** | 2653874 |
| **Registration Date** | November 26, 2002 |
| **Owner** | (REGISTRANT) Arras Group, Inc., The CORPORATION OHIO 50 Public Square Cleveland OHIO 44113 |
| **Attorney of Record** | Betsy Hauptman Coy |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)                                         Page 2 of 2

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jan 16 04:06:43 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:        **Record 33 out of 37**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **COMMON SENSE** COALITION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: entertainment services in the nature of an ongoing talk radio program. FIRST USE: 19940901. FIRST USE IN COMMERCE: 19940901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74600731 |
| **Filing Date** | November 18, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 12, 1995 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1939693 |
| **Registration Date** | December 5, 1995 |
| **Owner** | (REGISTRANT) COMMON SENSE COALITION L.L.C., THE LTD LIAB CO MISSOURI P. O. BOX 79 CENTERTOWN MISSOURI 65023 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | HUGH LATIMER |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060111. |
| **Renewal** | 1ST RENEWAL 20060111 |

**Live/Dead
Indicator**          **LIVE**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 17 04:06:20 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## COMMON SENSE REVOLUTION

| | |
|---|---|
| **Word Mark** | COMMON SENSE REVOLUTION |
| **Goods and Services** | IC 041. US 100 101 107. G & S: EDUCATIONAL SERVICES NAMELY, DEVELOPING INFORMAL PROGRAMS IN THE FIELDS OF WELL-BEING AND SELF-HELP |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77304343 |
| **Filing Date** | October 15, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Vespe, Bridget Ann INDIVIDUAL UNITED STATES Post Office Box 6322 New York NEW YORK 101506322 |
| **Attorney of Record** | Antonio Borrelli |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME| SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 2 of 2

Trademark Electronic Search System (TESS)                                        Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 17 04:06:20 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# The Common Sense Guy

| | |
|---|---|
| **Word Mark** | THE COMMON SENSE GUY |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Leadership consulting, motivational speaking, and career and executive coaching services. FIRST USE: 20030101. FIRST USE IN COMMERCE: 20030101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77191540 |
| **Filing Date** | May 28, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Bilanich, Bud INDIVIDUAL UNITED STATES Suite 773 875 South Colorado Boulevard Denver COLORADO 80246 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 9

**Web**   Images   Maps   News   Shopping   Gmail   more ▾                                    Sign in

Google

common sense                                    Search   Advanced Search
                                                         Preferences

**Web**   Music   Books          Results **1 - 10** of about **41,500,000** for **common sense** [definition]. (0.08 seconds)

   **Common Sense**
Songs: I Used to Love H.E.R., Another Wasted Nite With..., Chapter 13 (Rich Man Vs. Poor Man), and more...
More music results for **common sense** »

   **Common Sense**
by Thomas Paine - 1986 - 132 pages
books.google.com - About this book - More book results »

**Common Sense** Media - Family Movie Reviews, Movie Rental Reviews ...
Family movie reviews, family movies, family films, movie rental reviews, and reviews of TV
shows, video games, music cds, books, magazines and web sites.
www.**commonsense**media.org/ - 34k - Cached - Similar pages

**Common Sense** (pamphlet) - Wikipedia, the free encyclopedia
**Common Sense** was a series of pamphlets written by Thomas Paine. It was first published
anonymously on January 10, 1776, during the American Revolution. ...
en.wikipedia.org/wiki/**Common_Sense**_(pamphlet) - 33k - Cached - Similar pages

**Common sense** - Wikipedia, the free encyclopedia
**Common sense** (or, when used attributively as an adjective, **commonsense**, **common-sense**, or commonsensical), based on a strict construction of the term, ...
en.wikipedia.org/wiki/**Common_sense** - 36k - Cached - Similar pages

**Common Sense** by Thomas Paine
Published in 1776, **Common Sense** challenged the authority of the British government and
the royal monarchy. The plain language that Paine used spoke to the ...
www.ushistory.org/paine/**commonsense**/ - 5k - Cached - Similar pages

Paine, Thomas. 1776. **Common Sense**
Online publication of Thomas Paine's classic at Bartleby.com.
www.bartleby.com/133/ - 20k - Cached - Similar pages

Thomas Paine's **Common Sense**: The Most Influential Tract of the ...
Paine's famous political pamphlet brought the rising revolutionary sentiment into sharp focus
by placing blame for the suffering of the colonies directly on ...
www.earlyamerica.com/earlyamerica/milestones/**commonsense**/ - 23k -
Cached - Similar pages

Thomas Paine, **Common Sense**
In the following pages I offer nothing more than simple facts, plain arguments, and **common sense**; and have no other preliminaries to settle with the reader, ...
www.constitution.org/civ/com**sense**.htm - 129k - Cached - Similar pages

Featured Blog Headlines | OurFuture.org
... we want a return to that **sense** of dynamism and entrepreneurship that had been missing.
.... collaboration for the **common** good. Email: *. Password: * ...

**commonsense**.ourfuture.org/ - 69k - Cached - Similar pages

## Common Sense Band

**Common Sense** is very thankful to be included in this add campaign and would like to thank the Ford Motor Company and Tom Grill for their support! ...
www.**commonsense**band.com/ - 14k - Cached - Similar pages

## From Revolution to Reconstruction: Documents: Paine: **Common Sense ...**

USA-project, documents-area, Thomas Paine's **Common Sense**.
odur.let.rug.nl/~usa/D/1776-1800/paine/CM/**sense**xx.htm - 4k - Cached - Similar pages

## Searches related to: **common sense**

| | | | |
|---|---|---|---|
| **common sense questions** | **common sense quiz** | **common sense rc** | **declaration of independence** |
| **thomas paine** | **articles of confederation** | **john locke** | **federalist papers** |

1 2 3 4 5 6 7 8 9 10    **Next**

---

common sense          Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web**   Images   Maps   News   Shopping   Gmail   more ▾                                                   Sign in

Google

common sense                                    [ Search ]   Advanced Search
                                                             Preferences

**Web**   Video                     Results **11 - 20** of about **41,400,000** for **common sense** [definition]. (**0.48** seconds)

### Common Sense
If I were rich, I would be eccentric. As it is, I'm just nucking futs.
commonsensetx.com/ - 56k - Cached - Similar pages

### Amazon.com: Common Sense (Dover Thrift Editions): Books: Thomas Paine
Amazon.com: **Common Sense** (Dover Thrift Editions): Books: Thomas Paine by Thomas
Paine.
www.amazon.com/Common-Sense-Dover-Thrift-Editions/dp/0486296024 - 219k -
Cached - Similar pages

### The Sam Adams Alliance - Building a network for liberty - Common Sense
Paul Jacob's **Common Sense** program provides free daily commentary about the issues
impacting Americans today – and the citizen leaders who are doing ...
www.samadamsalliance.org/common_sense/ - 18k - Cached - Similar pages

### Common Sense and Wonder
Ralph Waldo Emerson "Nothing astonishes men so much as **common sense** and plain
dealing." Robert Heinlein "Never attribute to malice that which can be ...
www.commonsensewonder.com/ - 120k - Cached - Similar pages

### TomPaine.Com - Home
A journal of news, opinion and alternative views, inspired by Thomas Paine, author of
**Common Sense** and The Rights of Man.
www.tompaine.com/ - 31k - Cached - Similar pages

### Common Sense and Wonder
A blog dedicated to **common sense** in practical and political matters combined with a
**sense** of wonder of the world around us and the amazing rate of ...
common-sense.blogspot.com/ - 94k - Cached - Similar pages

### Common Sense Composers' Collective
now you see it... HOME PAGE.
www.commonsense.org/ - 7k - Cached - Similar pages

### Section I. Paine, Thomas. 1776. Common Sense
Thomas Paine (1737–1809). **Common Sense**. 1776. Of the origin and design of
government in general, with concise remarks on the English Constitution. ...
www.bartleby.com/133/1.html - 33k - Cached - Similar pages

### Featured Blog Headlines | OurFuture.org
collaboration for the **common** good. Email: *. Password: *. create new account · forgot your
login? remember me. Community leaders. Most Published: Bill Scher ...
www.ourfuture.org/blog - 62k - Cached - Similar pages



### Common Sense - Take It EZ SUBSCRIBE TO US NOW!
.com Check out this music video by **Common** - Take It EZ ...
4 min 29 sec - ☆☆☆☆☆
www.youtube.com/watch?v=VxSC0rG-KFc

Searches related to: **common sense**

| | | | |
|---|---|---|---|
| common sense **questions** | common sense **quiz** | common sense **rc** | **declaration of independence** |
| **thomas paine** | **articles of confederation** | **john locke** | **federalist papers** |

**Previous** 1  2  3  4  5  6  7  8  9  10 11      **Next**

---

common sense       [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▾                                   Sign in

Google
                    common sense                              [ Search ]   Advanced Search
                                                                           Preferences
_____

**Web**                    Results **21 - 30** of about **41,500,000** for **common sense** [definition]. (0.11 seconds)

## Common Sense Journalism
An extension of the **Common Sense** Journalism monthly column by Doug Fisher, former
broadcaster, newspaper reporter and wire service editor. ...
**commonsense**j.blogspot.com/ - 134k - Cached - Similar pages

## Amazon.com: Common Sense (Penguin Classics): Books: Thomas Paine ...
Amazon.com: **Common Sense** (Penguin Classics): Books: Thomas Paine,Isaac Kramnick
by Thomas Paine,Isaac Kramnick.
www.amazon.com/**Common-Sense**-Penguin-Classics-Thomas/dp/0140390162 - 237k -
Cached - Similar pages

## Common Sense
The assertion comes about 900 statements deep into the 527308 items that comprise the
Open Mind **common sense** database. It's after "Laws are the rules of ...
www.aaai.org/AITopics/html/**common**.html - Similar pages

## Advanced Common Sense Home
Steve Krug, author of Don't Make Me Think! A **Common Sense** Approach to Web Usability,
provides consulting services including expert reviews of existing sites ...
www.sensible.com/ - 19k - Cached - Similar pages

## Common Sense
Chronicling one political observer's descent into insanity.
**commonsense**blog.typepad.com/ - 52k - Cached - Similar pages

## Common Sense —
... speech 9/11 Iraq War Bush Bush lies Allen Dulles Chevy Chase WMD lies Al Qaeda
Andy Dick. © 2006–2007 **Common Sense** — Sitemap — Cutline by Chris Pearson.
**commonsense**.wnymedia.net/ - 70k - Cached - Similar pages

## Common Sense Parenting
Parenting.org offers free parenting help, tips, advice, guidance, support and resources for
discipline problems, behavior troubles, school issues and much ...
www.parenting.org/ - 23k - Cached - Similar pages

## Common Sense Problem Page
Corpus of challenging problems for the representation of **commonsense** knowledge.
www-formal.stanford.edu/leora/**commonsense**/ - 39k - Cached - Similar pages

## Common Sense for Drug Policy
Dedicated to expanding discussion on drug policy by raising questions about existing law
and educating the public about alternatives to current policies.
www.csdp.org/ - 228k - Cached - Similar pages

## Critical Thinking Across the Curriculum: What is Common Sense?
People often refer to their knowledge and skills as **common sense**. While this seems
familiar and sensible, there needs to be a closer examination of just ...
mcckc.edu/longview/ctac/psychology/**commonsense**1.htm - 5k - Cached - Similar pages

Searches related to: **common sense**

common sense
questions

common sense **quiz**

common sense
rc

declaration of
independence

**thomas paine**

**articles of
confederation**

**john locke**

**federalist papers**

**Previous** 1  2  3  4  5  6  7  8  9  10 11 12    **Next**

---

common sense                    Search

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web   Images   Maps   News   Shopping   Gmail   more ▾                                    Sign in

Google

| common sense | Search   Advanced Search
Preferences |

**Web**                    Results **31 - 40** of about **38,900,000** for **common sense** [definition]. **(0.31** seconds)

**Common Sense** Science
**Common Sense** Science is a body of theory regarding matter and forces that describes the physical world using geometric models, absolute time and Galilean ...
**commonsense**science.org/ - 17k - Cached - Similar pages

This page has been accessed
With three CDs released to rave reviews, the award-winning **Common Sense** Composers' Collective is pioneering new collaborative works and creative workshop ...
www.**commonsense**.org/home.htm - 16k - Cached - Similar pages

Veterans for **Common Sense**
Includes a mailing list, volunteer opportunities, news, war stories, and membership information.
www.veteransfor**commonsense**.org/ - 6k - Cached - Similar pages

About **Common Sense** Media
**Common Sense** Media provides family reviews and ratings of media and entertainment choices for kids and families, including movies, television, video games, ...
www.**commonsense**media.org/about_us/ - 15k - Cached - Similar pages

**commonsense** computing media
csc.media.mit.edu/ - Similar pages

Dan Carlin -- News, Politics, and History
Dan Carlin's **Common Sense** and Hardcore History Podcast Site. ... Purchase the **Common Sense** Shows, 44 MP3 files on 2 CD's Shows 1-22, 23-44 Now Available ...
www.dancarlin.com/cspage1.asp - 34k - Cached - Similar pages

**COMMON SENSE** BOATS
Books providing everything the first time and amateur boatbuilder needs.
**common-sense**-boats.com/ - 15k - Cached - Similar pages

Taxpayers for **Common Sense** and TCS Action
An independent watchdog for the taxpayers of today and tomorrow.
www.taxpayer.net/ - 17k - Cached - Similar pages

**Common Sense** Internet Safety Survival Guide
Information to help your kids stay safe and smart while using the Internet.
www.**commonsense**.com/internet-safety-guide/ - 11k - Cached - Similar pages

.**Common Sense**
Medal of Honor Recipient, Marine Corp Commandant, General David Shoup: 'I believe that if we had and would keep our dirty, bloody, dollar-crooked fingers ...
dot**commonsense**.blog-city.com/ - 76k - Cached - Similar pages

Searches related to: **common sense**

Sponsored Links

**Common Sense** Tips
Share your tips, register for our newsletter and enter a sweepstakes!
www.Scott**CommonSense**.com

| common sense **questions** | common sense **quiz** | common sense **rc** | **declaration of independence** |
| **thomas paine** | **articles of confederation** | **john locke** | **federalist papers** |

**Previous** 1 2 3 4 5 6 7 8 9 10 11 12 13   **Next**

common sense [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

**Web**  Images  Maps  News  Shopping  Gmail  more ▾                                          Sign in

Google                common sense                          Search    Advanced Search
                                                                      Preferences

_____

**Web**                 Results **41 - 50** of about **41,400,000** for **common sense** [definition]. (0.56 seconds)

FreeAudio.org -- Free Audio Books on Liberty and Freedom              Sponsored Links
Download Links :. MP3 Thomas Paine - **Common Sense** Part 1 (11MB /
66min 42 sec) ... ZIP Archive Thomas Paine - **Common Sense** in 3        **Common Sense** Tips
minute tracks.                                                         Enjoy tips, articles & **common sense**
www.freeaudio.org/tpaine/**commonsense**.html - 7k -                    solutions for everyday living!
Cached - Similar pages                                                 www.scott**commonsense**.com

**Common Sense** Magazine
An interview with **Common Sense** about the organized subversion of
American democracy at the hands of corporate bullies and the money-
hungry politicians who ...
www.**commonsense**mag.org/ - 29k - Cached - Similar pages

**Common Sense**
**COMMON SENSE** is a collection of published essays by a contrarian planner about land
use planning, citizen involvement and the no growth movement.
carsonessays.homestead.com/home.html - 19k - Cached - Similar pages

**Common Sense** Internet Safety Survival Guide
Information to help your kids stay safe and smart while using the Internet.
www.**commonsense**.com/internet-safety-guide/ - 11k - Cached - Similar pages

**Common Sense** Moved
**Common Sense** has two distinct parts for you to read through. The essays listed in the
Archives represent my comprehensive political platform. ...
4**commonsense**now.blogspot.com/ - 16k - Cached - Similar pages

The **Common Sense** Foundation
Progressive public policy organization, founded in a belief in equality and justice for all
people regardless of race, religious affiliation, ...
www.**common-sense**.org/ - 31k - Cached - Similar pages

**Common Sense** about Kids and Guns, Gun Violence Prevention, Gun ...
Providing **common sense** gun safety tips to protect children and teens from gun deaths,
injuries, and accidents. Plus, news and resources about kids and guns, ...
www.kidsandguns.org/ - 29k - Cached - Similar pages

About **Common Sense** Media
**Common Sense** Media provides family reviews and ratings of media and entertainment
choices for kids and families, including movies, television, video games, ...
www.**commonsense**media.org/about_us/ - 15k - Cached - Similar pages

**Common Sense** PR
Accounting Solver · Behind The Buzz · Biz Chicks Rule · Boss Hatch · Brandcurve ·
Business & Blogging · Buzz Networker · **Common Sense** PR · Contract Worker ...
www.**commonsense**pr.com/ - 88k - Cached - Similar pages

What is **Common Sense**?
**Common sense** means paying attention to the obvious. This is not as easy as it sounds.

We all have vivid imaginations, and we tend to get lost in our ...
www.organicmd.org/**commonsense**.html - 10k - Cached - Similar pages

Searches related to: **common sense**

| | | | |
|---|---|---|---|
| common sense questions | common sense **quiz** | common sense rc | declaration of independence |
| **thomas paine** | **articles of confederation** | **john locke** | **federalist papers** |

**Previous** 1  2  3  4  5  6  7  8  9  10 11 12 13 14    **Next**

---

common sense    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

---

©2008 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT 10

# YELLOWPAGES.COM

★ ★ ★ ★ ★
**NEW YEAR!**
**NEW CHANCE TO WIN!**

**AT&T GIFT CARDS VALUED UP TO**
$**200**

**AND A GRAND PRIZE**
$**50,000**

Home > Nationwide > **Name Search - common sense**

We found **198 businesses** for "common sense" **nationwide**.

See 157 businesses with "common sense" in their **business information**.

---

Common Sense
126 Loureyro Rd
Santa Barbara, CA 93108 Map

**(805) 565-3095**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

Common Sense
328 Se 82nd Ave
Portland, OR 97216 Map

**(503) 252-9453**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

Common Sense
265 Broad St Sw
Cleveland, TN 37311 Map

**(423) 790-0051**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

Common Sense

Copperas Cove, TX 76522

**(254) 547-2227**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

Common Sense
10 42 Vail Rd S
Yelm, WA 98597

**(360) 458-9657**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Computers

Serving Your Area

**(772) 617-4014**      Call      E-mail

Visit Web Site



Serving IR County & Beyond-Free Pick Up& Delivery

**More Info:**  Hours of Operation

Review This Business!
Rate it    **Read Reviews**

More Options

Yellow Pages Ad

---

## Common Sense Office Furniture

820 W Washington St
Orlando, FL 32805

**(407) 206-5040**      Call

Visit Web Site



Quality new and used cubicles, desks and seating.

More Info

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

---

## Common Sense Termite & Pest Control

608 Canyon Ridge Dr
Euless, TX 76040 Map

**(817) 268-3100**      Call



**CALL NOW FOR A FREE ESTIMATE!!**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

---

## Common Sense Cellular

140 E Van Buren St
Eureka Springs, AR 72632 Map

**(479) 253-0066**      Call

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

common sense of the United States - YELLOWPAGES.COM
Case 4:08-cv-00155-GW - Document 2-8 Filed 01/18/2008    Page 4 of 28
Page 3 of 10

**Friendly Local Professional Serving You**
**Alltel Wireless Cellular And Internet**
**Affordable - Portable - Easy To Use**

## Common Sense Counseling

811 1/2 N Main St
North Canton, OH 44720

**(330) 494-3233**     Call

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options        

Yellow Pages Ad

Yellow Pages Ad: "COMMON SENSE COUNSELING Susan Deibel..."

## Common Sense & Sound Public Policy Think Tank

221 E 9th St
Austin, TX 78701 Map

**(512) 469-9551**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options        

## Common Sense About Kids and Guns

1225 I St Nw
Washington, DC 20005 Map

**(202) 546-0200**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options        

Visit Web Site

More Info

## Common Sense About Kids And Guns

418 C St Ne
Washington, DC 20002 Map

**(202) 546-0200**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options        

Visit Web Site

More Info

## Common Sense Adoption Services

Halifax, PA 17032

**(800) 445-2444**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options

More Info

## Common Sense Adoption Services

208 W Main St
Mechanicsburg, PA 17055 Map

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

**(717) 766-6449**

Visit Web Site

More Info:  Products & Services

---

## Common Sense Adoption Services

49 W Main St
Mechanicsburg, PA 17055 Map

**(717) 766-6449**

☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options

More Info:  Products & Services

---

## Common Sense Advertising

Iowa City, IA 52240

**(319) 337-4119**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options

---

## Common Sense Advisory Incorporated

100 Merrimack St
Lowell, MA 01852 Map

**(978) 275-0500**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense Ag Service

1424 Main St # 247
Bloomer, WI 54724 Map

**(715) 568-5189**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options

More Info:  Products & Services

---

## Common Sense Ag Service

PO Box 247
Bloomer, WI 54724

**(715) 568-5189**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense America Inc

20 Nassau St
Princeton, NJ 08542 Map

**(609) 688-1180**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense Awards

88 Service Ln
Ringgold, GA 30736 Map

**(706) 891-2523**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Bookkeeping

561 Alberta St
Altadena, CA 91001 Map

**(626) 398-7138**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Building Services Incorporated

1300 Godward St Ne
Minneapolis, MN 55413 Map

**(612) 379-7106**

Visit Web Site

More Info

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Buildings

2416 Dairyland Rd
Chapel Hill, NC 27516 Map

**(919) 942-3858**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

### RELATED BUSINESSES

OfficeMax



Serving Your Area
**(877) 633-4236**
More Info  |  Web Site

Technology Integration Group



Serving Your Area

---

# YELLOWPAGES.COM



★ ★ ★ ★ ★
**NEW YEAR!**
**NEW CHANCE TO WIN!**

AT&T GIFT CARDS VALUED UP TO
**$200**

AND A GRAND PRIZE (
**$50,000**

Home > Nationwide > Name Search - common sense

## We found **198 businesses** for "common sense" **nationwide**.

See 157 businesses with "common sense" in their **business information**.

---

### Common Sense Business Sol

Serving Your Area

**(770) 753-8197**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

### Common Sense Business Solutions

Tampa, FL 33601

**(813) 661-0049**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

### Common Sense Business Systems

PO Box 5316
Kailua Kona, HI 96745

**(808) 325-0287**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

### Common Sense Cafe

1480 E 2nd Ave
Durango, CO 81301 Map

**(970) 259-9106**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

### Common Sense Candles

1300 Ulster Ave
Kingston, NY 12401 Map

**(845) 336-7009**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

★ ★ ★ ★ ★

## Common Sense Capital

3356 W 550 N
Clearfield, UT 84015 Map

**(801) 525-0845**

Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Carpets

1656 142nd Ave
Dorr, MI 49323

**(616) 681-9000**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Cellular

140 E Van Buren
Eureka Springs, AR 72632 Map

**(870) 253-0066**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Christian Ministry

72 Pond St
South Yarmouth, MA 02664 Map

**(508) 394-2777**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Claims Inc-CSC

1908 Cliff Valley Way Ne
Atlanta, GA 30329 Map

**(404) 842-7100**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Claims Inc-cSC

3445 Peachtree Rd Ne
Atlanta, GA 30326 Map

**(404) 842-7100**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options

---

## Common Sense Coin & Currency

113 Main St
Lykens, PA 17048 Map

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

**(717) 453-9359**

More Options 

---

## Common Sense Communications

255 W End Ave
New York, NY 10023 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(212) 579-5798**

More Options 

---

## Common Sense Computer

Serving Your Area

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(760) 591-3436**

More Options 

---

## Common Sense Computer

912 Ernest Kesler Rd
Baxley, GA 31513 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(912) 367-5657**

More Options 

---

## Common Sense Computers

625 Fairview Dr Ste 113
Carson City, NV 89701 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(775) 882-1110**

More Options 

---

## Common Sense Computing

229 Hampton Rd
Pomfret Center, CT 06259 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(860) 974-1383**

More Options 

---

## Common Sense Computing

6044 N Reynolds Rd
Lake Ann, MI 49650 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(231) 275-1113**

More Options 

Visit Web Site

**More Info**

---

## Common Sense Computing

10545 Sw Windsor Pl

★ ★ ★ ★ ★
Review This Business!

Portland, OR 97223 Map

**(503) 670-0112**

Visit Web Site

More Info

## Common Sense Computing & Security

6044 N Reynolds Rd
Lake Ann, MI 49650 Map

**(231) 943-8476**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info

## Common Sense Consignment

Airport Rd
Wadena, MN 56482

**(218) 631-1430**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

## Common Sense Consulting

12897 N Tucson Ave
Mount Lemmon, AZ 85619 Map

**(520) 576-1632**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

## Common Sense Consulting

47 Griswold St
Glastonbury, CT 06033 Map

**(860) 657-9522**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

## Common Sense Controls

92 Portsmouth Ave
Exeter, NH 03833 Map

**(603) 772-4480**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

## Common Sense Controls

4 Wilder Dr
Plaistow, NH 03865 Map

**(603) 378-3530**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options

# YELLOWPAGES.COM



★ ★ ★ ★ ★
**NEW YEAR!**
**NEW CHANCE TO WIN!**

**AT&T GIFT CARDS VALUED UP TO**
$**200**

**AND A GRAND PRIZE (**
$**50,000**

Home > Nationwide > Name Search - common sense

We found **198 businesses** for "common sense" **nationwide**.

See 157 businesses with "common sense" in their **business information**.

---

### Common Sense Copiers & Equip.

112 Mckinley Ave
Edwardsville, IL 62025 Map

**(618) 656-4848**

More Info

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

### Common Sense Copiers & Equip. Co.

8850 Sterling Pl
Caseyville, IL 62232

**(618) 656-4878**

More Info

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

### Common Sense Copiers & Equipment Co Edwardsville Tel No

8850 Sterling Pl
Caseyville, IL 62232 Map

**(618) 656-4878**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

---

### Common Sense Copiers & Equipment Company

400 Saint Louis St
Edwardsville, IL 62025 Map

**(618) 656-4848**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

---

### Common Sense Corp.

Serving Your Area

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

**(323) 654-2300**

More Options 

---

Common Sense Cotton Systems

Balmorhea, TX 79718

**(432) 375-2318**

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options 

---

Common Sense Cotton Systems

Saragosa, TX 79780

**(432) 375-2318**

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options 

---

Common Sense Counseling &
Assessment

1900 N Macarthur Blvd
Oklahoma City, OK 73127 Map

**(405) 601-1613**

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options

---

Common Sense Counseling Althea MA
LPC Schottman

6908 Jefferson Ave
Falls Church, VA 22042 Map

**(703) 536-8896**

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options

More Info: Products & Services

---

Common Sense Custom Homes
Incorporated

625 State Route 20
Winthrop, WA 98862

**(509) 996-2554**

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options

More Info

---

Common Sense Custom Homes
Incorporated

PO Box 159
Winthrop, WA 98862

★ ★ ★ ★ ★
Review This Business!
Rate it | Read Reviews

More Options

---

**(509) 996-2554**

More Info

---

## Common Sense Dental

14998 Cleveland St
Spring Lake, MI 49456 Map

**(616) 935-0711**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Dental Products

12261 Cleveland St Ste A
Nunica, MI 49448 Map

**(616) 837-1231**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Design

145 Keller St
Petaluma, CA 94952 Map

**(707) 762-4838**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Dog Training

1279 Todds Run Foster Rd
Williamsburg, OH 45176 Map

**(513) 724-2081**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Driving School

627 Cross St
Poynette, WI 53955 Map

**(608) 635-8513**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Engineered Products LLC

164 Pines Bridge Rd
Beacon Falls, CT 06403 Map

**(203) 888-8695**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

## Common Sense Environmental

50 Theresa St
South Dartmouth, MA 02748 Map

**(508) 991-3491**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        

**More Info:** Products & Services

---

## Common Sense Environmental

690 Elm St
South Dartmouth, MA 02748 Map

**(508) 726-0902**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        

---

## Common Sense Family Dentistry

315 Hilton Dr Ste 1
Saint George, UT 84770 Map

**(435) 628-5001**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        

**More Info:** Products & Services │ Payment Options

---

## Common Sense Fastener Tech Inc.

3391 W 200 S
Russiaville, IN 46979 Map

**(765) 453-4820**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        

More Info

---

## Common Sense Financial

1562 S Parker Rd
Denver, CO 80231 Map

**(303) 306-1059**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        

---

## Common Sense Financial & Estate Planning

4801 Sheryl St
Bossier City, LA 71111 Map

**(318) 747-4600**

★ ★ ★ ★ ★
Review This Business!
Rate it │ **Read Reviews**

More Options        ▶

More Info

---

Case 4:08-cv-00155-GW    Document 28    Filed 01/18/2008    Page 5 of 9

## Common Sense Financial Group

10560 Main St
Fairfax, VA 22030 Map

**(703) 691-1000**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Financial Inc

10577 Flemings Dr
Collierville, TN 38017 Map

**(901) 850-3482**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options

### RELATED BUSINESSES

**OfficeMax**



Serving Your Area
**(877) 633-4236**
More Info | Web Site

**Technology Integration Group**



Serving Your Area
**(800) 858-0549**
More Info | Web Site

**ICC - Formerly Inacomp Computer Centers**



6406 Odana Rd
Madison, WI 53719
**(608) 277-8000**
More Info | Web Site

**Innovative Network Solutions, LLC**



175 Cassia Way
Henderson, NV 89014

# YELLOWPAGES.COM



★ ★ ★ ★ ★
**NEW YEAR!**
**NEW CHANCE TO WIN!**

**AT&T GIFT CARDS VALUED UP TO** $200   **AND A GRAND PRIZE** $50,000

Home > Nationwide > Name Search - common sense

We found **198 businesses** for "common sense" **nationwide**.

See 157 businesses with "common sense" in their **business information**.

---

## Common Sense Internet Services

20356 Highway 80 E
Brooklet, GA 30415

**(912) 823-4446**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense Investing Roger Rawlings

1499 14 Rd
Loma, CO 81524 Map

**(970) 858-7471**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info

---

## Common Sense Investment Manage

15350 Sw Sequoia Pkwy
Portland, OR 97224 Map

**(503) 639-6551**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info

---

## Common Sense Investments

15987 Nelamere Rd
Cleveland, OH 44112 Map

**(216) 541-4901**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense Janitorial Supplies & Equipment

1772 Buerkle Cir
Saint Paul, MN 55110 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

---

Case 4:08-cv-00155-GW   Document 28   Filed 01/18/2008   Page 2 of 9

**(651) 770-6840**

More Options 

More Info

---

## Common Sense Kleaning

3021 44th Ave
Dacono, CO 80514

**(970) 576-0945**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

---

## Common Sense Kleaning

4219 W 14th Street Ln
Greeley, CO 80634 Map

**(970) 576-0945**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

---

## Common Sense Landscaping & Irrigation Systems

Sedona, AZ 86336

**(928) 282-8302**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

More Info:  Products & Services

---

## Common Sense Legal Counseling

109 College Ave
Somerville, MA 02144 Map

**(617) 628-1563**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

More Info

---

## Common Sense Mag.

PO Box 44822
Madison, WI 53744

**(608) 828-9300**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

---

## Common Sense Maintenance Inc.

Cary, IL 60013

**(847) 516-3171**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

## Common Sense Maintenance Incorporated

Oakwood Hills, IL 60013

**(847) 516-3171**

Review This Business!
Rate it  **Read Reviews**
More Options  

---

## Common Sense Management Consulting Company

1825 Market Center Blvd
Dallas, TX 75207 Map

**(214) 749-7029**

Review This Business!
Rate it  **Read Reviews**
More Options  

---

## Common Sense Market

1136 Manitou Ave
Manitou Springs, CO 80829 Map

**(719) 685-1314**

Review This Business!
Rate it  **Read Reviews**
More Options  

---

## Common Sense Marketing

4673 W 20th St Suite D
Greeley, CO 80634 Map

**(970) 213-7765**

Review This Business!
Rate it  **Read Reviews**
More Options  

---

## Common Sense Marketing

9 Central St
Sunapee, NH 03782 Map

**(603) 763-2441**

More Info

Review This Business!
Rate it  **Read Reviews**
More Options  

---

## Common Sense Media

Los Angeles, CA 90086

**(310) 476-3301**

Review This Business!
Rate it  **Read Reviews**
More Options

---

## Common Sense Media

1550 Bryant St Ste 550
San Francisco, CA 94103 Map

Review This Business!
Rate it  **Read Reviews**
More Options

common sense in the United States - YELLOWPAGES.COM
Case 4:08-cv-00185-CW    Document 12-3    Filed 01/18/2008    Page 19 of 28
Page 4 of 9

(415) 863-0600

---

## Common Sense Mediation

7635 Tripp Ave
Skokie, IL 60076 Map

**(847) 675-6400**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

---

## Common Sense Medicine

812 W 8th St
Plainview, TX 79072 Map

**(806) 291-0700**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

---

## Common Sense Ministries

Boulder, CO 80301

**(303) 499-9965**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

**More Info:**  Hours of Operation

---

## Common Sense Money

5500 Main St
Buffalo, NY 14221 Map

**(716) 634-1450**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

---

## Common Sense Mortgage

Phoenix, AZ 85001

**(602) 443-3020**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

---

## Common Sense Mortgage

10617 N Hayden Rd
Scottsdale, AZ 85260 Map

**(480) 214-1402**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options   

---

## Common Sense Mortgage

3900 Thomas Ave N
Minneapolis, MN 55412 Map

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

# YELLOWPAGES.COM



★ ★ ★ ★ ★
**NEW YEAR!**
**NEW CHANCE TO WIN!**

AT&T GIFT CARDS VALUED UP TO    AND A GRAND PRIZE (
**$200**                          **$50,000**

Home > Nationwide > **Name Search - common sense**

We found **198 businesses** for "common sense" **nationwide**.

See 157 businesses with "common sense" in their **business information**.

---

## Common Sense Safety

613 S Meridian Ave
Cozad, NE 69130 Map

**(308) 784-4760**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

---

## Common Sense Self Defense & Tai Chi Healing Arts

6835 White Fir Ln
Colorado Springs, CO 80908 Map

**(719) 495-7105**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info

---

## Common Sense Services

Saugatuck, MI 49453

**(616) 392-2242**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info:   Products & Services

---

## Common Sense Services

417 4th St
Centuria, WI 54824 Map

**(715) 646-9303**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options   

More Info:   Products & Services

---

## Common Sense Services for Seniors

724 19th Ave N
South Saint Paul, MN 55075 Map

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

**(651) 552-0288**

More Options

Visit Web Site

More Info:  Products & Services

---

## Common Sense Software

14458 Ventura Blvd
Sherman Oaks, CA 91423 Map

**(310) 473-2996**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options

---

## Common Sense Software

4417 Enterprise Dr
Bartonville, IL 61607 Map

**(309) 697-1341**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options

---

## Common Sense Software

Mapleton, IL 61547

**(309) 688-2990**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options

---

## Common Sense Software

Peoria, IL 61604

**(309) 688-2990**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

---

## Common Sense Software

237 Tramwy Dr
Stateline, NV 89449

**(775) 588-6074**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options

---

## Common Sense Software Peoria Tel No

Mapleton, IL 61547

**(309) 688-2990**

★ ★ ★ ★ ★
Review This Business!
Rate it   **Read Reviews**

More Options 

---

## Common Sense Solutions

21744 Devonshire St

★ ★ ★ ★ ★
Review This Business!

Chatsworth, CA 91311 Map

**(818) 718-1893**

Rate it    **Read Reviews**

More Options    

---

## Common Sense Solutions

109 S Washington St # 4
Moscow, ID 83843 Map

**(208) 882-5896**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Solutions

7650 S County Line Rd
Burr Ridge, IL 60527 Map

**(630) 379-0330**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Solutions

1510 Randolph St
Carrollton, TX 75006 Map

**(214) 483-3576**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Solutions

625 State Highway 20
Winthrop, WA 98862

**(509) 996-2554**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

---

## Common Sense Solutions Inc.

980 Park Center Dr Ste A
Vista, CA 92081 Map

**(760) 727-5970**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Solutions Inc.

1516 S Brentwood Blvd
Saint Louis, MO 63144 Map

**(314) 993-3026**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it    **Read Reviews**

More Options    

More Info

---

## Common Sense Solutions LLC

730 W Hampden Ave
Englewood, CO 80110 Map

**(303) 781-3727**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Specialty Cleaning

Ithaca, NY 14850

**(607) 280-1460**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Store

2243 Dorchester Ave
Dorchester Center, MA 02124 Map

**(617) 298-5717**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Systems

18915 142nd Ave Ne Ste 145
Woodinville, WA 98072 Map

**(425) 806-8744**

Visit Web Site

More Info

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Tax Prep

302 Fernwood Dr
Severna Park, MD 21146 Map

**(410) 544-1500**

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Tax Prep

877 Baltimore Annapolis Blvd
Severna Park, MD 21146 Map

**(410) 544-1500**

More Info:  Products & Services

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

---

## Common Sense Technologies Llc

800 Fairfax Rd
Upper Darby, PA 19082

★ ★ ★ ★ ★
Review This Business!
Rate it  **Read Reviews**

More Options                        

**(610) 789-1600**

## RELATED BUSINESSES

OfficeMax



Serving Your Area
**(877) 633-4236**
More Info | Web Site

Technology Integration
Group



Serving Your Area
**(800) 858-0549**
More Info | Web Site

ICC - Formerly Inacomp
Computer Centers



6406 Odana Rd
Madison, WI 53719
**(608) 277-8000**
More Info | Web Site

Innovative Network
Solutions, LLC



175 Cassia Way
Henderson, NV 89014
**(702) 997-9412**
More Info | Web Site

Providence Computers



1421 Kempsville Rd Ste B
Chesapeake, VA 23320
**(757) 382-7768**

# YELLOWPAGES.COM

★ ★ ★ ★ ★
## NEW YEAR!
## NEW CHANCE TO WIN!

AT&T GIFT CARDS VALUED UP TO
$200

AND A GRAND PRIZE (
$50,000

Home > Nationwide > **Name Search - common sense**
We found **198 businesses** for "common sense" **nationwide**.

---

## Common Sense Telecom Consultant

580 Sweetbay Way
Hershey, PA 17033 Map

**(717) 534-0748**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it **Read Reviews**

More Options 

---

## Common Sense Termite & Pest Control

6905 Corona Dr
North Richland Hills, TX 76180 Map

**(817) 268-3100**

More Info

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it **Read Reviews**

More Options 

---

## Common Sense Too of Colorado

Estes Park, CO 80511

**(970) 577-0375**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it **Read Reviews**

More Options 

---

## Common Sense Traders

46 Center St
Brewer, ME 04412 Map

**(207) 989-4400**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it **Read Reviews**

More Options 

---

## Common Sense Ventures

Spanish Springs, NV 89436

**(775) 425-6685**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it **Read Reviews**

More Options 

---

## Common Sense Wellness

12940 Harriet Ave S
Burnsville, MN 55337 Map

**(952) 746-4888**

Review This Business!
Rate it  **Read Reviews**

More Options

## Common Sense Wellness Incorporated

12940 Prosperity Ave
Becker, MN 55308 Map

**(763) 261-2980**

Visit Web Site

More Info

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it  **Read Reviews**

More Options

## Common Sense Wholesome Food Market

53 Main St
Plymouth, MA 02360 Map

**(508) 732-0427**

Visit Web Site

More Info

★ ★ ★ ★ ☆
Based on 2 reviews.
Rate it  Read Reviews

More Options

## Common Sense With Money

Brentwood, MD 20722

**(301) 277-5606**

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it  **Read Reviews**

More Options

## Common Sense Yogurt Shop

141 Tremont St
Boston, MA 02111 Map

**(617) 338-8191**

More Info

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it  **Read Reviews**

More Options

## Common-Sense AG Service

103 E Lincoln Ave
Fall Creek, WI 54742 Map

**(715) 877-2333**

More Info:  Brands

☆ ☆ ☆ ☆ ☆
Review This Business!
Rate it  **Read Reviews**

More Options 

## Construction Common Sense

1502 Pinecrest Dr
Dickinson, TX 77539 Map

**(281) 534-0950**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options

---

## EDS Common Sense Motors

1427 N Division St
Spokane, WA 99202 Map

**(509) 327-5122**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options

Visit Web Site

More Info

---

## Institute of Common Sense

14209 Inglewood Ave
Hawthorne, CA 90250 Map

**(310) 679-1786**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options 

More Info

---

## Simply Common Sense

2520 E Hennepin Ave
Minneapolis, MN 55413 Map

**(612) 746-5055**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options 

---

## Uncocommon Common Sense

Long Beach, NY 11561

**(516) 431-8588**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options 

---

## Altamira Design & Common Sense

591 N Highland Ave Ne
Atlanta, GA 30307 Map

**(404) 688-4454**

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

More Options

---

## Americans for Common Sense

805 15th St Nw
Washington, DC 20005 Map

⋆ ⋆ ⋆ ⋆ ⋆
Review This Business!
Rate it | **Read Reviews**

**(202) 312-7426**

Visit Web Site

More Info

---

## Taxpayers for Common Sense
651 Pennsylvania Ave Se
Washington, DC 20003 Map

**(202) 546-8500**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options          ▶

---

## Total Health Common Sense Medicine
505 Poplar St
Meadville, PA 16335 Map

**(814) 337-1385**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options          ▶

More Info

---

## A to Z Common-Sense Legal Counsel
Serving Your Area

**(510) 527-4337**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options          ▶

More Info

---

## Charles Olson Dba Common Sense Magazine
Middleton, WI 53562

**(608) 828-9300**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options          ▶

---

## Marilyn J Giles Dba Christ and Common Sense
Serving Your Area

**(214) 275-4035**

★ ★ ★ ★ ★
Review This Business!
Rate it    **Read Reviews**

More Options          ▶

### RELATED BUSINESSES

OfficeMax