JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

DEAN J. ZIPSER (CS SBN 94680)
DZipser@mofo.com
CAROLE E. REAGAN (CA SBN 162674)
CReagan@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

Attorneys for Plaintiff
COMMON SENSE MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>Defendant. | Case No.   C08-00155-CW<br><br>**DECLARATION OF ROBERT WEHLING IN SUPPORT OF COMMON SENSE MEDIA, INC.'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge:   Honorable Claudia Wilken |

DECL. OF R. WEHLING ISO COMMON SENSE APPLICATION FOR TRO
NO. C08-00155-CW
sf- 2454310

1       I, Robert Wehling, declare as follows,

2       1.      I serve on a volunteer basis as the Chair of the Board of Directors of Common Sense Media, Inc. ("Common Sense Media"). I have held this position since fall 2006. I have personal knowledge of the facts stated herein and if called as a witness could and would testify as set forth herein.

3       2.      I have reviewed the Declaration of Nathan Estruth submitted in support of Common Sense Issues, Inc.'s opposition to Common Sense Media's ex parte application for a temporary restraining order. I recall having a conversation with Mr. Estruth, whom I consider a friend, sometime in spring 2007. During that conversation, Mr. Estruth mentioned that an organization in which he was going to be involved used the phrase "Common Sense." I specifically do not recall anything being said about the partisan mission of the organization, its partisan nature, or its intended activities.

4       3.      Mr. Estruth's statement about his involvement with an organization that also used the phrase "Common Sense" was nothing more than a passing comment during a conversation on a different topic. Because Mr. Estruth's statement was only a passing comment, I did not ask Mr. Estruth for additional information about his organization. I had no reason to be interested in Mr. Estruth's organization at all as I did not expect that its work would affect or be related to the work of Common Sense Media.

5       4.      I do not recall making the comments attributed to me in Mr. Estruth's declaration, namely, noting the irony that both Mr. Estruth and I were involved in organizations that used the name Common Sense. Until I read Mr. Estruth's declaration, I did not connect him or our brief conversation with Common Sense Issues. In fact, I was quite surprised to learn that the organization in which Mr. Estruth was involved was Common Sense Issues. As a result, I never had any reason to complain to Mr. Estruth about Common Sense Issue's infringement of Common Sense Media's trademark rights.

6       5.      As the Chair of the Board of Common Sense Media I do not play an active role in the day-to-day activities of the organization; since the time Nathan and I met, I have attended only two board meetings. Common Sense Media's trademark rights were not discussed at any of

1  the Board meetings I have attended.  Moreover, prior to the decision to file this action and to stop

2  Common Sense Issues from using the "Common Sense Issues" name in public media, there has

3  been no other occasion on which I discussed Common Sense Media's trademark rights with

4  anyone, at Common Sense Media or elsewhere.

5      6.   Given the limited nature of my discussion with Mr. Estruth, I never saw any

6  reason to mention it to anyone else at Common Sense Media and I never did.  In fact, I had

7  forgotten all about the discussion until I read Mr. Estruth's declaration.

8      I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing information is true and correct and that this Declaration was executed in Augusta,

10 Kentucky, on this 22nd day of January, 2008.

           /s/ Robert Wehling
           Robert Wehling

### ECF CERTIFICATION

I hereby attest that I have on file the holograph signature for the signature indicated by a "confirmed" signature within this efiled document.

           /s/ Jennifer Lee Taylor
           Jennifer Lee Taylor

DECL. OF R. WEHLING ISO COMMON SENSE APPLICATION FOR TRO
NO. C08-00155-CW
sf-2454310                                                                                     2