JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

DEAN J. ZIPSER (CA SBN 94680)
DZipser@mofo.com
CAROLE E. REAGAN (CA SBN 162674)
CReagan@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Blvd.
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

Attorneys for Plaintiff
COMMON SENSE MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No.　C08-00155-CW<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER LEE TAYLOR IN FURTHER SUPPORT OF PLAINTIFF COMMON SENSE MEDIA, INC.'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: Honorable Claudia Wilken |

Supp. Taylor Decl. ISO Plaintiff Common Sense Media's Application for TRO
Case No. C08-00155-CW
oc-337609

1

I, JENNIFER LEE TAYLOR, declare as follows:

I am an attorney duly licensed to practice law in the State of California.  I am a partner at the law firm of Morrison & Foerster LLP, counsel for Plaintiff Common Sense Media, Inc. ("Common Sense Media") in the above-entitled matter.  I make this Supplemental Declaration in connection with the Common Sense Media's Ex Parte Application for a Temporary Restraining Order against Defendant Common Sense Issues, Inc. ("CSI").  I have personal knowledge of the facts herein and, if called as a witness, could testify competently thereto.

1.    Attached hereto as Exhibit A is a true and correct copy of an online version of December 4, 2007 *New York Times* article entitled "Huckabee Repudiates Group's Effort."

2.    Attached hereto as Exhibit B is a true and correct copy of an online version of December 5, 2007 *Washington Post* article entitled "Nonprofits Become A Force in Primaries."

3.    Attached hereto as Exhibit C is a true and correct copy of an online version of December 19, 2007 *Wall Street Journal* article entitled "Interest Groups Gain In Election Cash Quest—Analysis Shows Giving To Parties Has Dipped: Beyond 'Swift Boating.'"

4.    Attached hereto as Exhibit D is a true and correct copy of an online version of December 19, 2007 *Associated Press* article entitled "McCain Seeks Probe of Negative Calls."

5.    Attached hereto as Exhibit E is a true and correct copy of a December 29, 2007 *Washington Post* article entitled "On Upswing, Huckabee Attracts Funds, Backers; But the Volume Makes Vetting More Difficult."

6.    Attached hereto as Exhibit F is a true and correct copy of an online version of a January 7, 2008 *USA Today* article entitled "Outside Groups Out In Force For Their Picks; Independent Activities Can Alter Course of Tight Race."

7.    Attached hereto as Exhibit G is an online version of a January 9, 2008 *Newsweek* article entitled "Look Who's Calling: Does Huckabee Campaign Have a Hand in Sketchy 'Push-Polls'?"

8.    Attached hereto as Exhibit H is an online version of a January 12, 2008 *Newsweek* article entitled "The Dirty War Moves South."

Supp. Taylor Decl. ISO Plaintiff Common Sense Media's Application for TRO
Case No. C08-00155-CW
oc-337609

2

9.  Attached hereto as Exhibit I is an online version of a January 17, 2008 article from *GreenvilleOnline.com* entitled "Huckabee Camp Accused of Push Polling."

10.  Attached hereto as Exhibit J is an online version of a January 17, 2008 *New York Times* article entitled "McCain Parries a Reprise of '00 Smear Tactics."

11.  Attached hereto as Exhibit K  is a true and correct copy of an online version of a January 17, 2008 *Los Angeles Times* article entitled "Campaign '08: 'Truth Squad' In Action; McCain Camp Is On Offensive in S.C.; A "Truth Squad" Aims to Blunt Any Political Dirty Tricks Like the Smears in 2000.  Critics Say He's Too Aggressive."

12.  Attached hereto as Exhibit L is a true and correct copy of an online version of a January 18, 2008 *Denver Post* article entitled "S.C. Primary Down and Dirty: Closely Bunched GOP Candidates Have Had Little Time to Campaign."

13.  Attached hereto as Exhibit M is a true and correct copy of an online version of a January 18, 2008 *Miami Herald* article entitled "Dirty Tricks Erupt in S.C. GOP Race."

14.  Attached hereto as Exhibit N is a true and correct copy of an online version of a January 22, 2008 *Washington Post* article entitled "Who Are the Huckabundlers?; Mike Huckabee Isn't Telling Who's Helping Underwrite His Campaign."

15.  Attached hereto as Exhibit O are true and correct copies of printouts from the United States Patent and Trademark Office relating to three trademark registrations for the marks COMMON SENSE FOR UNCOMMON LOANS, COMMON SENSE HEAT & HOT WATER TECHNOLOGY, and COMMON SENSE CARPET CARE.

16.  On January 15, 2008, after Common Sense Media's Application for a Temporary Restraining Order was filed, the undersigned received a telephone call from Sheila Cahill, the Court's clerk, inquiring as to whether the parties had agreed to a briefing schedule for the Application.  I told Ms. Cahill that although we had provided CSI's counsel, Norm Rich, with copies of all of the documents filed in the action, we had not discussed a briefing schedule.  I provided Ms. Cahill with Mr. Rich's telephone number and she indicated that she would telephone him the following morning as it was already late on the East Coast.

17.    Later that evening, I received an e-mail message from Mr. Rich proposing that his firm would agree to accept service of the TRO papers on behalf of CSI if Common Sense Media agreed to allow CSI until today, January 22, 2008, to file its opposition brief.  I telephoned Mr. Rich early the following morning and informed him about the call from Ms. Cahill the previous day.  I also told him that we had already served the TRO papers on CSI's registered agent for service of process.  In addition, I told him that while it is customary for judges in the Northern District of California to delay issuing decisions on applications for temporary restraining orders for a few days to allow the defending party an opportunity to file an opposition, I had never heard of a defendant having a full week to oppose an application for a temporary restraining order.

18.    Mr. Rich then proposed that his client would file its opposition by Friday, January 18, 2008.  I told him that was acceptable to our client and that our client would file any reply brief by Tuesday, January 22, 2008.  Mr. Rich later confirmed by e-mail that he had left a message with Ms. Cahill to this effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this Declaration was executed in San Francisco, California, on this 22nd day of January, 2008.

_____
/s/ Jennifer Lee Taylor
Jennifer Lee Taylor

# EXHIBIT A

LexisNexis   Total Research System

Switch Client ┊ Preferences ┊ Sign Off ┊ [?] Help

Search ┊ Research Tasks ┊ Get a Document ┊ Shepard's® ┊ Alerts ┊ Total Litigator ┊ Counsel Selector ┊ Dossier ┊ His

Source: News & Business > Individual Publications > N > The New York Times ⓘ
Terms: common sense issues  (Edit Search | Suggest Terms for My Search)

✔ Select for FOCUS™ or Delivery
☐

*Huckabee Repudiates Group's Effort The New York Times December 4, 2007 Tuesday*

Copyright 2007 The New York Times Company
The New York Times

December 4, 2007 Tuesday
Late Edition - Final

**SECTION:** Section A; Column 0; National Desk; Pg. 32

**LENGTH:** 350 words

**HEADLINE:** Huckabee Repudiates Group's Effort

**BYLINE:** By THE NEW YORK TIMES

**BODY:**

Mike Huckabee, the Republican presidential candidate, distanced his campaign yesterday from an independent group's efforts to promote his candidacy through calls to the homes of caucusgoers in Iowa and through mailings.

"It's not on behalf of my campaign," Mr. Huckabee said at a campaign stop in Iowa. "I don't know who is behind it. We've asked them to stop. I don't think it's helping us. In fact, it's hurting us, and it's not part of our campaign. We have publicly repudiated the tactics because they do not represent our kind of campaigning."

The effort is the latest example of a private group's using its resources to try to influence the presidential contest, and some rival campaigns have said the calls are spreading negative information about their candidates.

The group behind the effort to promote Mr. Huckabee is **Common Sense Issues** Inc., whose executive director, Patrick Davis, told The Associated Press that the calls were "personalized educational artificial intelligence." Such efforts are exempt from campaign finance restrictions, with laxer restrictions on their donors. The campaign of Senator Barack Obama, for one, has actively discouraged similar groups from operating on his behalf.

Mr. Huckabee addressed the issue while on the campaign trail in Iowa, where polls show him now in the lead in a fluid Republican field and beating Mitt Romney, who had been leading the polls for months. But Mr. Huckabee remains far behind Mr. Romney in fund-raising.

The Romney campaign sharply criticized the private efforts on behalf of Mr. Huckabee.

"It is particularly offensive that a Mike Huckabee advocacy group would resort to a shadow effort using large sums of unregulated soft money to attack candidates by name with these

reprehensible calls," said Matt Rhoades, a spokesman for the Romney campaign. "Governor Huckabee cannot just stand by and feign outrage as these coordinated attacks are made in his name and for his benefit."

Mr. Davis, a political consultant, told The A.P. that his group was placing calls supporting Mr. Huckabee in other states, as well.

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTO: Mike Huckabee speaking yesterday in Des Moines.(PHOTOGRAPH BY YANA PASKOVA/GETTY IMAGES)

**LOAD-DATE:** December 4, 2007

Source: News & Business > Individual Publications > N > **The New York Times** [i]
Terms: **common sense issues**  (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 12:54 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

 **LexisNexis®**

About LexisNexis  | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT B

# washingtonpost.com

# Nonprofits Become A Force in Primaries

Use for Donations Is Under Scrutiny

By John Solomon and Matthew Mosk
Washington Post Staff Writers
Wednesday, December 5, 2007; A01

Advertisement

Maui   Air Hotel 5 Nights from   $700

Costa Rica   11 Day Tour from   $1799

Italy   from   $599

SAVE NOW! ▸

Budget Travel

Nonprofit groups created to educate the public and lobby on issues have started inserting themselves into the presidential primaries, adding an unexpected wild card to wide-open elections in both parties.

The groups provide a new avenue for routing millions of dollars into an election cycle already awash with spending by traditional political organizations. The nonprofits are competing with the campaigns for voter attention, especially in early-voting states such as Iowa and New Hampshire, and their advertising, phone calls and mailings could help diffuse the candidates' own messages.

The nonprofits enjoy advantages over traditional political groups because there is no limit to who can give or the size of the donations, and no requirement to publicly disclose the contributors.

After months of quiet planning, the groups' activities are starting to surface in the primary states:

Friends of the Earth Action, a nonprofit that supports former senator John Edwards (D-N.C.), runs radio ads praising his environmental record and asking why Sen. Hillary Rodham Clinton (D-N.Y.) had not taken a stand on a global warming bill.

Americans for Fair Taxation, which wants to replace all federal taxes with a national sales tax, has spent $2.5 million so far. The group bought 400 tickets to Iowa's Republican straw poll and bused in supporters who helped its favorite candidate, Mike Huckabee. The former Arkansas governor finished a surprising second.

And NumbersUSA is mobilizing its 1.5 million members to make calls and send e-mails to pressure the candidates to end illegal immigration. The group is keeping a scorecard on the presidential candidates, finding former senator Fred D. Thompson (Tenn.) rapidly improving and Sen. John McCain (Ariz.) as "dead last" among the Republicans, its leader said.

"For us, it is all about the presidential campaign, the rest of December and January," said Roy Beck, executive director of the decade-old NumbersUSA, whose primary target on immigration issues has been Congress. "We don't want anyone casting a ballot who really cares about immigration to do it without knowing where the candidates stand."

The nonprofit groups, known by the designation 501(c)(4) because of the tax code section that applies to them, have been around for decades. They have long been a force influencing Congress and state legislatures. Conservatives have extensively used them over the past decade to help gain support during debates over legislation.

This year, these nonprofits have already started to encroach on turf that has been dominated by political parties, political action committees and, in the past few elections, by independent political groups created under section 527 of the IRS code. The latter groups spent $685 million in 2004 trying to influence voters with everything from antiwar messages against President Bush to ads sponsored by a group of Swift Boat veterans that questioned the heroism of Democratic presidential nominee John F. Kerry.

The 501(c)(4) groups pay no taxes on the donations they collect, but -- unlike charities -- their donors do not get a tax deduction. They are allowed to make political endorsements and engage in other political activities as long as political action is not their primary purpose.

"You can do many of the same things you can with a 527 while also shielding your donors, and that is very attractive to the organizers and their backers," explained Michael E. Toner, a Federal Election Commission chairman who retired earlier this year and now serves as Thompson's presidential campaign counsel.

Toner said the groups began raising money more than a year ago for activities in the primaries and are now poised to be a "major theater" for outside political activity throughout next year.

"I think part of it is you got an open-seat election and you have very competitive races in both parties," he said.

They will need to proceed with caution, according to federal regulators. Lois G. Lerner, who monitors nonprofits for the Internal Revenue Service, said she is "sensitive" to the possibility that people bent on influencing the outcome of an election might try to shroud their spending by forming a nonprofit.

"We're well aware that these groups may be used more in this campaign," Lerner said. "We are on the lookout, and we are prepared to look into allegations if things are being done improperly."

Federal election regulators are closely watching the activities of independent groups because of their ability to raise unlimited amounts of money, including from corporations and labor unions. If the FEC determines that the groups should be designated as political committees, they can accept no more than $2,300 from any individual.

If nonprofits put up an advertisement that expressly urges viewers to vote for or against a candidate -- or solicits donations for that purpose -- the FEC will intervene, said Robert D. Lenhard, the commission's chairman.

"We will look at what they say in their ads, and what they say in their solicitations," Lenhard said. "To the degree that influencing elections is their major purpose, they will need to register as a political committee."

Campaign activity by these nonprofits only adds to the cacophony already put out by traditional political groups. One 527 group, the conservative Club for Growth, plans to make a six-figure television-advertising buy in Iowa this week with a commercial that concludes with the line: "Call Mike Huckabee. Ask why he supported all those taxes."

Emily's List, a longstanding PAC, has spent more than $100,000 on polling, a special Web site and staff to encourage caucus-goers to support Clinton in Iowa. "That's just the beginning," said Ramona Oliver, the group's communications director. "It's going to be a significant investment."

Nonprofits Become A Force in Primaries

The impact of 501(c)(4) groups is already on display in Iowa and New Hampshire.

Common Sense Issues Inc. became the latest to jump into the fray, launching a major phone and Internet operation last weekend designed to identify potential Huckabee supporters and to get them to the Trust Huckabee Web site ( http://www.trusthuckabee.com), where they can register to become "precinct captains" for the Iowa caucuses. In an e-mail, the group said its goal is to identify and educate Huckabee supporters "on the importance of the caucuses and show them how to win their respective caucuses for Governor Huckabee."

The computerized calls rankled recipients who support other candidates. The calls contained negative information on some GOP rivals of Huckabee, such as noting that former New York mayor Rudolph W. Giuliani backs abortion rights, and positive information on Huckabee, recipients said. "It all kept coming back to, 'Would you like to know more about Huckabee?' " said Phil Corr, an evangelical pastor in Charles City, Iowa, who supports former Massachusetts governor Mitt Romney.

Huckabee this week distanced himself from the effort. Romney's campaign asked the Iowa attorney general yesterday to investigate the calls.

Common Sense Issues was created earlier this year, according to IRS records, by Harold "Zeke" Swift, who was recently listed as a co-host of a fundraiser for Huckabee held late last month in Ohio.

Patrick Davis, the executive director of Common Sense Issues, described the calls as educational "artificial-intelligence" efforts and said they are being made nationally.

The precinct-captain organization it is building for Huckabee, he said, will be kept entirely separate from his presidential campaign. The group is also involving itself in a Senate race in Colorado. Davis said the group has decided to file with the FEC reports that identify its election activities as regulated independent expenditures, with the first one listing about $40,000 in expenses.

On the Democratic side, Friends of the Earth Action endorsed Edwards earlier this fall. Then the nonprofit sprang into action. In October, the group aired a 60-second radio ad in New Hampshire that highlighted its endorsement, saying that Edwards has the "courage to lead on global warming."

Last month, the group aired radio ads in Iowa noting that Edwards has taken a "courageous stand" in opposing Senate legislation on global warming that it said is a "breathtaking giveaway to corporate polluters." The ads asked why Clinton has not done the same. "Call Senator Clinton and tell her we've had enough of corporate polluters and billion-dollar giveaways," the ad said.

This week, Clinton sponsored two amendments to the legislation. They address the environmentalists' concerns.

The environmental group, like most nonprofits, had been quieter in previous primaries. The group endorsed former senator Bill Bradley (D-N.J.) in 2000, but it ran no ads. In 2004, it stayed on the sidelines during the primaries.

Americans for Fair Taxation, which was formed more than a decade ago by several Houston businessmen, has spent about $2.5 million on what it calls its "early-primary strategy." It has sought to mobilize voters in the early-voting states of Iowa, New Hampshire and South Carolina, as well as in Florida, a Feb. 5 Super Tuesday state.

The group's strategy resembles a candidate's playbook: postcards, humorous issue ads featuring a

Nonprofits Become A Force in Primaries

jackalope and a hospitality suite at one of Iowa's earliest showcases for GOP candidates, the Lincoln Day dinner in April, that offered free liquor and "Fair Tax" stickers.

Fair Tax organizers used talk radio to pitch their plan and scheduled a bus tour to more than two dozen Iowa cities. Huckabee made the group's tax plan a key part of his campaign message. Other Republicans endorsed the plan but have not campaigned on it.

The group's biggest coup came in August when it filled 10 rented buses, mostly with Huckabee supporters, and purchased 400 tickets for the Iowa Republican straw poll, the first symbolic vote of the 2008 race. Huckabee's second-place finish started his rise in the polls.

"Basically, we said, 'If you'd like to go to the straw poll, we'll buy your ticket and feed you funnel cakes all day,' " said Fair Tax spokesman Ken Hoagland.

The Fair Tax group has at least one close tie to Huckabee. The nonprofit's chief operating officer, David C. Polyansky, departed last month to take a senior job in Huckabee's presidential campaign.

The group has kept up its high-profile presence, buying all the tickets to a minor league baseball game in Clinton, Iowa, and giving them away to people who would listen to a five-minute pitch on its tax plan. During the pitch, the group spelled out where each presidential candidate stood on the plan.

The organization acknowledges that it is targeting the presidential primaries. "It is very hard to get any attention or coverage on an alternative tax system," Hoagland said. "Once you have an effect on the political process, then you are having an impact on maybe getting something done."

View all comments that have been posted about this article.

**Post a Comment**

View all comments that have been posted about this article.

You must be logged in to leave a comment. Login | Register



| Submit |

Comments that include profanity or personal attacks or other inappropriate comments or material will be removed from the site. Additionally, entries that are unsigned or contain "signatures" by someone other than the actual author will be removed. Finally, we will take steps to block users who violate any of our posting standards, terms of use or privacy policies or any other policies governing this site. Please review the full rules governing commentaries and discussions. You are fully responsible for the content that you post.

© 2007 The Washington Post Company

Ads by Google

Mike Huckabee in 2008
Faith. Family. Freedom. Conservatives are choosing Huckabee

# EXHIBIT C

1 of 4 DOCUMENTS

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved

factiva.

(Copyright (c) 2007, Dow Jones & Company, Inc.)

# THE WALL STREET JOURNAL

The Wall Street Journal

December 19, 2007 Wednesday

**SECTION:** Pg. A1

**LENGTH:** 2384 words

**HEADLINE:** Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped; Beyond 'Swift Boating'

**BYLINE:** By Brody Mullins

**BODY:**

WASHINGTON -- One of the defining features of the 2004 presidential campaign was the devastating attack on Sen. John Kerry by an obscure group called the Swift Boat Veterans for Truth. In the years since, such independent political groups have only grown stronger, and they are poised to play an even bigger role in the 2008 elections.

Political groups unaffiliated with the two major parties account for an increasingly large share of spending on federal campaigns -- 19% of the total in 2006, up from just 7% in 2000, according to an analysis of campaign-finance data by The Wall Street Journal. They now are homing in on crucial campaign activities once dominated by the parties, such as buying ads and getting out the vote.

In Iowa, independent groups are whipsawing voters with a range of conflicting messages. An organization called Common Sense Issues has funded automated phone calls backing former Arkansas Gov. Mike Huckabee and criticizing his chief Republican rivals. The Club for Growth, an antitax group, is working to defeat Mr. Huckabee with attack ads.

On the Democratic side, an organization called the American Federation of Teachers AFL-CIO Committee on Political Education has spent $250,000 on radio ads in Iowa backing Sen. Hillary Clinton. An environmental group called Friends of Earth Action is running ads against Sen. Clinton.

Over the past four years, the national Democratic and Republican parties have raised and spent less on elections than during the prior four years, when adjusted for inflation. At the same time, independent political groups have more than doubled their spending, and have begun to rival the parties as an election-season financial force, the Journal's data analysis shows.

The shift, largely the result of campaign-finance laws intended to curtail big-money donations to parties, could further polarize the American political landscape. Because the Republican and Democratic parties aim to appeal to broad swaths of the electorate, they tend to be moderating forces in politics. That isn't true of the independent groups, which range from the Sierra Club and the U.S. Chamber of Commerce to fringe groups like Swift Boat Veterans for Truth, which disbanded after the 2004 election. They often pursue narrower agendas or causes further out on the political spectrum.

The nonprofit groups are financed by wealthy individuals, corporations, labor unions and other interest groups. Unlike the national parties, they face no limits on how much money they can take in from contributors. They often don't have to disclose their donors' names until months after an election -- if at all.

Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped;  Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

During the 2000 election cycle, such outside groups spent at least $260 million on presidential and congressional races, one-fifth as much as was spent by national political parties, according to the Journal analysis of campaign data provided by the Federal Election Commission and two nonpartisan organizations that track political spending. During the 2006 midterm elections, these outside groups spent about $600 million, almost two-thirds as much as was spent by the Republican and Democratic parties, the data indicate. Candidates themselves still account for the biggest piece of spending -- a bit less than half.

Overall, the amount of money poured into each two-year election cycle continues to climb. Data from the FEC and several groups that track campaign finance indicate that total spending during presidential-election cycles rose from $2.8 billion in 1995-96 to $3.6 billion in 1999-2000 to $4.8 billion in 2003-04. This year and next, it is expected to hit $6 billion, political strategists say.

Nonparty political organizations date back many years. The nation's founding fathers, in fact, considered it inevitable that outside political factions would attempt to influence the government.

The growing clout of such groups is an unintended consequence of a 2002 law intended to reduce the influence of money in politics. The Bipartisan Campaign Reform Act of 2002, championed by Arizona Republican Sen. John McCain, took aim at so-called soft-money donations to political parties. Soft money had become a major source of funding for both parties, which used the donations to support individual campaigns. The law barred the parties from accepting large contributions from wealthy individuals, corporations, labor unions and other interest groups.

The law elevated the importance of "bundlers" -- fund-raisers who gather contributions from friends, employees and family and pass them on in lump sums to political campaigns. Some bundlers had previously given soft money to national parties. The law also prompted donors to turn to political organizations not tied directly to the parties, many of them offshoots of established special-interest groups.

There are several distinct classes of independent political groups, each taking its name from the section of the Internal Revenue Service code under which it is organized. Most are known as 527 organizations. Although 527 groups are recognized as political, they are prohibited from explicitly calling for the election or the defeat of candidates. Consequently, they often promote or attack candidates without instructing people to vote for or against them.

Another class of independent groups is growing even faster — and is flying further under the radar. These groups are organized under section 501c of the tax code, which gives tax-exempt status to nonprofit groups. One category, called "social welfare," is governed by section 501(c)4. Those groups can urge people to vote for or against a candidate -- so long as campaigning isn't their primary purpose, and they don't accept money from corporations or labor unions. Labor groups are governed by section 501(c)5; business groups by section 501(c)6. These 501(c) organizations don't have to disclose their donors.

Data from two nonpartisan organizations that track campaign finance -- the Center for Public Integrity and the Center for Responsive Politics -- show that election-cycle spending by 527 organizations rose from $171 million in 2000 to $316 million in 2002 to $653 million in 2004. Spending dropped to $443 million for the 2006 midterm elections. Spending on midterm elections typically runs lower than on presidential elections.

The new groups are pulling in money that the major parties used to receive. Before the 2002 crackdown, financier George Soros donated more than $200,000 to the Democratic Party. Since then, he has given at least $20 million to the 527 organizations.  American Financial Group Inc. Chairman Carl Lindner previously donated more than $1.5 million in soft money to the Republican Party. In 2006, he gave about $500,000 to a 501(c)4 group called Common Sense Ohio, which sought to re-elect several Republican senators. In the last four years, Mr. Lindner has donated $3.6 million to outside groups backing Republican candidates, according to campaign-finance documents.

Because the IRS doesn't require 501(c) organizations to detail election spending or to list contributors, it's difficult to track their political activity. The Journal analyzed data on 30 separate 501(c) groups active in elections from 2000 to 2006, culled from a variety of sources. The data show that the 30 organizations spent at least $155 million on the 2006 elections, nearly twice what they spent in 2000.

The 501(c) organizations are likely to become even more important in the 2008 election. After the 2004 election, the FEC sought to crack down on 527 organizations that violate the IRS rule against calling for the election or the defeat of any candidate. Now, several large 527 groups are setting up 501(c)4 social-welfare organizations, which are allowed to back candidates explicitly.

Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped;  Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

Scott Reed, a Republican strategist, says that for political campaigns, using 501(c)4 organizations is "now the most effective way to go because donors are safe and don't need to be disclosed."

The Club for Growth, the antitax group, used to use a 527 structure for its election work. But the FEC fined it earlier this year for stepping over the line barring explicit voting recommendations. During the current election cycle, the group is shifting the work to a 501(c)4 unit, which carries fewer restrictions. The new structure will make the organization "bigger, better and more effective," said its president, Pat Toomey, in a letter to members. "We now have a significant new ability to run advertisements that directly call for the election or defeat of candidates." Another advantage, Mr. Toomey noted, is that "unlike the past, your donations to the Club will not be disclosed to the public."

The League of Conservation Voters, an environmental-advocacy group that was also fined by the FEC for its 527 spending, has made a similar move.

Another environmental group, Defenders of Wildlife, started a 501(c)4 organization before the 2006 election, partly to help wage a campaign to defeat California Republican Rep. Richard Pombo, then the chairman of the environment committee in the U.S. House. The group spent $2 million. Mr. Pombo lost the election. Rodger Schlickeisen, the group's president, says it plans to spend $5 million this election on campaigns against four candidates, including Rep. Don Young, the Alaska Republican who once was chairman of the same environment panel.

While independent groups have been building clout, the national political parties have been losing election-spending power. In 2002, the national parties raised $591 million in soft money, which funded about half of their budgets for that year's election cycle. (Figures used in this story have been adjusted for inflation.) Over the last four years, following the ban on soft money, the national parties have had about $200 million less to spend on campaigns, an 8% drop.

During the 2000 presidential election, the Republican and Democratic parties paid for 50% of advertising in the 70 largest cities, according to a study by the Wisconsin Advertising Project at the University of Wisconsin. In 2004, that figure fell to 17%. Outside groups accounted for 20% of the advertisements in the 2004 presidential campaign, double the amount of 2000, according to the project.

Democrats have led the charge toward using independent political organizations. Soon after the 2002 law took effect, several Democratic strategists, including Harold Ickes, a former top official with the Democratic Party, and Steve Rosenthal, who had run political operations for the AFL-CIO, met for dinner at BeDuCi's restaurant in Washington. They worried that the Republican Party would adjust better than the Democrats in 2004 to the loss of soft money because it controlled the White House, and because President Bush knew how to rake in campaign cash, Mr. Rosenthal recalls.

The Democrats decided to create and coordinate a set of 527 organizations, such as America Coming Together and the Media Fund, which would essentially act like a shadow Democratic Party. The Democratic strategists raised $200 million from wealthy liberals, trial lawyers, labor unions and other traditional backers of the Democratic Party, and spent it on the campaign, according to campaign finance records. The Democratic National Committee spent $390 million on the election, according to campaign records.

All told, since the campaign-finance law took effect, the 527 organizations that support Democratic candidates have spent nearly three times as much money on elections than those backing Republicans, according to the Campaign Finance Institute. One reason for the disparity is that corporations, once the largest source of soft-money donations to the Republican Party, haven't poured much money into 527s. Campaign-finance lawyers who advise 527 organizations say that corporations are concerned about getting involved with groups that run afoul of campaign-finance rules.

Democrats are expected to hold that lead during the 2008 cycle. Last month, two Democrats launched Fund for America, a 527 group that plans to raise at least $100 million to back the Democratic presidential nominee. Republicans say they are recruiting donors to match that amount.

Because they have their own agendas, outside organizations sometimes clash with one another, the national parties, even the candidates they support. Abortion-rights advocates say Democratic Party officials sometimes bristle when they fund political advertisements in support of candidates, because the ads focus attention on an issue that can alienate some voters. Naral Pro-Choice America plans to spend $10 million on the 2008 election cycle, double its budget for 2004. It hasn't yet endorsed any presidential candidate.

Interest Groups Gain In Election Cash Quest --- Analysis Shows Giving To Parties Has Dipped; Beyond 'Swift Boating' The Wall Street Journal December 19, 2007 Wednesday

Sen. Clinton has been both the beneficiary and the target of considerable spending by independent groups. Friends of the Earth Action, an environmental group backing former Sen. John Edwards, is attacking her for not taking a stand on a global-warming bill. Emily's List, an organization that backs Democratic candidates who are pro-choice, has spent nearly $300,000 so far to support her in Iowa.

On the Republican side, the antitax Club for Growth has clashed with the Republican Party several times. Last year, the group campaigned against Republican Sen. Lincoln Chafee of Rhode Island because he had voted against several tax cuts. Mr. Chafee won his primary anyway, but lost to a Democrat in the general election.

This year, the group has been attacking Mr. Huckabee for supporting tax increases as Arkansas governor. "Call Mike Huckabee," one ad instructs viewers. "Ask why he supported all those taxes."

Common Sense Issues Inc., the group backed by American Financial Group's Mr. Lindner in 2006, is funding automated phone calls to Iowa voters touting Mr. Huckabee and spreading negative information about his rivals.

Mr. Huckabee said the mudslinging approach of Common Sense Issues "violates the spirit of our campaign." Patrick Davis, a former Republican Party consultant who is managing the independent campaign, says that he hasn't spoken with Mr. Huckabee, "therefore we don't know what the spirit of his campaign is."

---

T.W. Farnam contributed to this article.



License this article from Dow Jones Reprint Service

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** December 19, 2007

# EXHIBIT D

 **Associated Press**

# McCain Seeks Probe of Negative Calls

**By PHILIP ELLIOTT -- Dec 19, 2007**

CONCORD, N.H. (AP) — Republican John McCain on Wednesday asked for an investigation of thousands of calls to Hampshire voters disparaging him and supporting rival Mike Huckabee.

In a letter to the New Hampshire attorney general, McCain's campaign accused a Colorado-based nonprofit organizat Common Sense Issues, of illegally conducting "push polling," which is asking questions intended to influence voters w pretending to take a poll.

"This push poll disparages John McCain while at the same time urging support for Governor Huckabee," McCain advis Douglas wrote. "We demand a full inquiry into these distressing and illegal calls."

Common Sense Issues responded that New Hampshire law doesn't apply to presidential primaries, only to other elect

"This law isn't applicable to us," said Patrick Davis, the group's executive director. "This is a headline-grabbing release surprised this is coming from the McCain campaign. ... This is pretty straightforward. They didn't read the law."

The state law regulating push polling says the caller must identify the candidate he is working for or against. Common Issues favors Huckabee but does not explicitly say so in the calls, which are similar to ones being made in Iowa, Sout Carolina and Florida.

Huckabee has said he has no connection with the calls and wants them to stop. "Anybody who's doing this probably n doing this for another campaign, not for mine, and trying to blame me for it," he said last weekend in New Hampshire.

Huckabee campaign manager Chip Saltsman had asked New Hampshire's secretary of state to investigate the calls o Monday and said they might lose Huckabee more votes than they win.

Common Sense Issues says it is not coordinating with Huckabee's or any other campaign.

A month ago, McCain asked the New Hampshire attorney general to investigate calls to voters that raised questions a Mitt Romney's Mormon faith but sounded favorable for McCain.

In the current round of calls, voters are asked if they know McCain was part of a group "that derailed the nominations conservative judicial nominees." The callers also ask voters if they know McCain limited the free-speech rights of anti-groups and pushed for campaign finance legislation.

Davis said all the questions are tailored for the Jan. 8 primary.

"We know what we're doing," he said.

McCain spokeswoman Jill Hazelbaker responded, "We are glad that Mr. Davis claims to know what he is doing, and w forward to hearing his explanation to the New Hampshire attorney general."

The 60-second calls, which started Friday in New Hampshire, say they are a "public opinion survey," according to reci voters say they plan to vote for McCain, the tone turns nasty. The last questions are favorable to Huckabee, the forme Arkansas governor. Before the campaign ends, Davis said, Common Sense Issues plans to call to more than 400,000 in the state.

Deputy Attorney General Bud Fitch on Wednesday agreed the push polling law specifically exempts primary campaig said it may well still apply to the anti-Mormon calls.

"Some of the information we receive is people are being asked who they are going to vote for for the office of presider don't vote for president in January; we vote for the nominee of our party who then runs for the office of president," he s

The callers in November said they were conducting a poll and asked voters if they knew Romney was a Mormon, that received military deferments when he served as a Mormon missionary in France, and that none of his five sons served military. Other questions reflected favorably on McCain.

Fitch said he hopes to complete the investigation before the Jan. 8 primary.

"This is a big deal for us," he said. "We are still working. Several people, that's all they're doing."

---

Hosted by **Google**         Copyright © 2008 The Associated Press. All rights reserved.

# EXHIBIT E

3 of 24 DOCUMENTS

Copyright 2007 The Washington Post
All Rights Reserved

# The Washington Post

# washingtonpost.com

The Washington Post

December 29, 2007 Saturday
Correction Appended
Suburban Edition

**SECTION:** A-SECTION; Pg. A03

**DISTRIBUTION:** Maryland

**LENGTH:** 1366 words

**HEADLINE:** On Upswing, Huckabee Attracts Funds, Backers;
But the Volume Makes Vetting More Difficult

**BYLINE:** Matthew Mosk; Washington Post Staff Writer

**BODY:**

Wealthy Texas financier Gene Phillips had thought about getting behind Republican Mike Huckabee's presidential bid for some time, but it was only after the former Arkansas governor surged in the polls that Phillips decided to open his wallet and his sprawling Dallas estate for a fundraiser.

"When I saw his numbers start to move, that impressed me," Phillips said. "Then his numbers went from single digits to double digits, and I got on the phone to his campaign and offered to help."

For most of the year, as Huckabee remained at the back of the Republican pack, his campaign struggled to raise money. Only a handful of big-dollar bundlers were aboard, and those were mostly from Arkansas. For a time, he had no finance director, relying instead on his daughter-in-law to organize fundraising.

All that changed as Huckabee climbed in the polls, overtaking Mitt Romney in Iowa and running even with Rudolph W. Giuliani nationally. Huckabee has raised $4,755,818 on the Internet since Oct. 1 -- double what he raised from all sources during the first nine months of 2007. He has a large new cast of big-dollar bundlers. And his efforts in Iowa and elsewhere are getting a major boost from independent groups that are able to raise unlimited amounts, often without disclosing the identities of their backers.

With the rush of money have come challenges and potential problems. Huckabee's aides have had little time to research the backgrounds of his new lineup of bundlers and have expressed frustration over the emergence of several outside groups that are now raising and spending money on his behalf.

On Upswing, Huckabee Attracts Funds, Backers; But the Volume Makes Vetting More Difficult The Washington Post
December 29, 2007 Saturday Correction Appended

Only after Huckabee pocketed $330,000 from Phillips's Dallas fundraiser on Dec. 18, for instance, did he learn from a local reporter that Phillips had been subject to $850,000 in fines from the Securities and Exchange Commission and had once faced a federal bribery indictment in a sweeping case alleging organized crime influence on Wall Street. Phillips was acquitted in the criminal case. Huckabee said he welcomed Phillips's support.

J. French Hill, Huckabee's finance chairman, and the chief executive of Delta Trust & Banking Corp. in Little Rock, acknowledged the difficulty of vetting the background of every new bundler. "Our campaign staff is trying to do that the best they can," Hill said. "Particularly as it relates to fundraisers who are assembling events in other cities, they have been briefed on rules and should be sensitive to their responsibility."

Even with his newfound resources, Huckabee will probably remain well behind Romney and Giuliani -- who between them raised $100 million between January and September -- when presidential candidates submit their fundraising totals to the Federal Election Commission on Monday. All three are expected to remain far behind the best-financed Democratic candidates, Sens. Hillary Rodham Clinton and Barack Obama, who are expected to add tens of millions to the more than $150 million raised between them so far.

Nonetheless, Huckabee should for the first time have enough money to contend with an onslaught of costly advertising and organizational challenges during the early primaries. Chip Saltsman, Huckabee's campaign manager, said he remains unconcerned about any financial imbalance heading into Feb. 5, when candidates must compete in huge, expensive media markets across the country.

"It's not how much money you raise; it's what you do with the money you do raise," Saltsman said. "There's a reason we're doing so well, and it has nothing to do with money."

One of Huckabee's new backers that has caused concerns is Common Sense Issues, an independent group that has been accused of financing push polls in Iowa, New Hampshire and Michigan. The group's Web site, TrustHuckabee.com, also suggests the organization is doing crucial leg work by getting precinct captains in place for the Iowa caucuses. The group has funded phone banks to call Huckabee supporters and has tried to recruit captains for each Iowa precinct.

"We've asked them to stop doing what they're doing," Saltsman said. "We think it's hurting us," because the negative messages run counter to efforts to run a positive campaign.

The Ohio-based nonprofit is run by Procter & Gamble executive Nathan Estruth, a longtime Huckabee supporter, and its effort is being overseen by Patrick Davis, who worked with Saltsman at the National Republican Senatorial Committee in 2001. The group has engaged in several state and federal campaigns, and in the past much of its financial backing came from Ohio billionaire and longtime conservative donor Carl H. Lindner Jr.

A spokeswoman for Lindner said that his money is not being used to help Huckabee and that he is a national co-chair of the Romney campaign this year. His son, Carl Lindner III, is backing Huckabee.

Fred Wertheimer, a campaign finance expert in Washington, said Common Sense Issues is so deeply engaged on Huckabee's behalf that it is edging very close to the limits of the law. There is some indication that political activity is all the group does, Wertheimer said. If that is the case, "it would appear to be violating both tax laws and campaign finance laws. This is a group that needs to be investigated by both the IRS and the FEC," he said.

Huckabee, a former Arkansas Baptist State Convention president, has also received organizational and financial support from a loose network of pastors, home-schoolers and Americans for Fair Taxation, a nonprofit that advocates replacing all federal taxes with a national sales tax. That group, which has spent more than $2.5 million on Huckabee's behalf, bought 400 tickets to Iowa's Republican straw poll in August and bused in supporters to help him finish a surprising second.

On Upswing, Huckabee Attracts Funds, Backers; But the Volume Makes Vetting More Difficult The Washington Post
December 29, 2007 Saturday Correction Appended

At the same time, Huckabee's rise in the polls and in fundraising has led to attacks by independent political groups. This week, the Americans for Legal Immigration PAC announced it would target Huckabee in Iowa, posting a video on its Web site attacking his position on immigration matters. And for the past two weeks, an arm of the anti-tax Club for Growth has launched television ads opposing Huckabee, criticizing his record on taxes in Arkansas.

On Wednesday, ClubforGrowth.net announced it had increased its advertising buy in Iowa to $550,000 over three weeks. The television spot "seeks to educate the public about Mike Huckabee's many tax increases and urges taxpayers to call the governor and challenge him on his tax policy," according to Pat Toomey, the group's president.

Hill, Huckabee's top fundraiser, said that while the commercials have been "frustrating," they have also "garnered a lot of support for the governor because he is under attack. That's given him a lot more publicity."

Hill says the campaign is trying to adapt quickly to the dramatic change in fundraising. For the bulk of this year, Huckabee's money was coming from an eclectic mix of people who included about three dozen pastors or priests, several "soldiers," two missionaries and a man who identified himself as "Middleweight Champion of the World."

His larger donations flowed from major shareholders in Home Bancshares Inc., a company that owns community banks in Arkansas. Huckabee owns between $50,000 and $100,000 in bank stock, according to financial disclosure forms; during his tenure as governor, he appointed one of the bank's principals to be the state's chief banking regulator. Another major group of donors came from Arkansas-based Wal-Mart and its affiliates.

Huckabee also continued to get financial help from Jennings Osborne, the Little Rock businessman known for his lavish Christmas light displays, who took heat for giving Huckabee, while he was governor, tens of thousands of dollars in gifts, including furniture, flowers, gift cards and clothing -- $53,000 worth in 1999 alone -- all of which the governor reported in ethics filings.

Now, Hill said, Huckabee's donations are coming from all over. Huckabee will report his fourth-quarter fundraising totals on Monday. Hill would not say how much the governor will have in the bank, but he did say that it would be correct to expect this quarter's tally to be substantially more than he raised over the rest of the year combined.

**CORRECTION-DATE:** December 31, 2007

**CORRECTION:**

Â· A Dec. 29 A-section article about Republican presidential candidate Mike Huckabee implied that a Federal Election Commission deadline for campaign finance reporting is today. The fourth quarter of fundraising ends today. Reports are due to the FEC on Jan. 15.

**GRAPHIC:** IMAGE; By Justin Sullivan -- Getty Images; Mike Huckabee, center, takes his campaign for the Republican presidential nomination to a Pizza Ranch restaurant in Pella, Iowa.

**LOAD-DATE:** December 29, 2007

# EXHIBIT F

LEXISNEXIS   *Total Research System*

Switch Client | Preferences | Sign Off | [?] Help

| Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector | Dossier | His

Source: News & Business > Combined Sources > **Major Newspapers** [i]
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)

☞ Select for FOCUS™ or Delivery
☐

*Outside groups out in force for their picks; Independent activities can alter course of tight race USA TODAY January 7, 2008 Monday*

Copyright 2008 Gannett Company, Inc.
All Rights Reserved
USA TODAY

January 7, 2008 Monday
CHASE EDITION

**SECTION:** NEWS; Pg. 8A

**LENGTH:** 645 words

**HEADLINE:** Outside groups out in force for their picks;
Independent activities can alter course of tight race

**BYLINE:** Fredreka Schouten

**BODY:**

WASHINGTON -- Fresh from their work in Iowa, independent political groups are sending money and people to New Hampshire and other early nominating states to shape the outcome of the presidential contest.

The American Federation of State, County and Municipal Employees (AFSCME) has shifted 77 staffers from Iowa to New Hampshire in recent days to boost turnout for Democrat Hillary Rodham Clinton in Tuesday's primary. EMILY's List, which aids female candidates who support abortion rights, also has targeted 50,000 Democratic women in the state with pro-Clinton mailers.

On the Republican side, the non-profit **Common Sense Issues** group already has hit more than 1 million households in Michigan with automated phone calls to promote the candidacy of Mike Huckabee, who upset the GOP field with an Iowa victory last week. The Michigan primary is Jan. 15.

Overall, unions and other independent groups have spent more than $4 million since Dec.1 on advertising, mailers and voter-turnout efforts in the early states, reports filed with the Federal Election Commission show. That amounts to just a fraction of the more than $258 million candidates have reported spending so far.

Federal law prohibits outside groups from coordinating their efforts with the presidential campaigns, but their activities can alter the course of a tight race even if these groups don't spend a lot of money.

"The right message at the right time could make or break one of the front-runners," said Evan Tracey, an expert on political advertising with the Campaign Media Analysis Group.

In Iowa, Huckabee said he was outspent 20-to-1 by rival Mitt Romney, who has put more than $17 million of his own money into the race. Even so, Huckabee enjoyed the backing of a volunteer force that included evangelical Christians and home-schooling advocates.

One independent group, **Common Sense Issues,** has funded automated phone calls in Iowa, New Hampshire and other early voting states to promote Huckabee's candidacy and criticize his opponents. In Iowa alone, 850,000 households received the "robo" calls in the month before the caucuses. Huckabee has denounced the activity. But Patrick Davis, the group's executive director, said "we are very pleased with the (Iowa) results" and the group is weighing its next move.

Americans for Fair Taxation, a non-profit group that favors a national retail sales tax, is working to mobilize its 70,000 members in South Carolina and Florida. Republicans vote in South Carolina on Jan. 19. The Florida primary is Jan. 29.

Spokesman Ken Hoagland said the group is not endorsing a candidate. Even so, its efforts are likely to benefit Huckabee, who strongly supports the tax plan. In August, the group took 10 busloads of voters to Iowa's GOP straw poll, where Huckabee finished second to Romney.

Unions have mobilized to help former North Carolina senator John Edwards and Clinton, who are trying to stop Barack Obama's momentum in New Hampshire after his decisive win in Iowa.

Working 4 Working Americans, a group funded by the United Brotherhood of Carpenters, reported spending nearly $500,000 on Edwards' behalf in Iowa. Alliance for a New America, financed by several local chapters of the Service Employees International Union (SEIU), has spent even more, about $1.6 million, FEC records show.

Meanwhile, a coalition of local SEIU chapters has announced that it plans to spend $1.5 million helping Edwards in the states that hold primaries on Feb. 5. The group's spokeswoman Courtni Pugh said most of the money would go to California.

In New Hampshire, the political action committees of the American Federation of Teachers and AFSCME are among those working for Clinton. AFSCME political director Larry Scanlon said Clinton, a New York senator, has been a good friend to labor groups over the years. "Our belief is that you put your money where your mouth is," he said.

**LOAD-DATE:** January 7, 2008

Source: News & Business > Combined Sources > **Major Newspapers** [i]
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 1:06 PM EST

Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

About LexisNexis | Terms & Conditions | Contact Us

https://www.lexis.com/research/retrieve?_m=383f46643f48bc330853a307a024d7be&docn...   1/22/2008

# EXHIBIT G



HOME    THE MAGAZINE    INTERNATIONAL EDITION

# Newsweek

SEARCH

---

Politics: Campaign 2008    Video

---



**Top Story**
**In The Shadow Of Bush**
My Journey to the Top

**Latest News**
**'Cloverfield' pulls down monster $41M**

**Video**
**Roundtable: Living Near Britney Spears**

---

CAMPAIGN 2008

# Look Who's Calling

Does Huckabee campaign have a hand in sketchy "push-polls"?



Darren McCollester / Getty Images

**Huckabee's campaign has distanced itself from Common Sense Issues, a tax-exempt group whose organizers have used controversial telephone polling tactics**

By Mark Hosenball | Newsweek Web Exclusive
Jan 9, 2008 | Updated: 2:53 p.m. ET Jan 9, 2008

---

Related:  Mike Huckabee  Dallas  Patrick Davis

Type Size

Print

Email

RSS

Social Networks

Links to this article

A nonprofit group accused of using aggressive telephone "push-polling" to attack opponents of GOP hopeful Mike Huckabee shares major donors with Huckabee's official presidential campaign, according to government records.

Common Sense Issues is a tax-exempt group registered in Delaware whose organizers have acknowledged the use of controversial telephone polling

tactics to promote Huckabee's presidential bid—and allegedly to trash the campaigns of the former Arkansas governor's rivals. The nonprofit also helped set up and run Trusthuckabee.com, a Web site that was involved in front-line efforts to recruit and mobilize Huckabee supporters to turn out for the Iowa caucuses.

Rival candidates have criticized Common Sense Issues's tactics, questioning whether the group's ties to the Huckabee campaign are really arms-length—as required by federal law. The Huckabee campaign has distanced itself from Common Sense Issues, renouncing its support and joining his rivals in calling for investigations into the nonprofit's activities.

Patrick Davis, a former national Republican Party staffer who serves as executive director for the group, defended its telephone tactics, in which an automated voice provides negative information to voters about rival candidates. In an e-mail to NEWSWEEK, Davis insisted, "Candidates that cry foul on these personalized educational artificial-intelligence calls are usually candidates who take one stand on an issue in front of one audience and a different stand on the same issue in front of a different audience. We will admit, in those cases, that sometimes the truth hurts."

advertisement

**Are You In For a Shock When You Retire?**

People often think their nest eggs will see them through retirement, only to find out they've come up short. If you have a $500,000 portfolio you should download our new investment guide. It is designed to help you make sure that your dreams of a secure retirement don't turn into nightmares.

**Click Here to Download Your Report!**

FISHER INVESTMENTS®

Federal election law allows nonprofit groups like Common Sense Issues, whose supporters can make unlimited financial contributions, to campaign on behalf of particular candidates for office—provided they do so entirely independently of the candidates' official campaigns. Although both Common Sense Issues and Huckabee's campaign have denied any connection with each other, critics have complained about indications of possible collaboration. They note that Trusthuckabee.com touted its efforts to organize an Iowa get-out-the-vote effort for the candidate. What's more, according to a recent Federal Election Commission filing, key donors to Common Sense Issues are also financial backers of Huckabee's campaign.

In his e-mail to NEWSWEEK, however, Davis insisted, "There is no coordination between Common Sense Issues and any campaign." He added, "Most every media report speaks to Gov. Huckabee trailing in the money race, so it should not be surprising that individuals would also give money directly to the campaign." A Huckabee campaign spokeswoman did not respond to an e-mail inquiry from NEWSWEEK.

1 | 2 | 3   Next Page »

Related:  Mike Huckabee   Dallas   Patrick Davis

# EXHIBIT H

**Newsweek**

# The Dirty War Moves South

Sponsored By

**Mudslinging. Hit jobs. Dark arts. Whatever you want to call the practice, it's back for Campaign 2008, and it's only going to get worse.**

**By Michael Isikoff, Mark Hosenball and Evan Thomas**
NEWSWEEK
Updated: 2:43 PM ET Jan 12, 2008

Sunday may be a day of rest, but not for the political dirty tricksters. When Mike Huckabee emerged from the Cornerstone Family Church in Des Moines on the Sunday before the Iowa caucuses, he found that someone had papered the cars in the suburban megachurch's parking lot with fliers asking, MIKE HUCKABEE—A 'TRUE' CONSERVATIVE? The leaflet accused the former Arkansas governor of, among other sins, releasing a convicted rapist who raped again (and murdered) and saying nice things about Bill Clinton. "Don't be fooled by that smooth voice," warned the flier. Credited to an anonymous group called the Lynchburg Christian Students for the Truth, the circular had been spotted first at Huckabee rallies in South Carolina in the fall. This time the flier listed an e-mail address: TruthonHuck@gmail.com. When NEWSWEEK e-mailed it to find out more information on the group, no one responded.

The flier was a fairly typical—and relatively benign—example of the trash flying around Campaign 2008. Huckabee has not been a particular victim; his foes have been slimed with much worse, sometimes from "independent" groups backing Huckabee. Evangelical Christians, or at least their fringe groups, seem to be especially practiced at anonymous smears (possibly for the same reason that the worst wars are often religious ones: sins are easier to forgive if you know that God is on your side). Dark arts are hardly new to politics, and dirty tricksters have always been inventive. In 1964, operatives working for the re-election of President Lyndon Johnson circulated a coloring book in which children could color pictures of LBJ's opponent, Barry Goldwater, wearing the robes of the Ku Klux Klan. But 2008 promises to be a banner year for gutter politics. "I think this will be the nastiest campaign we've seen in a long time," says Darrell West, a professor of political science at Brown University.

Technology serves as a force multiplier for crude partisan passion. Like many political junkies, West has been tracking the vicious e-mail traffic already swirling around the Internet, e-mails saying that Sen. Barack Obama is a Muslim who took his oath of office on a Qur'an or insinuating that former governor Mitt Romney's Mormonism is some kind of Devil worship. "Technology makes dirty tricks much easier," says West. "You can do it without leaving fingerprints." The candidates themselves can stay positive while relying on anonymous supporters to do the dirty work, he notes. Most voters see through the smears, but even swaying 5 percent of them can have an impact in a close election. A NEWSWEEK investigation suggests that political hit jobs are already rampant and likely to get worse. Some are done the old-fashioned way—anonymous fliers left on windshields or shoved under doors—and some, increasingly, by hard-to-track e-mails and automated phone calls.

The Bible-belt state of South Carolina, which votes Jan. 19 (Republicans) and Jan. 26 (Democrats), has a sorry record of smears. Cars outside churches on the Sunday before the GOP primary in 2000 were papered with fliers, sourced to an obscure Baptist group in Kentucky, questioning Sen. John McCain's sexuality and warning that a vote for McCain would be a vote for "McCain's Fag Army." The mud deepened: a flier distributed at McCain's final debate said that he'd fathered a "Negro child" out of wedlock; it used a photo of Bridget McCain, an orphan adopted years earlier by the senator's wife, Cindy, while she was on a relief mission in

Bangladesh.

McCain tries to shrug off his smearing in 2000. He told NEWSWEEK: "It's behind me, and I don't think about it. People don't like sore losers." But just in case, his campaign has created a "truth squad" in South Carolina to mount a "rapid response" to any underhanded attacks and has manned a 24/7 war room of college students with laptops, on watch for Internet dirt on their candidate. The McCain campaign breathed a slight sigh of relief when Romney pulled his advertising from South Carolina to devote more resources to his effort in Michigan. Romney had hired Warren Tompkins as a South Carolina consultant. Known admiringly in the political trade as "the god of hell," Tompkins is legendary in the state as a disciple of the late Lee Atwater, an old Bush-family operative and perhaps the most renowned modern practitioner of campaign dark arts. The old Atwater attack machine may have been switched off, or at least turned down. Still, Tompkins, who has always denied authorship of the nastiest attacks on McCain in 2000, tells NEWSWEEK that he doubts the state's primary will suddenly become a model of civility. Many of South Carolina's evangelical leaders—who, Tompkins says, "self-generated" most of the 2000 attacks—have lined up with Huckabee and remain implacably opposed to McCain.

A favorite tactic of negative campaigning is the telephone "push poll"—a phone call in which pretend pollsters ask leading, sometimes false, questions to push voters for or against candidates. In the days before the Iowa caucuses and the New Hampshire primary, voters would pick up their ringing phones and hear an automated voice ask them which of several GOP candidates they supported. If, for instance, they answered "Rudy Giuliani," they'd hear a message reminding them that Giuliani is a supporter of abortion rights. If a voter indicated Mitt Romney, a series of questions would follow, asking if the voter wanted to back a former governor who had flip-flopped on core GOP issues like immigration. If the voter picked McCain, the robo-call machine would point out that McCain had sponsored legislation limiting campaign activities of anti-abortion activists. Sometimes the calls would end with a pitch for Mike Huckabee as the candidate who would cut taxes and close the borders.

NEWSWEEK traced some of the calls to an organization called Common Sense Issues, a tax-exempt group set up by religious conservatives who support Huckabee but insist they have no connection to his campaign. The group's president, a former Procter & Gamble executive named Harold (Zeke) Swift, says, "Helping a voter see what the issues are is not negative." Patrick Davis, the executive director of Common Sense and a former senior official of the national Republican Party, tells NEWSWEEK that he refers to as "personalized educational artificial intelligence," are "factual." Common Sense is making them by the hundreds of thousands before the Michigan primary, Davis has publicly acknowledged. "Other near term primary states are on our radar screen," he e-mailed NEWSWEEK. (Huckabee has publicly called on Common Sense to stop its efforts on his behalf.)

As long as there is insufficient evidence of collusion between the campaigns and these independent-expenditure groups, such calls are legal under federal election laws. There is, however, considerable overlap between the campaigns and the supposedly independent nonprofits—especially when it comes to financing. Three of Common Sense's principals—Swift, Davis and another Procter & Gamble executive named Nathan Estruth—cohosted a Cincinnati fund-raiser for Huckabee in November. Last week NEWSWEEK interviewed Arch Bonnema, a financial backer of both Huckabee and Common Sense, as well as various religious causes (he once personally paid for 42,000 tickets to showings of Mel Gibson's controversial Crucifixion film, "The Passion of the Christ," in Dallas-area cinemas and helped finance an expedition to find the remains of Noah's Ark in Iran). Bonnema was aware that Common Sense was financing calls to make voters "aware of issues," but says he was unaware of any controversy over the practice.

In New Hampshire, under state law, anonymous push polling is illegal before a general election. In November someone launched calls that appeared to spread slurs about Romney's Mormonism. Though the calls were made before the primary, the New Hampshire A.G.'s office has deemed them to be intended to influence the general election and launched a criminal investigation. James Kennedy, the state's top election law-enforcement official, says the calls were initially traced to Western WATS, a well-known marketing and political-research firm in Orem, Utah. Western WATS, in turn, said it was commissioned to make the calls by Moore Information, a Republican polling firm based in Portland, Ore. Reached by NEWSWEEK, Bob Moore, a former operative of the national GOP, declined to identify his client but says, "There's no way it's a push poll. It's opinion research." The calls were intended for "message testing"—not to spread slurs against other candidates.

The Internet has created an almost limitless battlefield for below-the-radar attacks. One new vehicle is the anonymous attack blog, often created by high-powered political consultants to advance the interests of their clients. Not surprisingly, Atwater's protégé Warren Tompkins has helped pioneer the phenomenon. Last year, just about the time that Tompkins signed on as Romney's top South Carolina strategist, a new blog of state politics, The Shot, popped up. Much of it was filled with standard political gossip and news, but some readers detected a pattern of barbs aimed at McCain, Fred Thompson and every other GOP candidate—except Romney. The Shot turned out to be the creation of an employee of Tompkins's consulting firm. The same employee created a "Phony Fred" Web site that ridiculed Thompson as "Playboy Fred" ("Once a Pro-Choice Skirt Chaser, Now Standard-Bearer of the Religious Right?"). Tompkins acknowledged to NEWSWEEK that the employee had created the Fred Thompson site out of the consulting firm's office, but added: "I didn't sanction it. As soon as I found out about it, I had it taken down." Romney's campaign has denied any role in these smear tactics. The candidate himself has been the target of a nasty trick sent through snail mail: a phony Christmas card, purporting to be from the Romney family, quoting passages from the Book of Mormon that made Romney seem like a white supremacist.

Democrats have their own share of anonymous mudslingers. An e-mail making the rounds claims, falsely, that Obama was enrolled in a radical Wahhabi school when he lived in Indonesia as a boy, and that he not only used the Qur'an when he was sworn in as a public official, but refused to recite the Pledge of Allegiance. "While others place their hands over their hearts, Obama turns his back to the flag and slouches," sneers the e-mail.

Obama backers have frequently taken to the Web to knock down these falsehoods; all the campaigns maintain some kind of Web surveillance. The Internet is "a self-correcting medium," says Peter Daou, the Internet director for Hillary Clinton's campaign. Still, the campaign has to constantly monitor the Web and maintain a "rapid response" unit that links Web viewers to a site called the Fact Hub to set the record straight. Younger voters get much of their information online, and campaigns are constantly trying to reach those voters through networking tools. Last spring, apparently trying to show their candidate's hipness, McCain's staff created a MySpace social-networking page that "borrowed" a sophisticated template designed by Mike Davidson, the CEO of Newsvine, a social news site—without giving him credit. Irked, Davidson couldn't resist pulling "a nice little prank," he says. He altered the McCain site by writing, "Dear Supporters, Today I announce that I have reversed my position and come out in full support of gay marriage ... particularly marriage between passionate females." Davidson insists that McCain's staff had a good laugh about the whole thing. But he acknowledges, "I think if it happened now, they would be less good-humored about it." Davidson says the experience reminded him that "technology can hurt you as easily as it can help you." It's doubtful that McCain needed any reminding about what a fast-spreading smear can do in a hotly contested presidential race.

URL: http://www.newsweek.com/id/91664

© Newsweek Mag

# EXHIBIT I

Customer Service: Subscribe Now | Ma

GreenvilleOnline.com ? Weather ? Calendar ? Jobs ? Cars ? Homes ? Apartments ? Classifieds ? Shopping ? Dating



News   Sports   Business   Opinion   Obituaries   Lifestyle   Photos/Video   Entertainment   YourUpstate   Neighborhoods   Tra

Search the Upstate: All

Advertisement



Advertisement



MORE WIGGLE ROOM!
$1,000 down - $750 a month
YOU HAVE A SAY IN WHAT YOU PAY!
EASTWOOD HOMES

Sunday, January 20  |  Upstate South Carolina News, Sports and Information



## Huckabee camp accused of push polling
*Campaign denies any part in illegal practice*

Published: Thursday, January 17, 2008 - 2:00 am

By Dan Hoover
STAFF WRITER
dchoover@greenvillenews.com

**Related clicks:**
- Daniel teen says Huckabee rocks on bass (01/17/08)
- Video: Chuck Norris: 'I'll just kick him a little bit' (01/17/08)
- Line forms for Huckabee appearance (01/17/08)
- Video: Student reaction from Huckabee rally (01/17/08)
- Video: Huckabee asks students to vote for him in primary (01/17/08)
- Video: Huckabee on the impact of educational funding (01/17/08)

A state lawmaker supporting Mitt Romney's presidential bid and Fred Thompson's South Carolina campaign manager on Wednesday blamed Mike Huckabee's campaign for what they called push-polling calls aimed at discrediting their candidates and others on the ballot in Saturday's South Carolina Republican primary.

Huckabee disavowed any involvement with the practice by an independent organization in Colorado that is supporting his candidacy.

"As I've said before, our campaign has nothing to do with push polling, and I wish they would stop," Huckabee said in a statement released while he campaigned in Greenville County.

"We don't want this kind of campaigning because it violates the spirit of our campaign. I want to become president because I am the best candidate, not because I attacked the other candidate."

Advertisement

The Associated Press has reported that a 501(c)(4) organization in Colorado, Common Sense Issues, has undertaken a push-polling operation aimed at making 1 million calls

Email this s

From name:

From email:

Recipient em

Message:

Send

Print this s
Get breaki
SUBSCRI

Latest upd

- Is your ste
- Child pove
- How to fix
- Candidate
- More Gree

More stori

- Conservat

### HOME
### LOCAL NEWS
News
 ▸ Greer
 ▸ Greenville City
 ▸ Mauldin
 ▸ Simpsonville
 ▸ Fountain Inn
 ▸ Travelers Rest
 ▸ Eastside
 ▸ Taylors
 ▸ Westside
 ▸ Pickens County
 ▸ YourUpstate
Sports
 ▸ Clemson
 ▸ USC
 ▸ Furman
 ▸ SAIL swimming
 ▸ High Schools
 ▸ The Drive
 ▸ NASCAR
 ▸ Outdoors
Business
Opinion
Education
Health
Politics
Video/Multimedia
 ▸ Photo galleries
 ▸ Your life



/our news
Events
Sports
Homes
Fashion
Greenville News
JNK
Tribune Times
Portfolios
estyle
Weddings
Home & Garden
Flair
Obituaries
ty People
ation/World news
chnology
eather
OURUPSTATE
NTERTAINMENT
RAVEL
JOBS
CARS
HOMES
APARTMENTS
CLASSIFIEDS
SHOPPING
DATING
FORECLOSURES
Customer Service

**The Greenville News**
305 S. Main St.
PO Box 1688
Greenville, SC
29602

(864) 298-4100
(800) 800-5116

Subscription
services
(800) 736-7136

Newspaper in Educ.
Community
Involvement
Our history
Ethics principles

**Send:**
A story idea
A press release
A letter to the editor

discrediting some candidates on the South Carolina Republican presidential primary ballot.

Common Sense executive director Patrick Davis said Tuesday night that the calls started about 5 p.m. from a call center in Virginia and should be completed today, the AP reported.

Davis told the AP that Common Sense Issues isn't affiliated with Huckabee and doesn't coordinate with his campaign but backs the former Arkansas governor because of his views on issues. The AP reported that the group says what it is doing is legal under federal law.

State Attorney General Henry McMaster, chairman of John McCain's South Carolina campaign, said in a telephone interview that automated, or robo, calls to individuals are illegal under state law, although no one has been prosecuted for the hard-to-detect practice.

McMaster said robo calls must disconnect when someone answers and are legal only for voice mail or answering devices.

Will Holley, Romney's state spokesman, said his office had received by late afternoon "at least a hundred calls complaining about it."

"It appears Gov. Huckabee feels so insecure about his record and so afraid of people looking beyond his clever one-liners that he has chosen old-style dirty politics," said Dean Rice, Thompson's state campaign chairman.

Rep. Nathan Ballentine, R-Irmo, a Romney backer, said the calls "are apparently being sponsored by groups" that support Huckabee.

"Out-of-state push poll calls are probably the worst campaign strategy I have ever seen," Ballentine said. "Voters will remember who sponsored these attacks, and I am fully confident the campaign responsible will pay a price Saturday at the ballot box."

Celie Schilz of Greenville said she received an automated call at 1:10 p.m. from what she thought was a polling organization.

Schilz, who plans to vote for Thompson, told The Greenville News that the program asked a series of yes or no questions about her views on President Bush, then which candidate she planned to vote for, naming the GOP field.

After saying she planned to vote for Thompson, Schilz said, the program "started telling all these (negative) things about Thompson."

"I know some of that stuff was wrong," she said. "I don't know who did it, but I don't like it."

• Primary pt
• Upstate vc
• Greenville
• Edwards h
• Comparing

Related ne

• USATODA`

IMMEDIATE

Central Vac

Accounting
Immediate r

All Top Jobs

# EXHIBIT J

LEXISNEXIS™ *Total Research System*    Switch Client | Preferences | Sign Off | [?] Help

| Search | Research Tasks | Get a Document | Shepard's® | Alerts | Total Litigator | Counsel Selector | Dossier | His

Source: News & Business > Individual Publications > N > The New York Times [i]
Terms: **common sense issues**  (Edit Search | Suggest Terms for My Search)

✔ Select for FOCUS™ or Delivery

*McCain Parries a Reprise of '00 Smear Tactics The New York Times January 17, 2008 Thursday*

Copyright 2008 The New York Times Company
The New York Times

January 17, 2008 Thursday
Late Edition - Final

**SECTION:** Section A; Column 0; National Desk; Pg. 1

**LENGTH:** 1363 words

**HEADLINE:** McCain Parries a Reprise of '00 Smear Tactics

**BYLINE:** By ELISABETH BUMILLER; Michael Cooper contributed reporting from Spartanburg, S.C.

**DATELINE:** COLUMBIA, S.C.

**BODY:**

Volunteers making telephone calls for Senator John McCain in South Carolina last weekend noticed something odd: Four people contacted said in remarkably similar language that they opposed Mr. McCain for president because of his 1980 divorce from his first wife, Carol, who raised the couple's three children while Mr. McCain was a prisoner of war in Vietnam.

By Tuesday afternoon, a group calling itself Vietnam Veterans Against McCain had sent out a crude flier accusing the candidate of selling out fellow P.O.W.'s to save himself.

By Tuesday evening, a group called **Common Sense Issues,** which supports Mike Huckabee, had begun making what it said were a million automated calls to households in South Carolina telling voters, according to one of the calls, that Mr. McCain "has voted to use unborn babies in medical research." (The campaign of Mr. Huckabee, a former governor of Arkansas, said it had no connection to the group and had asked it to stop the calls.)

Mr. McCain quickly fired back, but he has seen this movie before. In the 2000 South Carolina primary, one of the most notorious smear campaigns in recent American politics peddled distortions and lies about him, among them that Mr. McCain's current wife, Cindy, was a drug addict and that the couple's daughter Bridget, adopted from Mother Teresa's orphanage in Bangladesh, was a black child Mr. McCain had fathered out of wedlock.

Although Mr. McCain, of Arizona, roared into the state as the upset winner in New Hampshire that year -- a feat he repeated last week -- eight years ago he had neither the organization nor the money to respond. He lost the state to George W. Bush, and his campaign soon

derailed.

Hard lessons learned: This time Mr. McCain is deploying a South Carolina Truth Squad and much of the state's Republican political establishment, which backed Mr. Bush in 2000. Mr. McCain, who over the last seven years methodically courted important South Carolina Republicans and showered them with money from his political action committee, now has them on board to try to intercept the attacks before there is major damage.

In 2000, said Trey Walker, Mr. McCain's South Carolina political consultant, "it was a lot like sitting in the Norad command center looking up at that big board and seeing all these thousands of missiles coming in on you and being able to get off one little puff of smoke back."

Now, Mr. Walker said, "If we get an indication there's an early launch, we have certain detection devices out there, we'll respond."

Mr. McCain, who has acknowledged that the attacks in 2000 and his subsequent loss in South Carolina left him feeling angry and sorry for himself, now seems more determined to fight back aggressively in a state that once again could play a big part in determining the fate of his candidacy.

"We hear that phone calls are being made," he told reporters on his campaign bus, the Straight Talk Express, on Wednesday afternoon. "We will not let it go this time."

On Wednesday, within hours of the start of the automated calls, Mr. McCain's South Carolina headquarters fired off thousands of e-mail messages with a statement from Henry McMaster, the state's attorney general. "Allow me to set the record straight," Mr. McMaster, a McCain supporter, said. "In the U.S. Senate, John McCain has been an unwavering voice for the rights of the unborn." (Mr. McCain is a longtime opponent of abortion, but he supports research on stem cells gathered from embryos.)

On Tuesday, within hours of the first reports of the veterans' flier, Mr. McCain's campaign held a conference call with reporters to denounce the mailing, which showed a cartoon of Mr. McCain in a prison cell. Writing on the wall behind him said "Elect Me, Elect Me, P.O.W. for President" and "An Enormous Crime, The P.O.W.'s I Helped Leave Behind."

Orson Swindle, a former prisoner of war with Mr. McCain in Vietnam, also issued a statement on Tuesday calling the flier a "vicious" fraud. "Nothing could be further from the truth," the statement said. "I know because I was there. The truth is, the North Vietnamese offered John McCain early release, and he refused."

And on Saturday night, within hours after Mr. McCain's advisers learned of the people who objected to Mr. McCain's divorce, his campaign sent out an e-mail alert to thousands of South Carolina supporters warning them of a potential dirty tricks campaign and advising them to call a McCain Truth Hot Line if they learned anything more.

"It's a fancy name for a dedicated cellphone," said Buzz Jacobs, the state director of Mr. McCain's South Carolina campaign.

It is not clear who was behind the comments about Mr. McCain's divorce, but the two other attacks can be directly traced to groups claiming credit, who seem primarily to attack at the time of presidential campaigns.

**Common Sense Issues,** the group attacking Mr. McCain about unborn children, is run by Patrick Davis, who was the political director of the National Republican Senatorial Committee in 2004. In a telephone interview on Wednesday from his base in Colorado Springs, Mr. Davis

said that he started the automated phone calls in South Carolina on Tuesday night, shortly before the polls closed in Michigan's primary, and that they were directed against Mitt Romney, a former governor of Massachusetts, and Fred D. Thompson, a former senator from Tennessee, as well as Mr. McCain.

Mr. Davis, who organized similar automated calls in Iowa, New Hampshire and Nevada, agreed to let a reporter listen to one of them. The call first asked whom the listener was supporting in the primary. If the listener said Mr. McCain, the automated voice said that not only did Mr. McCain support research on "unborn babies," but that in writing the McCain-Feingold bill tightening rules on campaign donations, Mr. McCain had created "the most restrictive assault on free speech ever passed in America."

The call referred to the bill as the "McCain-Feingold-Thompson law," evidently because Mr. Thompson had also backed it.

Mr. McMaster, South Carolina's attorney general, said that his office was investigating whether some of the phone calls violated a state law that prohibits making automated calls directly to people and not to just their answering machines.

Vietnam Veterans Against McCain is led by Gerard W. Kiley, who led a similar effort against Senator John Kerry's Democratic presidential campaign in 2004. Reached Wednesday at his home in Garnerville, N.Y., in Rockland County, Mr. Kiley said that he was effectively the only member of his group and that "we really don't have any money to speak of." Mr. Kiley said he thought Mr. McCain gave up too much information to the North Vietnamese and was wrongly claimed as a war hero.

Mr. Kiley, 61, a Vietnam veteran, said that he had worked for the past four decades for a major New York corporation that he declined to name.

Mr. Kiley said that his flier had been distributed by U.S. Veteran Dispatch, an online newspaper published by Ted Sampley, who did not return a telephone call on Wednesday afternoon. It was unclear how widely the flier was distributed.

On Wednesday, Mr. McCain was greeted in South Carolina by people waving Confederate flags. They passed out fliers saying that he had "joined with the enemies of South Carolina history & heritage, calling for removal of the battle flag from the South Carolina Capitol Dome."

In 2000, Mr. McCain called the flag offensive and a "symbol of racism and slavery" but he later backed off and called it "a symbol of heritage." Mr. McCain later said he regretted the shift, conceding that "I feared that if I answered honestly, I could not win the South Carolina primary," and that "I chose to compromise my principles."

This time, Mr. McCain is hoping that his "truth squad" and network of supporters will back him up. One of them is Mr. McCain's good friend Senator Lindsey Graham, the South Carolina Republican who was one of the few from the state's political class to support Mr. McCain in 2000.

"I told him, 'John, it's not going to be me and you against the world this time,'" Mr. Graham said.

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTOS: McCain campaign volunteers Andrew Nussbaum, left, Liana Orr, and Mark Williams, right, help return fire in Columbia, S.C. (PHOTOGRAPH BY JIM WILSON/THE NEW YORK TIMES) (pg. A1)

Senator John McCain at a rally in Greenville, S.C., above, where he was endorsed by Senator Tom Coburn, Republican of Oklahoma. Orson Swindle, left, another of Mr. McCain's defenders. (PHOTOGRAPHS BY STEPHEN CROWLEY/THE NEW YORK TIMES) (pg. A26)

**LOAD-DATE:** January 17, 2008

Source: News & Business > Individual Publications > N > **The New York Times** 
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 12:49 PM EST

Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

**LexisNexis®**
About LexisNexis  | Terms & Conditions  | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT K

LexisNexis    *Total Research System*                    Switch Client ┃ Preferences ┃ Sign Off ┃ ？Help

┃ Search ┃ Research Tasks ┃ Get a Document ┃ Shepard's® ┃ Alerts ┃ Total Litigator ┃ Counsel Selector ┃ Dossier ┃ His

Source: News & Business > Individual Publications > L > Los Angeles Times ⓘ
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)

☞Select for FOCUS™ or Delivery
▢

*CAMPAIGN '08: 'TRUTH SQUAD' IN ACTION; McCain camp is on offense in S.C.; A 'truth squad' aims to blunt any political dirty tricks like the smears in 2000. Critics say he's too aggressive. Los Angeles Times January 17, 2008 Thursday*

Copyright 2008 Los Angeles Times
All Rights Reserved
Los Angeles Times

January 17, 2008 Thursday
Home Edition

**SECTION:** MAIN NEWS; National Desk; Part A; Pg. 21

**LENGTH:** 1274 words

**HEADLINE:** CAMPAIGN '08: 'TRUTH SQUAD' IN ACTION;
McCain camp is on offense in S.C.;
A 'truth squad' aims to blunt any political dirty tricks like the smears in 2000. Critics say he's too aggressive.

**BYLINE:** Maeve Reston, Times Staff Writer

**DATELINE:** SPARTANBURG, S.C.

**BODY:**

John McCain's Republican presidential run collapsed in South Carolina eight years ago after what his campaign later acknowledged was a critical mistake: hesitating before responding to false accusations that the candidate's wife was a drug addict and that he fathered an illegitimate child.

With South Carolina again emerging as a pivotal battleground in McCain's campaign for the presidency, his campaign is moving aggressively -- too aggressively, critics say -- to make sure the Arizona senator doesn't fall victim to personal smears again.

The centerpiece of its strategy is a group that calls itself the "truth squad." It was established this month to preempt or blunt any new political dirty tricks, such as a recent mailing sent to several dozen South Carolina newspapers accusing McCain of betraying fellow prisoners during the Vietnam War.

McCain's truth squad is headed by South Carolina Atty. Gen. Henry McMaster, state Speaker of the House Bobby Harrell and state Adjutant General Stan Spears. Even as the McCain campaign was preparing a mailer last week critical of former Massachusetts Gov. Mitt Romney's record on abortion and taxes, McCain promised that his group would swing back hard if it saw anything reminiscent of the 2000 attacks against him.

The squad's role was evident Wednesday when Sen. Lindsey Graham (R-S.C.), a state co-chairman for the McCain campaign, appeared at a McCain rally in Greenville, S.C., and told the crowd to watch for "some garbage in the mail out there and the phone." He asked the veterans in the audience to "watch John's back."

At the next event, in Spartanburg, McMaster, another campaign co-chairman, said the political season was beginning to look like "Halloween with a full moon" where "people will do most anything."

"Don't pay attention to that stuff," he said.

McCain told reporters on his campaign bus that "scurrilous stuff" had started again, referring to the mailing about his prisoner-of-war experience, among other things. "We will not let it go this time," he said.

The effort riled, among others, the campaign of McCain rival Romney.

"It was very quiet until McCain's people revved it up," said J. Warren Tompkins, a South Carolina consultant to the Romney campaign.

"To me," Tompkins said, "they're boxing ghosts, because nobody is really doing anything."

An advisor to the Romney campaign also accused the McCain camp of hypocrisy, citing a McCain mailing in South Carolina that the advisor said distorted Romney's record.

The McCain campaign also was taken to task by FactCheck.org, a nonpartisan website run by the Annenberg Public Policy Center at the University of Pennsylvania. Alluding to McCain's campaign bus, it said, "McCain's 'Straight Talk Express' took a wrong turn with this mailer."

McCain advisors say they are trying to protect their candidate from a repeat of the tactics that badly hurt his bid in 2000.

Charles Black, a McCain advisor, said eight years ago the senator's campaign did not realize how widespread the attacks were until it was too late. McCain, he said, "didn't want to get down into the gutter with these guys. . . . He didn't want to personally respond."

"By the time he did, all kinds of terrible smear things had gotten off," Black said.

This time, he said, "People know what happened in 2000 and they've heard these leaders in the state warn them of this."

Black cited the automated phone calls to South Carolina residents Tuesday and Wednesday that masqueraded as a polling effort but were an apparent ploy to push Republican voters to vote for another major Republican candidate, former Arkansas Gov. Mike Huckabee. The McCain campaign condemned the calls as "a massive push-polling effort disparaging rivals" of Huckabee.

It attributed the calls to **Common Sense Issues,** a nonprofit political organization based in Colorado Springs, Colo. Patrick Davis, executive director of the group, told the Associated Press that Common Sense began its calls Tuesday and would complete them today. The group has pledged to make 1 million phone calls in South Carolina supporting Huckabee.

Huckabee, who has distanced himself from the group, said in a prepared statement that his campaign "has nothing to do with push-polling and I wish they would stop. We don't want this kind of campaigning because it violates the spirit of our campaign."

The McCain camp also responded forcefully to a flier from Vietnam Veterans Against McCain. The flier showed a caricature of McCain with swollen jowls crouched in a prison cell, and included scrawled messages including "AN ENORMOUS CRIME" and "SONGBIRD."

The text accused McCain of breaking down while in captivity as a prisoner of war and giving up information about U.S. military operations.

Reached at his home in Garnerville, N.Y., Gerard Kiley, the founder and sole member of Vietnam Veterans Against McCain, said McCain "allows the media to call him a hero when he's not."

Kiley, who said he was involved in a similar effort against the Democratic presidential candidacy of John F. Kerry in 2004, added that he was not associated with any of the current presidential contenders.

McCain's campaign arranged for Orson Swindle, a prisoner of war with McCain, to rebut the attack.

In a statement, Swindle said, "The truth is, the North Vietnamese offered John McCain early release, and he refused."

McCain "stood by his fellow POWs until the end -- even at the risk of his own life as he was severely injured," Swindle said.

The political attacks in South Carolina were particularly ferocious in 2000, when anonymous callers accused McCain's wife, Cindy, of "being a drug addict," he recalled Wednesday.

Fliers and phone calls also insinuated that the McCains' daughter Bridget, whom they adopted from Bangladesh, was an illegitimate "black baby."

The McCain campaign sent out a glossy mailer last week highlighting Bridget's adoption from Mother Teresa's orphanage in Bangladesh in 1993.

The mailer, which touted McCain's record of "protecting the rights of the unborn," showed Cindy carrying the baby wrapped in blankets.

Some of Romney's aides called the McCain campaign's efforts hypocritical.

They said that, at the same time the McCain campaign was scolding Romney for "attack ads," McCain's camp sent a South Carolina mailer claiming Romney "provided taxpayer-funded abortions" in a state-subsidized health program.

As Romney's campaign pointed out, the state was required to pay for medically necessary abortions by court order.

FactCheck.org said the claim was "unfair and misleading at best."

"The very day they were beating their chest with righteous indignation," the McCain campaign was printing a hit piece, said Romney's South Carolina communications director, Will Holley.

A McCain spokesman replied that Romney "has attacked John McCain with a barrage of negative and misleading TV ads and mailers for months on end. We feel justified in responding with the facts."

Scott H. Huffmon, a professor at South Carolina's Winthrop University in Rock Hill, S.C., said the McCain campaign's overall approach to heading off potential personal attacks appeared to be savvy.

"In any other part of the country this would seem like an overreaction, but to me it seemed natural here," he said.

"Politics has always been personal and bare-knuckled in South Carolina. . . . In the recent past, [McCain] suffered as bad or worse as anyone at the hands of the smear-campaigners."

Huffmon said: "If people get a [misleading] flier under their windshield in this election, they may have the context to kind of know the truth."

--

maeve.reston@latimes.com

Times staff writers Michael Finnegan, Stuart Silverstein and Nona Yates contributed to this report.

**GRAPHIC:** PHOTO: IN LAKE WYLIE, S.C.: John McCain speaks at T-Bones Steak House & Saloon. Eight years ago he "didn't want to get down into the gutter with these guys. . . . He didn't want to personally respond" to negative campaigning, said advisor Charles Black. "By the time he did, all kinds of terrible smear things had gotten off." Advisors don't want his campaign hurt that way again. PHOTOGRAPHER:Charles Dharapak Associated Press

**LOAD-DATE:** January 17, 2008

Source: <u>News & Business</u> > <u>Individual Publications</u> > <u>L</u> > **Los Angeles Times** [i]
Terms: **common sense issues**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: **Full**
Date/Time: Tuesday, January 22, 2008 - 12:59 PM EST

 **LexisNexis®**   <u>About LexisNexis</u>  | <u>Terms & Conditions</u>  | <u>Contact Us</u>
<u>Copyright ©</u> 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT L

LexisNexis™  Total Research System

Switch Client ┊ Preferences ┊ Sign Off ┊ [?] Help

┊ Search ┊ Research Tasks ┊ Get a Document ┊ Shepard's® ┊ Alerts ┊ Total Litigator ┊ Counsel Selector ┊ Dossier ┊ His

Source: News & Business > Combined Sources > Major Newspapers [i]
Terms: common sense issues  (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery
☐

**S.C. primary down and dirty Closely bunched GOP candidates have had little time to campaign The Denver Post January 18, 2008 Friday**

Copyright 2008 The Denver Post
All Rights Reserved
The Denver Post

January 18, 2008 Friday
FINAL EDITION

**SECTION:** A SECTION; Pg. A-06

**LENGTH:** 624 words

**HEADLINE:** S.C. primary down and dirty Closely bunched GOP candidates have had little time to campaign

**BYLINE:** Karen E. Crummy The Denver Post

**BODY:**

COLUMBIA, S.C. - Down and dirty is how politics is played here. Always has been. Maybe always will be.

In the final days before Saturday's Republican primary, the GOP presidential candidates are simultaneously launching grenades at each other and trying to duck missiles hurled at them by outside groups.

Traditional whispers and winks take a back seat to push polls, fliers on car windshields, anonymous phone calls, e-mails, mailers, websites and even critics who show up at candidate events.

Politics of destruction

None of this comes as a surprise in a state that produced Lee Atwater, a strategist for George H.W. Bush's campaign who helped mastermind the infamous Willie Horton ad.

But the question this year is whether there's enough time to do real damage. The front-loaded primary schedule left the top candidates - separated by only a few percentage points in recent polls - with only a few days to campaign in South Carolina.

"Our primaries are often politics of personal destruction here," said South Carolina GOP chair Katon Dawson. "I'm not sure though there's enough time for the tactics to work. But it could, especially with the candidates bunched so closely together."

Some voters say the negative messages work, and others say they have no effect, especially for those who have already decided on a candidate.

"We see it all the time here. I think it probably works for those who are on the fence. It puts something a little negative in their minds," said Brian Hare, 48, an engineer from Prosperity.

Laurie Chapman, a 48-year-old stay-at-home mom from Little Mountain, said she doesn't see anything wrong with a little negativity and mudslinging.

"Voters need to know what's going on," said Chapman, who is undecided but leaning toward Mitt Romney.

Alienation a risk

In a primary, however, candidates and groups supporting them walk a fine line between trying to garner support and alienating voters.

"For undecided voters, negativity can sway them a little one way or another. But push polls and attacks also can turn people off. It solidifies their support for someone else or makes people say, 'I'm not voting for that person,'" said Dave Wilson, a strategist with the Lexington communications firm Inspired Hype.

For instance, Susan Bishop, a retiree from Newberry, said she's received a number of phone calls from campaigns and what she believes was a push poll. She doesn't like it.

"It doesn't sway me at all. When I make up my mind, I get going," said Bishop, who is backing Fred Thompson, a former Tennessee senator. "I do think all those calls turn people off to the whole process."

In recent days, some of the most hard-hitting attacks have come from independent political groups.

A victims group aired a TV ad against Mike Huckabee, showcasing the mother of a woman who was raped and killed by a convict paroled by Huckabee when he was governor of Arkansas.

John McCain has been targeted by a group called Vietnam Veterans against John McCain, which accuses him of abandoning other prisoners of war in Vietnam.

A group supporting Huckabee called **Common Sense Issues,** a nonprofit political organization based in Colorado Springs, is conducting push polls that criticize the other candidates. Huckabee asked the group to stop, but it refused.

Who will emerge as the GOP nominee is anyone's guess. Initially, South Carolina had 47 GOP delegates, but after the state moved up its primary, national officials stripped it of 23 delegates. Since 1980, the Republican candidate who won the Palmetto State has gone on to be the nominee.

The chaos of the GOP race, however, has officials wrestling with the notion that a nominee may not be picked until the party's convention in September.

Karen E. Crummy: 303-954-1594

or kcrummy@denverpost.com

**LOAD-DATE:** January 18, 2008

Source: <u>News & Business</u> > <u>Combined Sources</u> > **Major Newspapers** ⓘ
Terms: **common sense issues**  (<u>Edit Search</u> | <u>Suggest Terms for My Search</u>)
View: **Full**
Date/Time: Tuesday, January 22, 2008 - 1:03 PM EST

<u>Search</u> | <u>Research Tasks</u> | <u>Get a Document</u> | *<u>Shepard's</u>*® | <u>Alerts</u> | <u>Total Litigator</u> | <u>Counsel Selector</u>
<u>History</u> | <u>Delivery Manager</u> | <u>Dossier</u> | <u>Switch Client</u> | <u>Preferences</u> | <u>Sign Off</u> | <u>Help</u>

● LexisNexis®    <u>About LexisNexis</u>  | <u>Terms & Conditions</u>  | <u>Contact Us</u>
<u>Copyright ©</u>  2008 LexisNexis, a division of Reed Elsevier Inc. All rights
reserved.

# EXHIBIT M

LEXISNEXIS   *Total Research System*                Switch Client | Preferences | Sign Off | [?] Help

Search ⎹ Research Tasks ⎹ Get a Document ⎹ Shepard's® ⎹ Alerts ⎹ Total Litigator ⎹ Counsel Selector ⎹ Dossier | His

Source: News & Business > Combined Sources > **Major Newspapers** [i]
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)

↰Select for FOCUS™ or Delivery
⌐

*Dirty tricks erupt in S.C. GOP race The Miami Herald January 18, 2008 Friday*

Copyright 2008 The Miami Herald
All Rights Reserved

# The Miami Herald

Found on Miami • com

The Miami Herald

January 18, 2008 Friday

**LENGTH:** 1057 words

**HEADLINE:** Dirty tricks erupt in S.C. GOP race

**BYLINE:** JIM MORRILL AND DAN HUNTLEY, McClatchy News Service

**BODY:**

Teresa Clanton was home doing chores when her phone rang.

An automated voice rattled off names of Republican presidential candidates as if conducting a poll. When Clanton indicated that she supported Fred Thompson, the voice asked if she knew that the former Tennessee senator supports abortion, gay marriage and illegal immigration.

He doesn't.

"It made me angry because they're giving false information," said Clanton, a 52-year-old homemaker from Catawba.

Clanton is among thousands of South Carolina voters who've gotten so-called "push poll" calls in the days leading up to Saturday's Republican primary and next week's Democratic contest.

The calls are just one example of the political dirty tricks that are surfacing in a state with a long tradition of raw politics.

"Dirty politics are as much a part of modern politics as a Styrofoam cup of cold coffee in a campaign headquarters," said Neal Thigpen, a political scientist at Francis Marion University in Florence, S.C.

This week, Arizona Republican Sen. John McCain's campaign decried fliers that falsely claim that he turned his back on his fellow prisoners of war in North Vietnam. Another, posted on cars outside a Lake Wylie rally, claimed that McCain "joined with the enemies of South Carolina history and heritage" because he supported removing the Confederate flag from

atop the state Capitol.

During the holidays, some South Carolina voters got a Christmas card, purportedly from former Massachusetts Gov. Mitt Romney. Inside were references to his Mormon faith, including a defense of the church's former practice of polygamy.

Last year, Thompson was the subject of a Web site called phoneyfred.org that mocked his candidacy.

But the most ubiquitous dirty tricks involve push polls, and virtually every Republican candidate has been a target of them.

Some push polls about Republicans originate from a Colorado-based firm called **Common Sense Issues,** which backs former Arkansas Gov. Mike Huckabee. Last month the group promised to make a million calls in South Carolina on behalf of Huckabee, an evangelical Christian who's denounced such unscrupulous tactics.

"Dirty tricks are at the forefront in this GOP primary because South Carolina's is the first in the South, and the GOP candidates are feeling a greater sense of urgency," said Bill Moore, a political scientist at the College of Charleston. ``These dirty tricks don't originate here, but they seem to find a home in South Carolina."

Some, however, do originate in the Palmetto State.

Republican strategist Lee Atwater was a master of hard-hitting politics in South Carolina and later nationally. A top strategist for George H.W. Bush in 1988, he discovered Willie Horton, a black convicted murderer who raped a woman after he was furloughed from prison under Bush's Democratic rival, Massachusetts Gov. Michael Dukakis. TV ads featuring Horton put Dukakis on the defensive and helped make good on Atwater's promise to ``scrape the bark off that little bastard."

"Lee Atwater definitely established a kind of baseline for under-the-table politics and the use of tactics I don't think you'd want to defend to your mama," said University of South Carolina historian Dan Carter.

The state's underhanded politics didn't end with Atwater, though.

In 2000, e-mails and fliers falsely accused McCain of fathering an illegitimate black child and his wife Cindy of being a drug addict. Some of the e-mails were traced to a professor at Greenville's Bob Jones University, which on its Web site says it ``exists to grow Christlike character".

"Dirty tricks have a long and very distinguished tradition in South Carolina, back to the days of segregation, when all you had to say to discredit a white politician was to link them to an African-American in any scurrilous fashion," said David Woodard, a political scientist at Clemson University.

While the Internet helps spread attacks, it also helps control them, said Woodard.

"If a push poll is trying to manipulate a voter with lies," he said, ``you can record it and put in on the Internet and usually you can identify who is putting it out. And that can backfire on a candidate."

## A LONG S.C. HISTORY:

Hard-hitting politics and "dirty tricks" are nothing new in South Carolina. Some of the more

memorable mudslinging:

Jumper cables:

In 1980, Republican strategist Lee Atwater dismissed Tom Turnipseed, a Democrat who'd once undergone electroshock therapy for depression. Atwater refused to answer Turnipseed's criticism of GOP tactics, saying he wouldn't respond to ``someone who had been hooked up to jumper cables."

Willie Horton:

By 1988, Atwater was a top strategist for George H.W. Bush. He discovered Willie Horton, a black convicted murderer who raped a woman after being furloughed from prison under Bush's rival, Michael Dukakis. TV ads featuring Horton put Dukakis on the defensive and helped make good on Atwater's promise to, as he put it, ``scrape the bark off that little bastard."

Hunt and KFC:

In 1990, a Charleston-based GOP consultant, trying to turn out more Republican votes, found a nearly illiterate African American named Benjamin Hunt Jr. and paid his filing fee for Congress. Then he sent out thousands of fliers with a photo of Hunt standing in front of a Kentucky Fried Chicken.

Hunt's white opponent won.

Infidelity:

In 1998, Republicans accused Columbia Democrat Dick Harpootlian of planting an article in Time magazine that raised rumors of infidelity by Republican Gov. David Beasley. Beasley lost his bid for re-election; Harpootlian became state Democratic chairman.

Illegitimate children:

In 2000, e-mails circulated by a Bob Jones University professor accused Republican John McCain of fathering an illegitimate child. A flier handed out after one debate said he'd fathered "a Negro child" out of wedlock. It carried a photo of Bridget McCain, whom the McCains had adopted from Mother Teresa's orphanage in Bangladesh.

'Phoney Fred':

Last summer, a Web site went up called phoneyfred.org. It referred to Republican Fred Thompson as "Flip-Flop Fred," "Moron Fred," "Playboy Fred," and "Pimp Fred," among other epithets. It later was traced to a business partner of the chief strategist for former Massachusetts governor Mitt Romney, a Thompson rival. Romney's campaign disavowed the site.

Morrill and Huntley report for The Charlotte Observer.

**LOAD-DATE:** January 18, 2008

Source: News & Business > Combined Sources > Major Newspapers ⓘ
Terms: common sense issues (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 1:04 PM EST

# EXHIBIT N

LEXISNEXIS   *Total Research System*                Switch Client | Preferences | Sign Off | [?] Help

| Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector | Dossier | His |

Source: News & Business > Combined Sources > Major Newspapers [i]
Terms: **common sense issues**  (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery
⌐

*Who Are the Huckabundlers?; Mike Huckabee isn't telling who's helping underwrite his campaign. The Washington Post January 22, 2008 Tuesday*

Copyright 2008 The Washington Post
All Rights Reserved

# The Washington Post

## washingtonpost.com

The Washington Post

January 22, 2008 Tuesday
Regional Edition

**SECTION:** EDITORIAL COPY; Pg. A18

**DISTRIBUTION:** Maryland

**LENGTH:** 299 words

**HEADLINE:** Who Are the Huckabundlers?;
Mike Huckabee isn't telling who's helping underwrite his campaign.

**BODY:**

WE KNOW his campaign is understaffed and overwhelmed. We know it's been kind of a busy time in presidential politics. So we didn't expect an instant answer when we asked Mike Huckabee's presidential campaign late last month whether the former Arkansas governor would release the names of his big fundraisers, as the other leading presidential candidates have done. We didn't expect an instant answer when we renewed our inquiry after the voting in Iowa and New Hampshire. We asked again last week -- by phone and e-mail -- without receiving a response. We're beginning to get the sneaking sense that dealing with this inquiry is not exactly at the top of the Huckabee campaign's to-do list.

Here's why it matters -- why Mr. Huckabee ought to release the names of his big financiers. While Mr. Huckabee is far from being the best-funded candidate, he, as the others do, relies on a group of well-connected individuals to help him round up checks. It's important to know not just who gave a candidate $250 on the Internet but who helped bring in thousands. For instance, two of Mr. Huckabee's financiers -- their identities are known because their names were on an invitation to a Huckabee fundraiser -- are involved with an outside group that is conducting negative phone calls on Mr. Huckabee's behalf in key primary states. Which other big Huckabee backers are among those financing the group, **Common Sense Issues?**

As we've said before, achieving disclosure by having editorial pages harangue candidates isn't optimal; there ought to be a law. But the other leading candidates, with varying degrees

of eagerness and precision, have revealed the names of those on whom they rely to supply campaign cash. Now that Mr. Huckabee is playing in those big leagues, it's fair to expect him to do the same.

**LOAD-DATE:** January 22, 2008

Source: News & Business > Combined Sources > **Major Newspapers** [i]
Terms: **common sense issues** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 1:02 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

 **LexisNexis®**

About LexisNexis  | Terms & Conditions  | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT O



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 22 04:11:06 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [    ]  OR  Jump  to record: [    ]  **Record 8 out of 264**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## COMMON SENSE FOR UNCOMMON LOANS

| | |
|---|---|
| **Word Mark** | **COMMON SENSE** FOR UNCOMMON LOANS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: loan financing services; mortgage banking services, namely, origination, acquisition, servicing, securitization and brokerage of mortgage loans |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78753673 |
| **Filing Date** | November 14, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 1, 2006 |
| **Owner** | (APPLICANT) Accredited Home Lenders, Inc. CORPORATION CALIFORNIA 15253 Avenue of Science, Bldg. 1 San Diego CALIFORNIA 92128 |
| **Attorney of Record** | K. Danica Ray |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP | PREV LIST | CURR LIST |

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 22 04:11:06 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CEC **COMMON SENSE HEAT** & HOT WATER TECHNOLOGY |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: HOT WATER HEATERS, BATH WATER HEATERS, WALL BOILERS, ELECTRIC AND GAS ROOM HEATERS FOR DOMESTIC, COMMERCIAL AND INDUSTRIAL USE. FIRST USE: 19960601. FIRST USE IN COMMERCE: 19960601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.13.13 - Quadrilateral (two quadrilaterals); Two quadrilaterals<br>26.13.21 - Quadrilaterals that are completely or partially shaded |
| **Serial Number** | 75883217 |
| **Filing Date** | December 29, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 13, 2001 |
| **Registration Number** | 2535499 |
| **Registration Date** | February 5, 2002 |
| **Owner** | (REGISTRANT) CONTROLLED ENERGY CORP. CORPORATION VERMONT 340 Mad River Park Waitsfield VERMONT 05673 |
| **Attorney of Record** | Gordon E. R. Troy |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEAT & HOT WATER TECHNOLOGY" APART FROM THE MARK AS SHOWN |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 22 04:11:06 EST 2008*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **COMMON SENSE CARPET CARE** |
| **Goods and Services** | IC 041. US 107. G & S: EDUCATIONAL SERVICES, NAMELY TRAINING OTHERS IN THE CARPET CLEANING INDUSTRY AND PROVIDING LITERATURE RELATING THERETO. FIRST USE: 19880830. FIRST USE IN COMMERCE: 19880830 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73760677 |
| **Filing Date** | October 31, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 11, 1989 |
| **Registration Number** | 1546819 |
| **Registration Date** | July 4, 1989 |
| **Owner** | (REGISTRANT) R.E. WHITTAKER CO. CORPORATION PENNSYLVANIA 302 S. CROTON AVENUE NEW CASTLE PENNSYLVANIA 16103 |
| **Attorney of Record** | WEBSTER B. HARPMAN |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CARPET CARE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP