JAMES D. NGUYEN, CA BAR NO. 179370
jnguyen@foley.com
**FOLEY & LARDNER LLP**
2029 CENTURY PARK EAST, SUITE 3500
LOS ANGELES, CA 90067-3021
TELEPHONE:    310.277.2223
FACSIMILE:    310.557.8475

Attorneys for Defendant COMMON SENSE ISSUES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No: 008-00155CW<br><br>Judge: Hon. Claudia Wilken<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

1

LACA_1087898.1

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Common Sense Issues, Inc., defendant.

Dated:  January 23, 2008                           FOLEY & LARDNER LLP
                                                   JAMES D. NGUYEN


                                                   By:      /s/ James D. Nguyen
                                                         JAMES D. NGUYEN
                                                         Attorneys for Defendant COMMON
                                                         SENSE ISSUES, INC., a Delaware
                                                         corporation

LACA_1087898.1