NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

LEE B. AWBREY (SBN 252037)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000


ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COMMON SENSE MEDIA, INC etc. | CASE NUMBER |
|---|---|
| Plaintiff, | C080155 CW |
| V. | |
| COMMON SENSE ISSUES, INC. etc. | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND FALSE DESIGNATION OF ORIGIN; STATE LAW UNFAIR COMPETITION AND FALSE ADVERTISING; COMMON LAW TRADEMARK INFRINGEMENT; AND INJUNCTIVE RELIEF DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

in the within action by personally delivering true copies thereof to the person served as follows:

|  |  |  |
|---|---|---|
| Served | : | COMMON SENSE ISSUES, INC. |
| By serving | : | Marry Drummond, Authorized Agent |
| Address | : | Corporation Service Company<br>2711 Centerville Road #400<br>Wilmington, DE 19808 |
| Date of Service | : | January 10, 2008 |
| Time of Service | : | 3:15 PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: January 14, 2008

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Delaware
Number

228615

Signature: _____
BARRY EVLAND