JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
ANNE M. HUNTER (CA SBN 221455)
AHunter@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

DEAN J. ZIPSER (CS SBN 94680)
DZipser@mofo.com
CAROLE E. REAGAN (CA SBN 162674)
CReagan@mofo.com
ADRIANNE E. MARSHACK (CA SBN 253682)
AMarshack@mofo.com
MORRISON & FOERSTER LLP
19900 MacArthur Boulevard, Suite 1200
Irvine, California 92612-2445
Telephone: (949) 251-7500
Facsimile: (949) 251-0900

Attorneys for Plaintiff
COMMON SENSE MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.   C08-00155-CW<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and they:

☒   have not yet reached and agreement to an ADR process

☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: April 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jennifer Lee Taylor | Common Sense Media, Inc. | 415-268-6538 | jtaylor@mofo.com |
| James Nguyen | Common Sense Issues, Inc. | 310-975-7837 | jnguyen@foley.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 25, 2008                   /s/ Jennifer Lee Taylor
                                        Counsel for Plaintiff

Dated: March 25, 2008                   [signature]
                                        Counsel for Defendant

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C08-00155-CW
sf-2488503

2