1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  ANNE M. HUNTER (CA SBN 221455)
   AHunter@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  DEAN J. ZIPSER (CS SBN 94680)
   DZipser@mofo.com
7  CAROLE E. REAGAN (CA SBN 162674)
   CReagan@mofo.com
8  ADRIANNE E. MARSHACK (CA SBN 253682)
   AMarshack@mofo.com
9  MORRISON & FOERSTER LLP
   19900 MacArthur Boulevard, Suite 1200
10 Irvine, California 92612-2445
   Telephone: (949) 251-7500
11 Facsimile: (949) 251-0900

12 Attorneys for Plaintiff
   COMMON SENSE MEDIA, INC.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.  C08-00155-CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. C08-00155-CW
sf-2488528

1

1     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in The Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 25, 2008      _/s/_ _____
[Party] Common Sense Media, Inc.

Dated: March 25, 2008      /s/ Jennifer Lee Taylor
Counsel for Plaintiff
Common Sense Media, Inc.