# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Common Sense Media, Inc., | 08-00155 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Common Sense Issues, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Kenneth C. Bryant**
Bryant Arbitration and Mediation
P.O. Box 20277
San Jose, CA 95160-0277
(408) 268-8175

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00155 CW MED                                  - 1 -

Case 4:08-cv-00155-CW    Document 28    Filed 04/24/2008    Page 2 of 2

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: April 24, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00155 CW MED                    - 2 -