1  JAMES D. NGUYEN, CA BAR NO. 179370
   jnguyen@foley.com
2  RANA S. AWAD, CA BAR NO. 237197
   rawad@foley.com
   **FOLEY & LARDNER LLP**
3  2029 CENTURY PARK EAST, SUITE 3500
   LOS ANGELES, CA 90067-3021
   TELEPHONE:    310.277.2223
4  FACSIMILE:    310.557.8475

5  Attorneys for Defendant COMMON SENSE ISSUES, INC.

6  JENNIFER LEE TAYLOR (CA SBN 161368)
   jtaylor@mofo.com
7  ANNE M. HUNTER (CA SBN 221455)
   ahunter@mofo.com
   **MORRISON & FOERSTER LLP**
8  425 MARKET STREET
   SAN FRANCISCO, CALIFORNIA  94105-2482
   TELEPHONE: 415.268.7000
9  FACSIMILE: 415.268.7522

10 DEAN J. ZIPSER (CA SBN 94680)
   dzipser@mofo.com
   CAROLE E. REAGAN (CA SBN 162674)
11 creagan@mofo.com
   **MORRISON & FOERSTER LLP**
   19900 MACARTHUR BOULEVARD, SUITE 1200
12 IRVINE, CALIFORNIA 92612-2445
   TELEPHONE: 949.251.7500
13 FACSIMILE: 949.251.0900

14 Attorneys for Plaintiff  COMMON SENSE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No:  008-00155CW<br><br>Judge: Hon. Claudia Wilken<br><br>**STIPULATED REQUEST AND ORDER GRANTING DEFENDANT LEAVE TO FILE FIRST AMENDED ANSWER AS MODIFIED** |

Defendant Common Sense Issues, Inc. ("Defendant") hereby seeks leave to file

1

the proposed first amended answer attached hereto as Exhibit 1.  Plaintiff Common Sense Media, Inc. hereby stipulates to the Defendant's request.  This stipulated request is based on the following facts:

1. On January 31, 2008, in response to Plaintiff's complaint, Defendant filed its answer ("Answer").

2. On April 7, 2008, Defendant's counsel realized that it had inadvertently omitted the "prayer for relief" from the Answer it filed.  Defendant's counsel promptly notified Plaintiff's counsel Anne Hunter via e-mail and requested that Plaintiff stipulate to Defendant's request for leave to file an amended answer.

3. On April 14, 2008, Plaintiff's counsel agreed to stipulate to Defendant's request for leave to amend the answer.

4. Amendment of the answer will not disrupt the Court's scheduling as the Court has not set a trial date or corresponding discovery deadlines.

Dated:  April 16, 2008

MORRISON & FOERSTER LLP
JENNIFER LEE TAYLOR
ANNE M. HUNTER

By: _____/s/_____
     ANNE M. HUNTER
     Attorneys for Plaintiff
     COMMON SENSE MEDIA, INC.

Dated:  April 16, 2008

FOLEY & LARDNER LLP
JAMES D. NGUYEN
RANA S. AWAD

By: _____/s/_____
     JAMES D. NGUYEN
     Attorneys for Defendant COMMON
     SENSE ISSUES, INC.

1. I, James D. Nguyen, am the ECF User whose ID and password are being used to file this
2. Stipulated Request.  In compliance with General Order 45, section X.B., I hereby attest
3. that I have on file the concurrences for any signatures indicated by a "conformed"
4. signature (/s/) within this efiled document.

By: _____/s/_____<br>James D. Nguyen

LACA_1670850.1

3

**ORDER**

GOOD CAUSE APPEARING THEREFORE IN THE ABOVE STIPULATION OF THE PARTIES. IT IS HEREBY ORDERED THAT:

Defendant Common Sense Issues, Inc. is granted leave to file its proposed First Amended Answer to the Complaint. The First Amended Answer shall be **e-filed by Defendant forthwith.**

DATED: __**4/25**__, 2008

_Claudia Wilken_
_____
**HONORABLE CLAUDIA WILKEN**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4