# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Common Sense Media, Inc., | 08-00155 CW MED |
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Common Sense Issues, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of Kenneth C. Bryant to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: May 12, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
08-00155 CW MED