JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
ANNE M. HUNTER (CA SBN 221455)
AHunter@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADRIANNE E. MARSHACK (CA SBN 253682)
AMarshack@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiff
COMMON SENSE MEDIA, INC.


JAMES D. NGUYEN (CA SBN 179370)
jnguyen@foley.com
RANA S. AWAD (CA SBN 237197)
rawad@foley.com
FOLEY & LARDNER LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: 310.975.7837
Facsimile: 310.557.8475

Attorney for Defendant
COMMON SENSE ISSUES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., | Case No. 08-00155 CW |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND MEDIATION DEADLINE AND ORDER** |
| vs. | |
| COMMON SENSE ISSUES, INC., | |
| Defendant. | |

1    Whereas the Court, in its April 18, 2008 Minute Order and Case Management Order, set June

2  16, 2008 as the deadline for the parties to have completed their mediation;

3    Whereas the parties met and conferred following the initial appointment of a mediator in this

4  case and requested that the Court's Alternative Dispute Resolution ("ADR") Program appoint an

5  alternative mediator;

6    Whereas the appointment of the initial mediator has been withdrawn and the ADR Program is

7  in the process of selecting an alternative mediator; and

8    Whereas Mr. Daniel Bowling of the ADR Program noted the current deadline of June 16, 2008

9  to complete the mediation and instructed the parties to submit a stipulation and proposed order

10  extending the deadline to August 31, 2008;

11    THE PARTIES HEREBY STIPULATE that the mediation deadline should be extended to

12  August 31, 2008.

13

14    **AGREED TO BY STIPULATION.**

15

16  Dated:  May 13, 2008

MORRISON & FOERSTER LLP
Jennifer Lee Taylor (State Bar No. 161368)
Anne M. Hunter (State Bar No. 221455)
Adrianne Marshack (State Bar No. 253682)

18    By: _____/s/_____
Jennifer Lee Taylor

19

20    *Attorneys for Plaintiff*
*Common Sense Media, Inc.*

21

22  Dated:  May 13, 2008

FOLEY & LARDNER LLP
James D. Nguyen (State Bar No. 179370)
Rana S. Awad (State Bar No. 237197)

24    By: _____/s/_____
James D. Nguyen

25

26    *Attorney for Defendant*
*Common Sense Issues, Inc.*

27

28

1         I, Jennifer Taylor, am the ECF User whose ID and password are being used to file this

2    Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the

3    concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

4                        By: _____/s/_____

5                               Jennifer Lee Taylor

6

7

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9        5/16/08

    Dated: _____

10

11                        _____

                    CLAUDIA WILKEN

12                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28