JAMES D. NGUYEN (CA SBN 179370)
jnguyen@foley.com
RANA. S. AWAD (CA SBN 2371947)
rawad@foley.com
FOLEY & LARDNER, LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Phone: (310) 975-7837
Fax: (310) 577-8475

Anthony J. Biller, *Pro Hac Vice*
abiller@coatsandbennett.com
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, North Carolina 27518
(919) 854-1844 – Telephone
(919) 854-2084 – Facsimile

Attorneys for Defendant
COMMON SENSE ISSUES, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC. a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> COMMON SENSE ISSUES, INC., a Deleware corporation <br><br> Defendant. | Case No. 08-00155 CW <br><br> Judge: Hon. Claudia Wilken <br><br> **APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANTHONY J. BILLER** |

Pursuant to Civil L. R. 11-3, Anthony J. Biller, an active member in good standing of the bar of U.S.D.C. for the Eastern District of North Carolina, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Common Sense Issues, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States court or of the highest court of another State or the District of Columbia, as indicated above;

1

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> James Nguyen
> Foley & Lardner, LLP.
> 2029 Century Park East, Suite 3500
> Los Angeles, CA 90067
> Phone: (310) 975-7837
> Fax: (310) 577-8475

I declare under penalty of perjury that the foregoing is true and correct.

This the 15th day of July, 2008.

_____
Anthony J. Biller

Dated: July 15, 2008    **COATS & BENNETT, P.L.L.C.**

By: _____
Anthony J. Biller
1400 Crescent Green, Suite 300
Cary, North Carolina 27511
Telephone: (919) 854-1844
Facsimile: (919) 854-2084
abiller@coatsandbennett.com

Attorneys for Defendant Common Sense Issues, Inc.