```
1  JAMES D. NGUYEN, CA BAR NO. 179370
   jnguyen@foley.com
2  FOLEY & LARDNER LLP
   2029 CENTURY PARK EAST, SUITE 3500
   LOS ANGELES, CA 90067-3021
3  TELEPHONE:   310.277.2223
   FACSIMILE:   310.557.8475
4
   Attorneys for Defendant COMMON SENSE ISSUES, INC.
5
```

FILED
2008 JUL 18 PM 3:36
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No: 08-00155 CW<br><br>**PROOF OF SERVICE**<br><br>**JUDGE: HON. CLAUDIA WILKEN** |

PROOF OF SERVICE
CASE NO. 08-00155 CW

# PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza, Sixth Floor, San Francisco, CA 94111-3409**.

On **July 18, 2008**, I served the following document(s) described as: **Application for Admission *Pro Hac Vice* of Anthony J. Biller and Order Granting Application for Admission Pro Hac Vice of Anthony J. Biller** on the interested parties in this action as follows:

**X**   BY THE FOLLOWING MEANS:
I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Adrianne E. Marshack, Esq.  
MORRISON & FOERSTER LLP  
19900 MacArthur Boulevard, Suite 1200  
Irvine, CA 92612

Jennifer Lee Taylor, Esq.  
Anne Hunter  
MORRISON & FOERSTER, LLP  
425 Market Street  
San Francisco, CA 94105

**X**   BY MAIL
- **X**   I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Francisco, California**.
- **X**   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

___   BY FACSIMILE
- ___   I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **San Francisco, California**, with the telephone number, **415.434.4507**, to …whose facsimile transmission telephone number is …
- ___   I am readily familiar with the firm's practice for delivery by facsimile transmission: the firm transmits the document(s) from a facsimile transmission machine to the person to be served. I placed the document(s) in the place designated by the firm, at **San Francisco, California**, for facsimile transmission to …whose facsimile transmission telephone number is … the above date following ordinary business practices. The document(s) was transmitted from a facsimile transmission machine with the telephone number of **415.434.4507**. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission.

___   BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s).

___   BY EXPRESS MAIL (**Via United States Postal Service**)

2

    ___ I deposited the envelope(s) in a facility regularly maintained by the United States Postal Service for receipt of Express Mail, with Express postage fully prepaid.

    ___ I am readily familiar with the firm's practice for collection and processing of correspondence for Express Mail; the firm deposits the collected correspondence with a facility regularly maintained by the United States Postal Service for receipt of Express Mail that same day, in the ordinary course of business, with Express Mail postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and Express Mailing on the above date following ordinary business practices.

___ **BY EXPRESS SERVICE CARRIER (Via Overnight Courier Service)**

    ___ I placed the envelope(s) in a box or other facility regularly maintained by Federal Express, or delivered the document(s) to a courier or driver authorized by the express service carrier to receive document(s), in an envelope(s) or package designated by the express service carrier, with delivery fees paid or provided for, at **San Francisco, California**.

    ___ I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at **San Francisco, California**, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

__X__ Executed on **July 18, 2008**, at **San Francisco, California**.

__X__ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Rocio Barcena* (signature)
Rocio Barcena

3
PROOF OF SERVICE
CASE NO. 08-00155 CW