# HOWREY LLP

**CONFIDENTIAL – MEDIATION-RELATED COMMUNICATION**

**Henry C. Su**
Partner
T 650.798.3500
F 650.798.3600
D 650.798.3528
suh@howrey.com

July 22, 2008

BY ELECTRONIC AND REGULAR MAIL

Jennifer Lee Taylor, Esq.
jtaylor@mofo.com
Anne M. Hunter, Esq.
ahunter@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

Anthony J. Biller, Esq.
abiller@coatsandbiller.com
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, NC  27518

James D. Nguyen, Esq.
jnguyen@foley.com
Rana S. Awad, Esq.
rawad@foley.com
Foley & Lardner LLP
2029 Century Park East, Suite 3500
Los Angeles, CA  90067-3021

> Re: ***Common Sense Media, Inc. v. Common Sense Issues, Inc.,***
> ***Case No. C 08-00155-CW (MED)***

Dear Counsel:

This letter confirms that the mediation previously scheduled for Monday, July 28, 2008, at 9:00 a.m., has been taken off-calendar because of the appearance of new counsel for Defendant Common Sense Issues, Inc.  Please contact me by telephone or email at your earliest convenience with available dates for another pre-session telephone conference with all counsel intending to attend the mediation (see ADR L.R. 6-6) and available dates to proceed with the mediation itself.

As you know, the current deadline for conducting the mediation is August 31, 2008. Counsel for the parties are responsible for filing an appropriate motion under ADR L.R. 6-5, if necessary, asking the assigned judge to extend the deadline for conducting the mediation.  I have no authority to change this deadline.

AMSTERDAM   BRUSSELS   CHICAGO   EAST PALO ALTO   HOUSTON   IRVINE   LONDON   LOS ANGELES
MADRID   MUNICH   NEW YORK   NORTHERN VIRGINIA   PARIS   SALT LAKE CITY   SAN FRANCISCO   TAIPEI   WASHINGTON, DC

Counsel for the Parties
July 22, 2008
Page 2

As always, I look forward to assisting you and your clients in this case.

Sincerely yours,

Henry C. Su

HCS:sis

cc:  Clerk's Office – ADR Unit

DM_US:21358800_1