```
JAMES D. NGUYEN (CA SBN 179370)
jnguyen@foley.com
RANA. S. AWAD (CA SBN 2371947)
rawad@foley.com
FOLEY & LARDNER, LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Phone:    (310) 975-7837
Fax:      (310) 577-8475


Anthony J. Biller, *Pro Hac Vice*
abiller@coatsandbennett.com
Coats & Bennett, P.L.L.C.
1400 Crescent Green, Suite 300
Cary, North Carolina  27518
(919) 854-1844 – Telephone
(919) 854-2084 – Facsimile

Attorneys for Defendant
COMMON SENSE ISSUES, INC.
```

**FILED**
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JUL 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC. a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Deleware corporation,<br><br>Defendant. | Case No. 08-00155 CW<br><br>Hon. Claudia Wilkin<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANTHONY J. BILLER** |

Anthony J. Biller, an active member in good standing of the bar of U.S.D.C. of the Eastern District of North Carolina, whose business address and telephone number is:

Terry Sanford Building and Courthouse

310 New Bern Avenue

Raleigh, North Carolina 27601

(919) 645-1700

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Common Sense Issues, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/23/08

_____
Honorable Claudia Wilken
United States District Judge