1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  ANNE M. HUNTER (CA SBN 221455)
   AHunter@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ADRIANNE E. MARSHACK (CA SBN 253682)
   AMarshack@mofo.com
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125

10 Attorneys for Plaintiff
   COMMON SENSE MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>Defendant. | Case No.   C08-00155-CW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that the following counsel of record no longer represent Plaintiff Common Sense Media, Inc. in this action:

- Dean J. Zipser
- Carole E. Reagan; and
- Lee B. Awbrey.

Jennifer Lee Taylor, Anne M. Hunter, and Adrianne Marshack of Morrison & Foerster LLP will continue to serve as counsel of record in this case. All correspondence with and service upon Plaintiff should continue to be addressed to them at:

Jennifer Lee Taylor
Anne M. Hunter
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000
Fax: (415) 268-7522

Adrianne Marshack
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Phone: (858) 720-5100
Fax: (858) 720-5125

Dated: May 9, 2008                              MORRISON & FOERSTER LLP


By:    /s/  Jennifer Lee Taylor
       Jennifer Lee Taylor

NOTICE OF WITHDRAWAL OF COUNSEL & [PROPOSED] ORDER
CASE NO. C08-00155-CW
sf-2511951                                    1

E-filing attestation: I, Jennifer Lee Taylor, am the ECF User whose ID and password are being used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5. In compliance with General Order 45, X.B., I hereby attest that Plaintiff Common Sense Media, Inc., has concurred in this filing.

Dated: May 9, 2008                            MORRISON & FOERSTER LLP

                                              By:     /s/  Jennifer Lee Taylor
                                                      Jennifer Lee Taylor

### [PROPOSED] ORDER

The withdrawal of counsel, Dean J. Zipser, Carole E. Reagan, and Lee B. Awbrey, is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**
 July 29
Dated: ~~May~~ ___, 2008                      _____
                                              Hon. Claudia Wilken
                                              United States District Judge