**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304
(650) 856-3700 – Telephone
(650) 856-3710 – Facsimile

GEORGE C. BEST (CA SBN 255555)
gbest@foley.com

Anthony J. Biller, *Pro Hac Vice*
Coats & Bennett, PLLC
1400 Crescent Green, Suite 300
Cary, NC 27511
(919) 854-1844 - Telephone
(919) 854-2084 - Facsimile

Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>　　　　　Defendant. | Case No: 08-00155-CW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge:　　　Hon. Claudia Wilken |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

**PLEASE TAKE NOTICE THAT** Defendant Common Sense Issues, Inc., substitutes George C. Best (California Bar No. 255555 and lead counsel), of Foley & Lardner LLP (located at 975 Page Mill Rd., Palo Alto, CA 94304) in the place and stead of James D. Nguyen and Rana S. Awad of Foley & Lardner LLP (located at 2029 Century Park East, Ste. 3500, Los Angeles, California) as their counsel of record, in the above-captioned matter. Please take notice that effective immediately, all correspondence and/or communications in this matter should be directed to Foley &

1  Lardner LLP's San Francisco office and to the attention of George C. Best at the
2  following address (and email address):
3     George C. Best, gbest@foley.com
4     Foley & Lardner LLP
5     975 Page Mill Rd.
6     Palo Alto, California 94304
7     Telephone: 650.251.1147
8     Facsimile: 650.856.3710
9
10 DATED:  AUGUST 12, 2008                    RESPECTFULLY SUBMITTED,

           **FOLEY & LARDNER LLP**
           GEORGE C. BEST


           By:  /s/ _____
                George C. Best
                ATTORNEYS FOR DEFENDANT
                COMMON SENSE ISSUES, INC.

---

2
SUBSTITUTION OF COUNSEL FOR DEFENDANT COMMON SENSE ISSUES, INC.
CASE NO. 08-00155-CW

SFCA_1445789.1