| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| | 975 Page Mill Road |
| 2 | Palo Alto, CA  94304 |
| | (650) 856-3700 – Telephone |
| 3 | (650) 856-3710 – Facsimile |
| 4 | GEORGE C. BEST (CA SBN 255555) |
| | gbest@foley.com |
| 5 | Anthony J. Biller, *Pro Hac Vice* |
| | Coats & Bennett, PLLC |
| 6 | 1400 Crescent Green, Suite 300 |
| | Cary, NC 27511 |
| 7 | (919) 854-1844 - Telephone |
| | (919) 854-2084 - Facsimile |

Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No:  08-00155-CW<br><br>**NOTICE OF APPEARANCE OF GEORGE C. BEST**<br><br>Judge:        Hon. Claudia Wilken |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

**PLEASE TAKE NOTICE THAT** George C. Best (California Bar No. 255555 and lead counsel), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for defendant COMMON SENSE ISSUES, INC., and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at the following e-mail address:

George C. Best, gbest@foley.com

---

NOTICE OF APPEARANCE OF GEORGE C. BEST
CASE NO. 08-00155-CW

SFCA_1445756.1

1
2  DATED: AUGUST 12, 2008                    RESPECTFULLY SUBMITTED,

3                                            **FOLEY & LARDNER LLP**
                                             GEORGE C. BEST
4
5
                                             By: /s/
6                                                George C. Best
                                                 ATTORNEYS FOR DEFENDANT
7                                                COMMON SENSE ISSUES, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF APPEARANCE OF GEORGE C. BEST
CASE NO. 08-00155-CW

SFCA_1445756.1