```
1  FOLEY & LARDNER LLP
   975 Page Mill Road
2  Palo Alto, CA  94304
   (650) 856-3700 – Telephone
3  (650) 856-3710 – Facsimile

4  GEORGE C. BEST (CA SBN 255555)
   GBEST@FOLEY.COM

5  ANTHONY J. BILLER, PRO HAC VICE
   COATS & BENNETT, PLLC
   1400 CRESCENT GREEN, SUITE 300
6  CARY, NC 27511
   (919) 854-1844 - TELEPHONE
7  (919) 854-2084 - FACSIMILE
```



FILED
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No: 08-00155-CW<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE OF VINEETA R. GAJWANI**<br><br>Judge:   Hon. Claudia Wilken |

Pursuant to Civil L. R. 11-3, Vineeta R. Gajwani, an active member in good standing of the bar of the U.S.D.C. for the District of Maryland and the bar of the U.S.D.C. for the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Common Sense Issues, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States court or of the highest court of another State or the District of Columbia, as indicated above;
2. I have been living in the State of California for less than one year, and I have taken and passed the February, 2008 Bar Exam for the State Bar of California and I have registered with and completed all required applications for admission to, the State Bar of California;
3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
4. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> George C. Best
> Foley & Lardner, LLP.
> 975 Page Mill Road
> Palo Alto, CA 94304
> Phone: (650) 856-3700
> Fax:    (650) 856-3710

I declare under penalty of perjury that the foregoing is true and correct. This the 13th day of August 2008.

/s/ Vineeta R. Gajwani

---

2

APPLICATION FOR ADMISSION PRO HAC VICE OF VINEETA R. GAJWANI
CASE NO. 08-00155-CW

SFCA_1445752.1

| | | |
|---|---|---|
| 1 | Dated: August 13, 2008 | **FOLEY & LARDNER LLP.** |
| 2 | | |
| 3 | | By:  /s/ Vineeta R. Gajwani |
| 4 | | Vineeta R. Gajwani |
| | | One Maritime Plaza, Sixth Floor |
| 5 | | San Francisco, CA  94111 |
| | | Telephone: (415) 434-4484 |
| 6 | | Facsimile:  (415) 434-4507 |
| | | vgajwani@foley.com |
| 7 | | |
| 8 | | Attorneys for Defendant Common Sense Issues, Inc. |

3

APPLICATION FOR ADMISSION PRO HAC VICE OF VINEETA R. GAJWANI
CASE NO. 08-00155-CW

SFCA_1445752.1