```
1  FOLEY & LARDNER LLP
   975 Page Mill Road
2  Palo Alto, CA  94304
   (650) 856-3700 – Telephone
3  (650) 856-3710 – Facsimile

4  GEORGE C. BEST (CA SBN 255555)
   GBEST@FOLEY.COM

5  ANTHONY J. BILLER, PRO HAC VICE
   COATS & BENNETT, PLLC
   1400 CRESCENT GREEN, SUITE 300
6  CARY, NC 27511
   (919) 854-1844 - TELEPHONE
7  (919) 854-2084 - FACSIMILE
```

FILED
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation<br><br>Defendant. | Case No: 08-00155 CW<br><br>**PROOF OF SERVICE**<br><br>**JUDGE: HON. CLAUDIA WILKEN** |

# PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza, Sixth Floor, San Francisco, CA 94111-3409**.

On **August 13, 2008**, I served the following document(s) described as: **Application for Admission *Pro Hac Vice* of Vineeta R. Gajwani and Order Granting Application for Admission *Pro Hac Vice* of Vineeta R. Gajwani** on the interested parties in this action as follows:

__X__   BY THE FOLLOWING MEANS:
      I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| *Attorneys for Plaintiff COMMON SENSE MEDIA, INC. | *Attorneys for Plaintiff COMMON SENSE MEDIA, INC. |
| Adrianne E. Marshack<br>MORRISON & FOERSTER LLP<br>19900 MacArthur Boulevard, Suite 1200<br>Irvine, CA 92612 | Jennifer Lee Taylor<br>Anne Hunter<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105 |

__X__   BY MAIL

    __X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__   Executed on **August 13, 2008**, at **San Francisco, California**.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Wendy Cruz_
Wendy Cruz