1  FOLEY & LARDNER LLP
   975 Page Mill Road
2  Palo Alto, CA 94304
   (650) 856-3700 – Telephone
3  (650) 856-3710 – Facsimile

4  GEORGE C. BEST (CA SBN 255555)
   GBEST@FOLEY.COM

5  ANTHONY J. BILLER, *PRO HAC VICE*
   COATS & BENNETT, PLLC
   1400 CRESCENT GREEN, SUITE 300
6  CARY, NC 27511
   (919) 854-1844 - TELEPHONE
   (919) 854-2084 - FACSIMILE

7

   RECEIVED AUG 1 3 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND

   FILED AUG 2 2 2008
   RICHARD W. WIEKING

   Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 COMMON SENSE MEDIA, INC., a        | Case No: 08-00155-CW
   California corporation             |
14                                    | ORDER GRANTING APPLICATION
            Plaintiff,                | FOR ADMISSION *PRO HAC VICE* OF
15                                    | VINEETA R. GAJWANI
        vs.                           |
16                                    | Judge:    Hon. Claudia Wilken
   COMMON SENSE ISSUES, INC., a       |
17 Delaware corporation               |
                                      |
18          Defendant.                |

19

20

21     Vineeta R. Gajwani, an active member in good standing of the bar of U.S.D.C.

22 of the District of Columbia, whose business address and telephone number is:

23         Foley & Lardner LLP

24         One Maritime Plaza, Sixth Floor

25         San Francisco, California 94111

26         (415) 434-4484

27 having applied in the above-entitled action for admission to practice in the Northern

28 District of California on a *pro hac vice* basis, representing Common Sense Issues, Inc.,

---
ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF VINEETA R. GAJWANI
CASE NO. 08-00155-CW

SFCA_1445754.1

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4  designated in the application will constitute notice to the party. All future filings in
5  this action are subject to the requirements contained in General Order No. 45,
6  *Electronic Case Filing.*
7  Dated:
8  AUG 2 2 2008

_____
Honorable Claudia Wilken
United States District Judge