UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMMON SENSE ISSUES, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 4:08-cv-00155-CW (MED)<br><br>**CERTIFICATION OF ADR SESSION**<br><br>Date:  Thursday, August 28, 2008<br>Time:  9:00 a.m.<br>Room:  Howrey LLP,<br>       525 Market Street, 38th Floor, San Francisco, California  94105<br>Mediator:  Henry C. Su |

CERTIFICATION OF ADR SESSION
CASE NO.  4:08-CV-00155-CW (MED)

DM_US:20209415_1

1  **Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after**
2  **completing an ADR session. The ADR unit will file-stamp the Certification and place it in the**
3  **court file.**

4    1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on
5        (date) <u>Thursday, August 28, 2008</u>.

6    2.    Did the case settle?    ☐ fully    ☐ partially    ☒ no

7    3.    If the case did not settle fully, is any follow-up contemplated?
8        ☐ another session scheduled for (date) _____
9        ☐ phone discussions expected by (date) _____
10        ☒ no
11        ☐ not applicable

12    **4.    IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO**

13  Dated: September 3, 2008

15  /s/ Henry C. Su
    **Mediator, Henry C. Su**

17  Howrey LLP
18  1950 University Avenue, 4th Floor
    East Palo Alto, CA  94303-2281
    Telephone: (650) 798-3500
19  Facsimile: (650) 798-3600
    E-mail: suh@howrey.com