**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA  94304
(650) 856-3700 – Telephone
(650) 856-3710 – Facsimile

GEORGE C. BEST (CA SBN 255555)
GBEST@FOLEY.COM
VINEETA R. GAJWANI, *PRO HAC VICE*
VGAJWANI@FOLEY.COM

ANTHONY J. BILLER, *PRO HAC VICE*
COATS & BENNETT, PLLC
1400 CRESCENT GREEN, SUITE 300
CARY, NC 27511
(919) 854-1844 - TELEPHONE
(919) 854-2084 - FACSIMILE

Attorneys for Defendant COMMON SENSE ISSUES, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| COMMON SENSE MEDIA, INC., a California corporation <br><br> Plaintiff, <br><br> vs. <br><br> COMMON SENSE ISSUES, INC., a Delaware corporation <br><br> Defendant. | Case No:  08-00155-CW <br><br> **NOTICE OF WITHDRAWAL BY VINEETA R. GAJWANI AND ORDER PERMITTING WITHDRAWAL** <br><br><br> Judge:        Hon. Claudia Wilken |

///

///

///

///

///

///

///

///

Pursuant to Civil Local Rule 11-5(a), please take notice that Vineeta R. Gajwani has resigned from her employment by the law firm of Foley & Lardner LLP and hereby withdraws as counsel *pro hac vice* for Defendant Common Sense Issues, Inc. ("CSI") in this action.  George C. Best of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125 will continue as counsel of record for CSI.

DATED: September 25, 2008          ___/s/ -- Vineeta R. Gajwani___
                                   VINEETA R. GAJWANI

DATED: September 25, 2008          FOLEY & LARDNER LLP


                                   ___/s/ -- George C. Best___
                                   GEORGE C. BEST



**ORDER**

IT IS SO ORDERED.

          9/30/08

DATED:_____     _____
                                   Claudia Wilken
                                   Judge, United States District Court