1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  ANNE M. HUNTER (CA SBN 221455)
   AHunter@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ADRIANNE E. MARSHACK (CA SBN 253682)
   AMarshack@mofo.com
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125

10 Attorneys for Plaintiff
   COMMON SENSE MEDIA, INC.
11
   ANTHONY J. BILLER          (*pro hac vice*)
12 Coats + Bennett PLLC
   1400 Crescent Green, Suite 300
13 Cary, NC 27518
14 Telephone: 919.854.1844
   Facsimile: 919.854.2084
15
   *Additional Counsel on next page*
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                       OAKLAND DIVISION

20

| | |
|---|---|
| 21  COMMON SENSE MEDIA, INC., a California corporation, | Case No.   C08-00155-CW |
| 22                Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| 23       v. | |
| 24  COMMON SENSE ISSUES, INC., a Delaware corporation, | |
| 25 | |
| 26                Defendant. | |

27

28

[PROPOSED] STIPULATED ORDER OF DISMISSAL
CASE NO. C08-00155-CW

| | |
|---|---|
| 1 | GEORGE BEST (CA SBN 255555) |
|   | GBest@foley.com |
| 2 | GILLIAN SEDEE BRODIE MORSHEDI (CA SBN 251896) |
|   | GMorshedi@foley.com |
| 3 | FOLEY & LARDNER LLP |
|   | 975 Page Mill Road |
| 4 | Palo Alto, CA 94304 |
|   | Telephone: 650.856.3700 |
| 5 | Facsimile: 650.856.3710 |
| 6 | Attorneys for Defendant |
|   | COMMON SENSE ISSUES, INC. |

[PROPOSED] STIPULATED ORDER OF DISMISSAL
CASE NO. C08-00155-CW

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereto, through their
2  respective counsel of record, hereby stipulate to the dismissal with prejudice of the Complaint in
3  this action. Each party shall bear its own costs.
4
5  Dated: October 15, 2008                    MORRISON & FOERSTER LLP
6
7                                              By:    /s/ Jennifer Lee Taylor
                                                      Jennifer Lee Taylor
8
                                               Attorneys for Plaintiff
9                                              COMMON SENSE MEDIA, INC.
10
11  Dated: October 15, 2008                   COATS + BENNETT PLLC
12
13                                              By: _____
                                                     Anthony J. Biller
14
                                               Attorneys for Defendant
15                                             COMMON SENSE ISSUES, INC.
16
17      IT IS SO ORDERED.
18         10/17/08
19  Dated:_____             _____
                                               Hon. Claudia Wilken
20                                             UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED ORDER OF DISMISSAL
CASE NO. C08-00155-CW                                                                      1